UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIM. NO. 3:13-CR-226(RNC) |
| ) | |
| v. ) | |
| ) | |
| DANIEL E. CARPENTER, ET AL. ) | JANUARY 30, 2014 |

## MOTION FOR ENLARGEMENT OF TIME RE: MOTIONS AND JURY SELECTION

The defendant, Daniel Carpenter, in the above captioned matter, moves this Court for an enlargement of time to file motions and reschedule the now scheduled trial date for the reasons which follow:

1. The defendant, along with the co-defendant, Wayne Bursey, was indicted in December on a series of charges that included Wire Fraud and Mail Fraud.

2. During the investigation of this matter by the government over a span of close to a two year period, if not more, hundreds of thousands of documents were seized by various governmental agencies.

3. While discussions have been had with the government concerning Discovery, no documents have yet been received by counsel.

4. The government, apparently, will be providing said documents in stages due to the sheer volume of documents collected by the government.

5. Much time will be needed to sort through all the documents once received from the government before any motions on behalf of the defendant can be filed in this matter.

6. At present motions by the defense are due by February 7th and jury selection is presently set for the for March 11th.

7. From a practical matter, given the logistics in this matter, said dates are not realistic scheduling dates (with all due respect).

Wherefore, the defendant, Daniel Carpenter, moves this Court for an enlargement of time to file any motion he deems appropriate to a time consistent with not only receiving all the discovery, but only after a reasonable time period to allow the defendant to review all the documents and prepare any appropriate pre-trial motions in this matter.

2

BROWN PAINDIRIS & SCOTT, LLP - ATTORNEYS AT LAW
100 PEARL STREET - HARTFORD, CONNECTICUT 06103 - (860) 522-3343 - JURIS NO. 20767

WHEREFORE, it is moved.

                                        Defendant, Daniel Carpenter

                                        */s/ Richard R. Brown*

                                        Richard R. Brown, Esq.
                                        Brown Paindiris & Scott, LLP
                                        100 Pearl Street, 2nd Floor
                                        Hartford, CT 06103
                                        Tel 860.522.3343
                                        Fax 860.522.2490
                                        Fed. Bar Ct00009
                                        rbrown@bpslawyers.com

## CERTIFICATION

This is to certify that on January 30, 2014, a copy of the foregoing Motion was served by email to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System. Also sent to the following by U.S. postal mail:

A.U.S.A. David Novick
Office of U.S. Attorney
157 Church Street, 23rd Floor
New Haven, CT 06510

Patrick Egan, Esq.
Fox Rothschild, LLP
2000 Market Street
Philadelphia, PA 19103

Richard R. Brown, Esq.
Brown Paindiris & Scott, LLP
100 Pearl Street, 2nd Floor
Hartford, CT 06103
Tel 860.522.3343
Fax 860.522.2490
Fed. Bar Ct00009

4