UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIM. NO. 3:13CR226 (RNC) |
| VS. | : | |
| DANIEL E. CARPENTER, ET AL. | : | MARCH 11, 2014 |

### WAIVER OF SPEEDY TRIAL

In accordance with the Federal Rules, I, Daniel E. Carpenter, hereby waive my rights to a Speedy Trial under, 18 U.S.C. §3161, et seq. I have no objection to this trial being postponed from March 11, 2014 until ~~some date on or after~~ March 10, 2015.

*DEC*

*/s/ Daniel E. Carpenter*
Daniel E. Carpenter

## CERTIFICATION

This is to certify that on March 14, 2014, a copy of the foregoing Waiver was served by email to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System. Also sent to the following by U.S. postal mail:

A.U.S.A. David Novick
Office of U.S. Attorney
157 Church Street, 23rd Floor
New Haven, CT 06510

Patrick Egan, Esq.
Fox Rothschild, LLP
2000 Market Street
Philadelphia, PA 19103

_____
Richard R. Brown, Esq.
Brown Paindiris & Scott, LLP
100 Pearl Street, 2nd Floor
Hartford, CT 06103
Tel 860.522.3343
Fax 860.522.2490
Fed. Bar Ct00009