UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIM. NO. 3:13-CR-226(RNC) |
| | ) | |
| DANIEL E. CARPENTER, et al. | ) | |
| | ) | AUGUST 1, 2014 |
| Defendant | ) | |
| | ) | |

## DEFENDANT CARPENTER'S MOTION
## TO DISMISS ALL COUNTS UNDER RULE 12(b)(2)
## FOR FAILURE TO STATE A CRIME

The defendant, Daniel Carpenter, for the reasons which follow moves under Rule 12(b)(2) for this Court to dismiss all the Counts:

1. The defendant was initially indicted on December 12, 2013, on 33 counts of violating various Title 18 Sections, including 1341 (Mail Fraud); 1343 (Wire Fraud); and 1349 (Conspiracy to Commit Mail and Wire Fraud). However, on May 14, 2014, the Grand Jury returned a Superseding Indictment charging the defendant with 57 counts, including 24 additional counts of 18 U.S.C., 1957 (Illegal Monetary Transactions, 18 U.S.C., Section 1956 (a)(1)(A)(i) Money Laundering) and 18 U.S.C., Section 2 (Aiding and Abetting). The defendant has pleaded not guilty to all counts and the matter is scheduled for trial in late winter of 2015.

2. A careful review of the facts alleged demonstrates that the Superseding Indictment has failed to allege sufficient facts for the various crimes charged.

1

3. This Court has the authority to dismiss a criminal charge, regardless of the sufficiency of the indictment in setting out the elements of statutory violation, if the Government own facts establish that there is no violations, as in the instant matter.

4. The Superseding Indictment fails to address all five critical elements of either Wire or Mail Fraud, as well as the other counts.

5. The various Counts in the Superseding Indictment are unconstitutionally vague.

Wherefore, it is moved that each and every count in the Superseding Indictment be dismissed.

Defendant, Daniel Carpenter

By _____
Richard R. Brown, Esq.
Brown Paindiris & Scott, LLP
100 Pearl Street, 2nd Floor
Hartford, CT 06103
Tel 860.522.3343
Fax 860.522.2490
Fed. Bar Ct00009
rbrown@bpslawyers.com

# CERTIFICATION

This is to certify that on August 1, 2014, a copy of the foregoing Motion was served by email to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System. Also sent to the following by U.S. postal mail:

A.U.S.A. David Novick
Office of U.S. Attorney
157 Church Street, 23rd Floor
New Haven, CT 06510

Patrick Egan, Esq.
Fox Rothschild, LLP
2000 Market Street
Philadelphia, PA 19103

Richard R. Brown, Esq.
Brown Paindiris & Scott, LLP
100 Pearl Street, 2nd Floor
Hartford, CT 06103
Tel 860.522.3343
Fax 860.522.2490
Fed. Bar Ct00009