EXHIBIT 1

United States District Court

_____ DISTRICT OF _____CONNECTICUT_____

In the Matter of the Search of
**(Name, address or Brief description of person, property or premises to be searched)**

**SEARCH WARRANT**

**CASE NUMBER:**

The office of NOVA BENEFIT PLANS LLC, also known as BENISTAR, located at 100 Grist Mill Road, Simsbury, Connecticut.

To: <u>Shaun Schrader, IRS-CID</u> and any Authorized Officer of the United States

Affidavit(s) having been made before me by <u>Special Agent Shaun Schrader</u> who has reason to believe that on the person of or <u>x</u> on the property or premises known as (name, description and/or location)

The office of NOVA BENEFIT PLANS LLC, also known as BENISTAR, located at 100 Grist Mill Road, Simsbury, Connecticut, 06070. The property is described as a single story office building. The lower portion of the building consists of red brick and windows, while the upper portion of the building consists of horizontal gray siding. The property is accessed by a short driveway off of Grist Mill Road. At the bottom of the driveway is a red brick structure with a sign attached to it that says "100 GRIST MILL RD." At the top of the driveway, as you approach the parking lot, is a wooden sign that reads "DIRECTORY, ENTRANCE 1, BENISTAR." There is no signage on the exterior of the building itself.

in the _____ District of _____CONNECTICUT_____ there is now concealed a certain person or property, namely **(describe the person or property to be seized)**

*See* Attachment B.

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before **April 25, 2010**

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime - 6:00 A.M. to 10:00 P.M.) (~~at any time in the day or night as I find reasonable cause has been established~~) and if the person or property be found there to seize same, leaving copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to THOMAS P. SMITH, UNITED STATES MAGISTRATE JUDGE as required by law.

April **16**, 2010 at **1:05 p.m.**
Date and Time Issued

at _____HARTFORD, CONNECTICUT_____
City and State

THOMAS P. SMITH
UNITED STATES MAGISTRATE JUDGE
**Name and Title of Judicial Officer**

*Thomas P. Smith* (signature)
Signature of Judicial Officer

United States District Court

_____ DISTRICT OF _____CONNECTICUT_____

| In the Matter of the Search of<br>(Name, address or Brief description of person,<br>property or premises to be searched) | APPLICATION AND AFFIDAVIT<br>FOR SEARCH WARRANT |
|---|---|

CASE NUMBER:

The office of NOVA BENEFIT PLANS LLC, also known as BENISTAR, located at 100 Grist Mill Road, Simsbury, Connecticut.

I __Shaun Schrader__ being duly sworn depose and say:

I am a(n) __IRS-CID Special Agent__ and have reason to believe that __ on the person of or _x_ on the property or premises known as (name, description and/or location)

The office of NOVA BENEFIT PLANS LLC, also known as BENISTAR, located at 100 Grist Mill Road, Simsbury, Connecticut, 06070. The property is described as a single story office building. The lower portion of the building consists of red brick and windows, while the upper portion of the building consists of horizontal gray siding. The property is accessed by a short driveway off of Grist Mill Road. At the bottom of the driveway is a red brick structure with a sign attached to it that says "100 GRIST MILL RD." At the top of the driveway, as you approach the parking lot, is a wooden sign that reads "DIRECTORY, ENTRANCE 1, BENISTAR." There is no signage on the exterior of the building itself.

in the _____ District of _____CONNECTICUT_____
there is now concealed a certain person or property, namely (describe the person or property to be seized)

*See* Attachment B.

**which is (state one or more bases for search and seizure set forth under Rule 41(b) of the Federal Rules of Criminal Procedure)**

fruits, evidence, and/or instrumentalities

**concerning violations of Title 18 United States Code, Section 371 and Title 26 United States Code, Section 7206(2)**
**The facts to support a finding of Probable Cause are as follows:**

*See* attached Affidavit.

**Continued on the attached sheet and made a part hereof.   X Yes __ No**

X _____
Signature of Affiant,
Special Agent Shaun Schrader, IRS-CID

Sworn to before me, and subscribed in my presence

April 16, 2010                                              at     Hartford, Connecticut
**Date**                                                   **City and State**

Hon. Thomas P. Smith, U.S. Magistrate Judge        _____
**Name and Title of Judicial Officer**                 **Signature of Judicial Officer**