UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIM. NO. 3:13-CR-226(RNC) |
| ) | |
| DANIEL E. CARPENTER, et al. ) | NOVEMBER 25, 2014 |
| ) | |
| Defendants ) | |

## DEFENDANT CARPENTER'S
## MOTION TO VIEW SEALED MATERIAL

For various reasons, defendant, Daniel E. Carpenter, hereby moves this Court for an Order allowing counsel for Mr. Carpenter to forward otherwise sealed material and documents to Mr. Carpenter's prison counselor at the prison facility housing Mr. Carpenter in order to permit Mr. Carpenter to effectively assist in his defense of the above captioned matter for the reasons which follow:

1. Mr. Carpenter is presently serving a sentence of three years incarcerated at Canaan, USP in Waymart, PA for an unrelated criminal matter arising in the District of Massachusetts.

1

2. In the instant matter, various documents, such as various search warrant affidavits involving searches of the defendant's business premises in Simsbury and Stamford, have been ordered sealed on the request of the Government.

3. Additionally, certain parts of the briefs and attachments in support of the Government's position have been filed under seal.

4. In order to effectively defend Mr. Carpenter, under his Sixth Amendment and Due Process of Law Rights, counsel needs Mr. Carpenter's assistance in reviewing said documents.

5. Because of the significant distance between Hartford, CT and Waymart, PA, brought on by Mr. Carpenter's incarceration, arrangements have been made between counsel for Mr. Carpenter and prison officials, specifically Mr. Carpenter's prison counselor, to send the aforementioned sealed documents to the counselor.

6. It is understood that said counselor will keep possession of the forwarded sealed documents in the counselor's office or other secure location. Mr. Carpenter will have access to them at mutually convenient times established by the counselor. While Mr. Carpenter may take whatever time he needs to review the documents, Mr. Carpenter will not be permitted to make copies of the documents or take them either to his cell or

BROWN PAINDIRIS & SCOTT, LLP – ATTORNEYS AT LAW
100 PEARL STREET – HARTFORD, CONNECTICUT 06103 – (860) 522-3343 – JURIS NO. 20767

living quarters. Finally, it is understood that at the conclusion of the case, the counselor shall either destroy the copies or return them to counsel.

7. With those conditions the Government (A.U.S.A. David Novick) does not object to this motion being granted.

Wherefore, it is so moved.

Defendant, Daniel Carpenter

By /s/
Richard R. Brown, Esq.
Brown Paindiris & Scott, LLP
100 Pearl Street, 2nd Floor
Hartford, CT 06103
Tel 860.522.3343
Fax 860.522.2490
Fed. Bar Ct00009
rbrown@bpslawyers.com

## CERTIFICATION

This is to certify that on November 25, 2014, a copy of the foregoing Motion was served by email to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System. Also sent to the following by U.S. postal mail:

A.U.S.A. David Novick
Office of U.S. Attorney
157 Church Street, 23rd Floor
New Haven, CT 06510

Patrick Egan, Esq.
Fox Rothschild, LLP
2000 Market Street
Philadelphia, PA 19103

/s/

Richard R. Brown, Esq.
Brown Paindiris & Scott, LLP
100 Pearl Street, 2nd Floor
Hartford, CT 06103
Tel 860.522.3343
Fax 860.522.2490
Fed. Bar Ct00009