Crim-Trial (4/2/12)

HONORABLE: _____
DEPUTY CLERK _____  RPTR/ECRO/TAPE _____
TOTAL TIME: _____ hours _____ minutes   USPO _____  INTERPRETER _____
DATE: _____  START TIME: _____  END TIME: _____
LUNCH RECESS   FROM: _____  TO: _____
RECESS (if more than ½ hr)   FROM: _____  TO: _____

CRIMINAL NO. _____  Deft # _____

UNITED STATES OF AMERICA

_____
AUSA

vs

_____   _____
                                 Defendant's Counsel

## CRIMINAL JURY/COURT TRIAL

- ☐ Jury of _____ and _____ alternates report ☐ Jury sworn.
- ☐ ☐ Juror # _____ excused ☐ Alternates excused
- ☐ Deft _____ Failed to appear. Bench warrant issued.
- ☐ ☐ Jury Trial held  ☐ Jury Trial continued until _____ at _____
- ☐ ☐ Court Trial begun  ☐ Court Trial held  ☐ Court Trial continued until _____
- ☐..#___ Deft _____ motion _____ ☐ granted ☐ denied ☐ advisement
- ☐..#___ Deft _____ motion _____ ☐ granted ☐ denied ☐ advisement
- ☐..#___ Deft _____ motion _____ ☐ granted ☐ denied ☐ advisement
- ☐..#___ Deft _____ motion _____ ☐ granted ☐ denied ☐ advisement
- ☐..#___ Govt's motion _____ ☐ granted ☐ denied ☐ advisement
- ☐..#___ Govt's motion _____ ☐granted ☐ denied ☐advisement
- ☐ Deft _____ oral motion _____ ☐granted ☐ denied ☐ advisement
- ☐ Deft _____ oral motion _____ ☐granted ☐ denied ☐ advisement
- ☐ Govt's oral motion _____ ☐granted ☐ denied ☐advisement
- ☐ Govt's oral motion _____ ☐granted ☐ denied ☐ advisement
- ☐ _____ ☐ filed
- ☐ _____ ☐ filed
- ☐ _____ ☐ filed
- ☐ _____ ☐ filed
- ☐ _____ ☐ filed
- ☐ _____ ☐ filed
- ☐ ☐ Government rests ☐ Defendant _____ rests
- ☐ ☐ Summation held ☐ Court's Charge to the Jury
- ☐ All full exhibits, ☐Indictment ☐ Information ☐ Verdict form handed to the Jury
- ☐ Jury commences deliberations at _____
- ☐ Court orders Jury to be fed at Govt expense (bill w/copy of minutes to Finance)
- ☐ SEE ☐ page II ☐ for additional entries
- ☐ Copy to: JURY CLERK with daily juror attendance sign-in sheet

## CRIMINAL JURY/COURT TRIAL (continued)

☐......... Court declares MISTRIAL as to Defendant _____
☐......... Jury Verdict filed
☐......... Oral Verdict
☐......... Court Verdict
☐......... ☐ guilty as to Deft _____ as to counts _____
☐......... ☐ guilty as to Deft _____ as to counts _____
☐......... ☐ guilty as to Deft _____ as to counts _____
☐......... ☐ guilty as to Deft _____ as to counts _____
☐......... ☐ not guilty as to Deft _____ as to counts _____
☐......... ☐ not guilty as to Deft _____ as to counts _____
☐......... ☐ not guilty as to Deft _____ as to counts _____
☐......... ☐ not guilty as to Deft _____ as to counts _____
☐......... Court accepts verdict and orders verdict verified and recorded
☐......... Jury polled
☐......... Sentencing set _____ at _____ as to Deft _____
☐......... Sentencing set _____ at _____ as to Deft _____
☐......... Prob 246B Order for PSI & Report
☐......... Bond ☐ set for $_____ ☐ Non-surety ☐ Surety ☐ PR as to Deft _____
☐......... Bond ☐ set for $_____ ☐ Non-surety ☐ Surety ☐ PR as to Deft _____
☐......... Bond ☐ revoked ☐ reinstated ☐ continued as to Deft _____
☐......... Bond ☐ reduced ☐ increased to $_____ ☐ Non-surety ☐ Surety ☐ PR as to Deft _____
☐......... Bond ☐ reduced ☐ increased to $_____ ☐ Non-surety ☐ Surety ☐ PR as to Deft _____
☐......... Deft _____ REMANDED to custody
☐......... Deft _____ oral motion to remain on bond pending sentencing ☐ granted ☐ denied ☐ adv.

## MISCELLANEOUS PROCEEDINGS

_____

_____

_____

_____

_____

_____

_____

_____