AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| UNITED STATES | DEFT. EXHIBIT AND WITNESS LIST |
|---|---|
| V. | |
| DANIEL CARPENTER | Case Number: 13cr226 RNC |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Robert N. Chatigny | Novick/Patel | Brown/Guarnieri |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 2/16/2016 + | Warner, Darlene | Glynn, T. |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 1 | 2/24/2016 | 2/24 | 2/24 | Letter dated 7/23/07 |
| | 2 | 2/24/2016 | 2/24 | 2/24 | Letter dated 1/25/08 |
| | 3 | 2/24/2016 | 2/24 | 2/24 | Letter 3/14/08 |
| | 4 | 2/25/2016 | 2/25 | 2/25 | Christine D. Lambert Irrevocable Life Insurance Trust |
| | 5 | 3/1/2016 | 3/1 | 3/1 | Memo: Andrew G. Varner 2/12/09 |
| | 6 | 3/1/2016 | 3/1 | 3/1 | Memo dated 7/25/09 re: Charter Oak Trust Letter |
| | 7 | 3/1/2016 | 3/1 | 3/1 | Memo dated 7/26/09 re: Charter Oak Trust Leter |
| | 8 | 3/15/2016 | 3/15 | 3/15 | Settlement Agreement 26 pgs. |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages