✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES  
V.  
DANIEL CARPENTER

JOINT **EXHIBIT AND WITNESS LIST**

Case Number: 13cr226 RNC

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Robert N. Chatigny | Novick/Patel | Brown/Guarnieri |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 2/16/2016 | Warner, Darlene | Glynn, T. |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 2/16/2016 | | 2/16 | Stipulation Re: Computer Files |
| 2 | | 2/16/2016 | | 2/16 | Stipulation Re: Insurance Company Files |
| 3 | | 2/16/2016 | | 2/16 | Stipulation Re: Document Authenticity |
| 4 | | 2/16/2016 | | 2/16 | Stipulation Re: Business Records |
| 5 | | 3/9/2016 | | 3/9 | Stipulation Re: Bank Records |
| 6 | | 3/9/2016 | | 3/9 | Stipulation Re: Von Noorden |
| 7 | | 3/9/2016 | | 3/9 | Stipulation Re: Martinez |
| 8 | | 3/9/2016 | | 3/9 | Stipulation Re: Musiker |
| 9 | | 3/14/2016 | | 3/14 | Stipulation Re: Paulsrud |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages