# EXHIBIT
# THREE



**United States Department of Justice**

*United States Attorney*
*District of Connecticut*

---

*Connecticut Financial Center*      *(203) 821-3700*
*157 Church Street, 25th Floor*      *Fax (203) 773-5376*
*New Haven, Connecticut 06510*      *www.justice.gov/usao/ct*

October 24, 2014

Donna Parrott
Halloran & Sage LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103-4303

> Re:    <u>United States v. Daniel E. Carpenter and Wayne Bursey</u>
>       Criminal No. 3:13CR226(RNC)

Dear Ms. Parrott:

Enclosed please find a new set of loadable database files for inclusion with the materials previously produced in the above captioned case. Attorneys Egan, Brown, and LaBelle are aware of the confidentiality requirements associated with this database. I understand that you will load this material into a database that is currently being used by designees of Mr. Carpenter and Mr. Bursey in connection with this case.

There is an index of the material on the hard drive attached to this letter. I highlight that in the prior productions, the documents WELLSFARGO_000088-000516 were mislabeled, and should have been stamped as WEBSTER_000336-000764. Those documents have been re-produced in this disclosure with the correct Bates numbering. You should delete from your database WELLSFARGO_000088-000516.

If you have any questions, please contact me or Jane Royce. I will send the password for the drive in a separate letter.

Very truly yours,

DEIRDRE M. DALY
UNITED STATES ATTORNEY

DAVID E. NOVICK
ASSISTANT UNITED STATES ATTORNEY

cc. Attorney Dan LaBelle (w/o enclosure, by email only)

**Index of Discovery Material in Loadable Files**

October 24, 2014 Disclosure

| Begin Bates | End Bates | Comments |
|---|---|---|
| 100GMR_CMP_SVR1_000001 | 100GMR_CMP_SVR1_1662769 | electronically stored information seized pursuant to search warrant executed 05/26/11 at 100 Grist Mill Road |
| 100GMR_PP_012_000001 | 100GMR_PP_012_000193 | potentially privileged material seized pursuant to search warrant executed 05/26/11 at 100 Grist Mill Road |
| 100GMR_PP_018_000001 | 100GMR_PP_018_000003 | potentially privileged material seized pursuant to search warrant executed 05/26/11 at 100 Grist Mill Road |
| 1055WB_CMP_253907 | 1055WB_CMP_260850 | electronically stored information seized pursuant to search warrant executed 05/26/11 at 1055 Washington Blvd |
| 21STSVCS_000001 | 21STSVCS_000010 | records received from 21st Services |
| 300FSP_PP_002_000001 | 300FSP_PP_002_000004 | potentially privileged material seized pursuant to search warrant executed 05/26/11 at 300 First Stamford Place |
| 300FSP_PP_007_000001 | 300FSP_PP_007_000073 | potentially privileged material seized pursuant to search warrant executed 05/26/11 at 300 First Stamford Place |
| 300FSP_PP_008_000001 | 300FSP_PP_008_000008 | potentially privileged material seized pursuant to search warrant executed 05/26/11 at 300 First Stamford Place |
| 300FSP_PP_012_000001 | 300FSP_PP_012_000021 | potentially privileged material seized pursuant to search warrant executed 05/26/11 at 300 First Stamford Place |
| 300FSP_PP_016_000001 | 300FSP_PP_016_000010 | potentially privileged material seized pursuant to search warrant executed 05/26/11 at 300 First Stamford Place |
| 300FSP_PP_029_000001 | 300FSP_PP_029_000059 | potentially privileged material seized pursuant to search warrant executed 05/26/11 at 300 First Stamford Place |
| 300FSP_PP_034_000001 | 300FSP_PP_034_000093 | potentially privileged material seized pursuant to search warrant executed 05/26/11 at 300 First Stamford Place |
| AIG_0000487 | AIG_001492 | records received from AIG |
| AMSTERDAM_000101 | AMSTERDAM_000107 | records received from Judith & Stanley Amsterdam |
| ANICO_002020 | ANICO_002235 | records received from American National Insurance Company |
| ASG_000001 | ASG_001748 | records received from  Asset Servicing Group, LLC |
| ATT_000200 | ATT_000319 | records received from  AT&T |
| AVS_002024 | AVS_002036 | records received from AVS, LLC |

## Index of Discovery Material in Loadable Files

October 24, 2014 Disclosure

| Begin Bates | End Bates | Comments |
|---|---|---|
| AXA_003296 | AXA_003342 | records received from AXA Equitable |
| BOA_009248 | BOA_009332 | records received from  Bank of America |
| BURHANAN_000012 | BURHANAN_000079 | records received from  Carl Burhanan |
| CARRIN_000149 | CARRIN_000172 | records received from  Marvin Carrin |
| CFC_000001 | CFC_000156 | records received from  Caldwell Funding Corporation |
| CLINARD_000013 | CLINARD_000015 | records received from Fred Clinard |
| COHEN_000314 | COHEN_000316 | records received from  Howard Cohen |
| CRUMP_000351 | CRUMP_000511 | records received from Crump Life Insurance |
| DUKOFF_000001 | DUKOFF_000005 | records received from David Dukoff |
| EMSI_000769 | EMSI_000798 | records received from EMSI |
| ETRADE_000001 | ETRADE_002244 | records received from  E*Trade |
| EXPERIAN_000022 | EXPERIAN_000023 | records received from  Experian Inc |
| FEDEX_024710 | FEDEX_024762 | records received from Federal Express |
| FLDMV_000001 | FLDMV_000014 | records received from  Florida Department of Highway Safety and Motor Vehicles |
| GRUBB_000001 | GRUBB_001554 | records received from  Kenneth Grubb |
| ICSMERRILL_000001 | ICSMERRILL_000126 | records received from  ICS Merrill |
| ISM_160866 | ISM_160890 | records received from ISM |
| JANIS_000144 | JANIS_000153 | records received from  David Janis |

**Index of Discovery Material in Loadable Files**

October 24, 2014 Disclosure

| Begin Bates | End Bates | Comments |
|---|---|---|
| JPMC_010427 | JMPC_014342 | records received from  JP Morgan Chase |
| JPMC_014603 | JPMC_042471 | records received from  JP Morgan Chase |
| KUEHNE_000001 | KUEHNE_000010 | records received from  Philip Kuehne |
| LINCOLN_010628 | LINCOLN_014375 | records received from Lincoln National Life Insurance |
| LINCOLN_014740 | LINCOLN_014787 | records received from Lincoln National Life Insurance |
| LINCOLN_GMT_000001 | LINCOLN_GMT_001084 | records received from Lincoln National Life Insurance |
| MACTAS_046932 | MACTAS_047271 | records received from  Bruce Mactas |
| METLIFE_002879 | METLIFE_002960 | records received from  MetLife |
| MOLNAR_000004 | MOLNAR_000091 | records received from  Joel Molnar |
| MUSIKER_000022 | MUSIKER_000067 | records received from  Judith Musiker |
| NAMERICAN_000001 | NAMERICAN_000639 | records received from  North American Company for Life and Health Insurance |
| NATL_FARM_000001 | NATL_FARM_000121 | records received from  National Farm Life Insurance Company |
| NETCO_000001 | NETCO_000028 | records received from  NETCO |
| NMG_000053 | NMG_000064 | records received from  NMG Benefit Services |
| NWJEEP_000001 | NWJEEP_000019 | records received from  Northwest Hills Dealerships |
| OGDEN_000011 | OGDEN_000013 | records received from  Veronica Ogden |
| PAULSRUD_000001 | PAULSRUD_000035 | records received from  Luella Paulsrud |
| PENN_016239 | PENN_016253 | records received from  Penn Mutual |

## Index of Discovery Material in Loadable Files

October 24, 2014 Disclosure

| Begin Bates | End Bates | Comments |
|---|---|---|
| PEOPLES_001035 | PEOPLES_002156 | records received from Peoples Bank |
| PERSOON_000910 | PERSOON_000915 | records received from Johannes Persoon |
| PHOENIX_GENERAL_004532 | PHOENIX_GENERAL_004603 | records received from Phoenix |
| PHOENIX_KREVLIN_000782 | PHOENIX_KREVLIN_000786 | records received from Phoenix |
| PHOENIX_PERSOON_000501 | PHOENIX_PERSOON_000513 | records received from Phoenix |
| PNC_001120 | PNC_001287 | records received from PNC Bank |
| PRELLE_009925 | PRELLE_010698 | records received from Prelle Financial Group / Advisors Financial Group |
| PRELLE_010701 | PRELLE_018498 | records received from Prelle Financial Group / Advisors Financial Group |
| ROSE_000001 | ROSE_000009 | records received from Steven Rose |
| SBA_000001 | SBA_000014 | records received from Settlement Benefits Association |
| SGOUTAS_000001 | SGOUTAS_000005 | records received from Alex Sgoutas |
| SIMSBURY_BANK_000001 | SIMSBURY_BANK_000889 | records received from Simsbury Bank |
| SML_000001 | SML_000756 | records received from Simione, Macca & Larrow |
| TCC_000001 | TCC_000032 | records received from The Company Corporation |
| TD BANK NORTH_007187 | TD BANK NORTH_007222 | records received from TD Bank North |
| TERRY_000001 | TERRY_000206 | records received from James Terry |
| TRANSAMERICA_001975 | TRANSAMERICA_002008 | records received from Transamerica |
| VERIZON_CW_000001 | VERIZON_CW_000078 | records received from Verizon |

**Index of Discovery Material in Loadable Files**

October 24, 2014 Disclosure

| Begin Bates | End Bates | Comments |
|---|---|---|
| VERIZON_DT_000001 | VERIZON_DT_000011 | records received from Verizon |
| WEBSTER_000239 | WEBSTER_000764 | records received from Webster Bank |
| WELLSFARGO_007934 | WELLSFARGO_007942 | records received from Wells Fargo Bank |
| WISDA_000231 | WISDA_000241 | records received from Barbara Wisda |
| WYSOS_000001 | WYSOS_000024 | records received from Wyoming Secretary of State |
| ZOLAND_000001 | ZOLAND_000020 | records received from Alvin Zoland |