UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No.  3:13CR226 (RNC) |
| | : | |
| v. | : | |
| | : | |
| DANIEL CARPENTER | : | August 11, 2017 |

### UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR RECONSIDERATION OF THE COURT'S SUPPRESSION RULING

The Government submits this motion to request an extension in which to file its response to the defendant's motion (Doc. 243) to reconsider the Court's ruling (Doc. 155) denying his motion to suppress evidence seized pursuant to search warrant issued on April 16, 2010 and executed on April 20, 2010 by agents of the Internal Revenue Service at 100 Grist Mill Road, Simsbury, Connecticut (Docs. 82, 83).  The Government requests until September 6, 2017 to file its response.   In support of this motion, the Government offers the following:

1.      On May 14, 2014, a grand jury sitting in New Haven, Connecticut, returned a 57-count superseding indictment charging the defendant Daniel Carpenter with violations of 18 U.S.C. § 1341 (Mail Fraud), 18 U.S.C. § 1343 (Wire Fraud), 18 U.S.C. § 1349 (Conspiracy to Commit Mail and Wire Fraud), 18 U.S.C. § 1956(h) (Conspiracy to Commit Money Laundering), 18 U.S.C. § 1957 (Illegal Monetary Transactions), 18 U.S.C. § 1956(a)(1)(A)(i) (Money Laundering), and 18 U.S.C. § 2 (Aiding and Abetting).

2.      On September 15, 2014, Carpenter moved to suppress evidence recovered pursuant to a search warrant issued on April 16, 2010 and executed on April 20, 2010 by agents of the Internal Revenue Service at 100 Grist Mill Road, Simsbury, Connecticut (Docs. 82, 83).  The Government responded to that motion on November 5, 2014 (Doc. 97).  Following briefing and

argument, the motion was denied by the Court in a written opinion (Doc. 155) dated December 14, 2015, which also denied a similar motion to suppress evidence seized by agents of the U.S. Department of Labor in May 2011.

3.      A 19-day bench trial took place from February 16, 2016 through March 21, 2016. On June 6, 2016, the Court issued a 91-page written Verdict and Special Findings in which it found the defendant guilty on all 57 counts of the superseding indictment.

4.      On May 23, 2017, approximately 18 months after the Court's suppression ruling, and nearly a year after the verdict, the defendant moved to reconsider the Court's denial of his motion to suppress evidence seized in April 2010.   The defendant then filed a notice of supplemental authority on July 24, 2017.

5.      On June 12, 2017, upon a consent motion to extend deadlines, the Court set a due date for the Government's responsive brief of August 14, 2017 (Doc. 251).

6.      In addition to the motion to reconsider suppression, the defendant has also filed several other post-trial motions, including a motion for acquittal, a motion for a new trial, a motion for reconsideration of the verdict, and a discovery motion.  The Government has responded to each of those other motions, all over the last two weeks.

7.      The Government has proceeded with all due diligence in responding to all of the defendant's motions, which raise a number of legal and factual issues that the defendant had many months to research and prepare.   Given the number and length of the motions filed by the defendant, the Government is seeking additional time to respond to the motion for reconsideration of suppression, until September 6, 2017.

8.      The Government has consulted with counsel for the defendant, who has no objection to this motion.

2

WHEREFORE, the Government respectfully requests permission to file its responsive brief on or before September 6, 2017.

Respectfully submitted,

DEIRDRE M. DALY
UNITED STATES ATTORNEY

/s/ David E. Novick
DAVID E. NOVICK
ASSISTANT U.S. ATTORNEY
Federal Bar No. phv02874
157 Church Street, 25th Floor
New Haven, CT 06510
Tel: 203-821-3700
Email: David.Novick@usdoj.gov

/s/ Neeraj N. Patel
NEERAJ N. PATEL
ASSISTANT U.S. ATTORNEY
Federal Bar No. phv04499
157 Church Street, 25th Floor
New Haven, CT 06510
Tel: 203-821-3700
Email: Neeraj.Patel@usdoj.gov

<u>CERTIFICATION OF SERVICE</u>

This is to certify that on August 11, 2017, a copy of the foregoing Motion for Extension of Time to Respond to Defendant's Motion for Reconsideration was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.


BY:    /s/ David E. Novick
         DAVID E. NOVICK
         ASSISTANT UNITED STATES ATTORNEY