# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 3:13CR226 (RNC) |
| | : | |
| v. | : | |
| | : | |
| DANIEL CARPENTER | : | August 20, 2017 |

**GOVERNMENT'S SUR-REPLY IN OPPOSITION TO DEFENDANT'S MOTION FOR PERSONAL ACCESS AND RETENTION OF DISCOVERY MATERIAL**

The Government respectfully submits this brief sur-reply to correct a factual misstatement in Daniel Carpenter's reply brief to his discovery motion. Doc. 271. In his reply brief, Carpenter states that "since the [G]overnment is just now turning over the Mactas testimony emails from December 2010, they have clearly delayed turning over valuable exculpatory *Brady* evidence that was in their possession." *Id.* at 6 (referring to Exhibits 1 to 14 that the Government attached to its brief in opposition to Carpenter's Rule 33 motion).

Carpenter's statement is factually incorrect. As the Government made clear in its brief in opposition to Carpenter's Rule 33 motion, all of those email exhibits were produced on October 24, 2014—16 months prior to trial. Doc. 263 at 13. In fact, the Government attached to its brief a copy of the October 24, 2014 discovery letter that contained an index of documents produced that day. Doc. 263, Ex. 15. The index shows that the Government produced, among other items, documents with a Bates range of 100GMR_CMP_SVR1_000001 to 1662769. *Id.* at 5. The email exhibits that Carpenter is claiming were just produced all bear Bates numbers within the range of documents produced that day. *Compare* Doc. 263, Exs. 1-14 *with* Ex. 15 at 5. Carpenter's counsel even signed the letter acknowledging receipt of the discovery. *Id.*, Ex. 15 at 4. Thus, contrary to Carpenter's assertion, the Government turned over these emails well before trial.

For the foregoing reasons and the reasons set forth in the Government's memorandum in opposition to Carpenter's motion, Carpenter's motion should be denied.

Respectfully submitted,

DEIRDRE M. DALY
UNITED STATES ATTORNEY

*/s/ David E. Novick*

DAVID E. NOVICK
ASSISTANT U.S. ATTORNEY
Federal Bar No. phv02874
157 Church Street, 25th Floor
New Haven, CT 06510
Tel: 203-821-3700
Email: David.Novick@usdoj.gov


*/s/ Neeraj N. Patel*

NEERAJ N. PATEL
ASSISTANT U.S. ATTORNEY
Federal Bar No. phv04499
157 Church Street, 25th Floor
New Haven, CT 06510
Tel: 203-821-3700
Email: Neeraj.Patel@usdoj.gov


**CERTIFICATE OF SERVICE**

      I hereby certify that on August 20, 2017, a copy of the foregoing Memorandum was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Neeraj N. Patel*

Neeraj N. Patel
Assistant United States Attorney