UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 3:13CR226 (RNC) |
| | : | |
| v. | : | |
| | : | |
| DANIEL CARPENTER | : | AUGUST 23, 2017 |

**DEFENDANT'S MOTION FOR LEAVE TO FILE A SUR-REPLY IN SUPPORT OF DEFENDANT'S MOTION FOR PERSONAL ACCESS AND RETENTION OF <u>DISCOVERY MATERIAL</u>**

The Defendant respectfully moves for leave to file a brief sur-reply in response to the Government's sur-reply (Doc. 277) that was filed in opposition to the Defendant's original motion for personal access and retention of discovery material in this case (Doc. 258), and the Defendant's reply in support (Doc. 271). *See* D. Conn. L. Crim. R. 1(c) (incorporating D. Conn. L. Civ. R. 7(d) regarding reply memoranda)."); D. Conn. Local Civ. R. 7(b)(2) ("No sur-replies may be filed without permission of the Court[.]"). The Defendant's proposed Sur-Reply is attached hereto as Exhibit One.

The Defendant asserts that his Sur-Reply is necessary because the Government's sur-reply suggests that it misunderstands or misapprehends the Defendant's chief assertions regarding its constitutional duties and obligations under *Brady, Giglio,* and *Bagley*.

The Defendant's proposed Sur-Reply is limited to addressing the government's sur-reply, and is not seeking an opportunity to again recite arguments already contained in the previous briefing. The Defendant respectfully submits that the foregoing constitutes good cause for granting the Defendant leave to file a sur-reply. *See Ferrie v. DirecTV, LLC*, No. 3:15-CV-409 (JCH), 2016 WL 183474, at *1 n.1 (D. Conn. Jan. 12, 2016) (stating that when new issues appear in reply papers, the opposing party should seek leave to file a sur-reply to address those new issues and that the court's consideration of the sur-reply should be limited to the new issues).

WHEREFORE, Mr. Carpenter respectfully requests the Court grant the Defendant's Motion for Leave to file the proposed Sur-Reply attached as Exhibit One.

**Respectfully submitted,**
Defendant, Daniel Carpenter

By  /s/ ct29237
    Cody N. Guarnieri, Esq.
    Brown Paindiris & Scott, LLP
    100 Pearl Street, 2nd Floor
    Hartford, CT 06103
    Tel  860.522.3343
    Fax 860.522.2490
    Fed. Bar  Ct29237
    cody@bpslawyers.com

## **CERTIFICATION**

This is to certify that August 23, 2017, a copy of the foregoing Motion was served by email to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.  Also sent to the following by U.S. postal mail:

A.U.S.A. David Novick
Office of U.S. Attorney
157 Church Street, 23rd Floor
New Haven, CT 06510

By   /s/ ct29237
Cody N. Guarnieri, Esq.
Brown Paindiris & Scott, LLP
100 Pearl Street, 2nd Floor
Hartford, CT 06103
Tel  860.522.3343
Fax 860.522.2490
Fed. Bar  Ct29237