UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 3:13CR226(RNC) |
| ) | |
| DANIEL E. CARPENTER ) | |
| ) | SEPTEMBER 1, 2017 |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Mr. Carpenter respectfully asks the Court to take judicial notice of the government's recent dismissal of all charges against the financier Benjamin Wey. The government's decision to dismiss all charges was based on Judge Nathan's granting of Mr. Wey's Motion to Suppress. See Doc. 259 for Mr. Carpenter's Notice of Supplemental Authority of Judge Nathan's decision. In its motion to dismiss all charges against Mr. Wey, the government cites Judge Nathan's granting the Motion to Suppress as the primary reason. See the government's Motion for *Nolle Prosequi* attached as Exhibit One.

Mr. Carpenter would respectfully ask the Court for a special hearing once all the post-trial briefs are filed to review the circumstances of both of the raids at issue in this

case: the Shaun Schrader raid of April 20, 2010, which has had substantial briefing as well as the Lynn Allen raid of May 26, 2011, which Mr. Carpenter intends to bring separate motions to dismiss.

Mr. Carpenter believes an evidentiary hearing before the Court is necessary because the nature of the legality of the circumstances and execution surrounding these search warrants. The Court is also aware that the Rule 41(g) and *Bivens* action against Agent Allen is currently stayed before Judge Bolden.

**Respectfully submitted,**
Defendant, Daniel Carpenter

By _____
Richard Brown, Esq.
Brown Paindiris & Scott, LLP
100 Pearl Street, 2nd Floor
Hartford, CT 06103
Tel 860.522.3343
Fax 860.522.2490
rbrown@bpslawyers.com

# EXHIBIT ONE

Case 3:13-cr-00226-RNC   Document 280   Filed 09/01/17   Page 4 of 8

Case 1:15-cr-00611-AJN   Document 129   Filed 09/08/17   Page 1 of 4
Case 1:15-cr-00611-AJN   Document 128   Filed 08/08/17   Page 1 of 4

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA         :

            -v.-                 :    NOLLE PROSEQUI

BENJAMIN WEY,                    :    15 Cr. 611 (AJN)
     a/k/a "Benjamin Wei,"
     a/k/a "Tianbing Wei," and   :
SEREF DOGAN ERBEK,
     a/k/a "Dogan Erbek,"        :

            Defendants.          :
- - - - - - - - - - - - - - - - x
```

      1.    The filing of this nolle prosequi will dispose of this case against BENJAMIN WEY, a/k/a "Benjamin Wei," a/k/a "Tianbing Wei," the defendant.

      2.    On September 8, 2015, Indictment 15 Cr. 611 (AJN) was filed, which charged that BENJAMIN WEY, a/k/a "Benjamin Wei," a/k/a "Tianbing Wei," and SEREF DOGAN ERBEK, a/k/a "Dogan Erbek," the defendants, conspired to commit securities fraud and wire fraud, in violation of Title 18, United States Code, Section 371 (Count One); committed securities fraud in violation of Title 15, United States Code, Sections 78j(b) and 78ff, Title 17, Code of Federal Regulations, Section 240.10b-5, and Title 18, United States Code, Section 2(Count Two); committed securities fraud in violation of Title 18, United States Code, Sections 1348 and 2 (Count Three); committed wire fraud, in

1

Case 3:13-cr-00226-RNC   Document 280   Filed 09/01/17   Page 5 of 8

Case 1:15-cr-00611-AJN   Document 129   Filed 08/08/17   Page 2 of 4
Case 1:15-cr-00611-AJN   Document 128   Filed 08/08/17   Page 2 of 4

violation of Title 18, United States Code, Sections 1343 and 2 (Count Four); failed to disclose to the Securities and Exchange Commission (the "SEC") ownership in excess of five percent of certain stocks, in violation of Title 15, United States Code, Sections 78m(d) and 78ff, Title 17, Code of Federal Regulations, Sections 240.13d-1, and Title 18, United States Code, Section 2 (Counts Five and Six); and money laundering, in violation of Title 18, United States Code, Sections 1956(a)(1)(B)(i) and 2 (Counts Seven and Eight).

3. On June 13, 2017, the Court granted a motion, filed by BENJAMIN WEY, a/k/a "Benjamin Wei," a/k/a "Tianbing Wei," the defendant, to suppress evidence seized during a search of WEY's apartment and the New York offices of New York Global Group, Inc.

4. The Government sought charges in this matter based in significant part on materials seized during those searches. Because the Government can no longer rely on that evidence at trial against BENJAMIN WEY, a/k/a "Benjamin Wei," a/k/a "Tianbing Wei," the defendant, the Government has decided to dismiss the charges pending against Wey.

Case 3:13-cr-00226-RNC   Document 280   Filed 09/01/17   Page 6 of 8

Case 1:15-cr-00611-AJN   Document 129   Filed 08/08/17   Page 3 of 4
Case 1:15-cr-00611-AJN   Document 128   Filed 08/08/17   Page 3 of 4

5. Accordingly, the Government recommends that an order of nolle prosequi be filed as to BENJAMIN WEY, a/k/a "Benjamin Wei," a/k/a "Tianbing Wei," the defendant, in the above-captioned matter.

*Brooke E. Cucinella*

BROOKE E. CUCINELLA
BRENDAN QUIGLEY
P. IAN McGinley
Assistant United States Attorneys
Tel.: (212) 637-2477/2190/2257

Dated:  New York, New York
        August 8, 2017

Case 3:13-cr-00226-RNC Document 280 Filed 09/01/17 Page 7 of 8

Case 1:15-cr-00611-AJN Document 129 Filed 08/08/17 Page 4 of 4
Case 1:15-cr-00611-AJN Document 128 Filed 08/08/17 Page 4 of 4

Upon the foregoing recommendation, I hereby direct, with leave of the Court, that an order of <u>nolle</u> <u>prosequi</u> be filed as to BENJAMIN WEY, a/k/a "Benjamin Wei," a/k/a "Tianbing Wei," the defendant, with respect to Indictment 15 Cr. 611 (AJN).

*[signature]*
JOON H. KIM
Acting United States Attorney
Southern District of New York

Dated: New York, New York
August 8, 2017

SO ORDERED:

*[signature]*
HONORABLE ALISON J. NATHAN
United States District Judge
Southern District of New York

Dated: New York, New York
August 8, 2017

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 0 8 2017

4

## CERTIFICATION

This is to certify that on September 1, 2017, a copy of the foregoing Notice was served by email to all parties by operation of the Court's electronic filing system or by email on anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

A.U.S.A. David Novick
Office of U.S. Attorney
157 Church Street, 25th Floor
New Haven, CT 06510

A.U.S.A. Neeraj Patel
Office of U.S. Attorney
157 Church Street, 25th Floor
New Haven, CT 06510

Richard Brown, Esq.
Brown Paindiris & Scott, LLP
100 Pearl Street, 2nd Floor
Hartford, CT 06103
Tel  860.522.3343
Fax 860.522.2490
Fed Bar Ct00009