Exhibit 1: List of Government Trial Exhibits from the 2010 Warrant
Hard Copy Documents

| GX | Insured | Description | Beg Bates No. | IRS Evidence Box | Physical Location | Citation |
|---|---|---|---|---|---|---|
| 1602-60 | Auchstetter, A. | Charter Oak Disclosure, Acknowledgement, and Certification Form | HALLORAN_090_001009 | 90 | Cube 27 (File Cabinet) | ECF No. 83-3 at 40 |
| 1602-61 | Bean, A. | Charter Oak Disclosure, Acknowledgement, and Certification Form | HALLORAN_075_000188 | 75 | Cube 27 (File Cabinet) | ECF No. 83-3 at 4 |
| 1602-64 | Chrestman, J. | Charter Oak Disclosure, Acknowledgement, and Certification Form | HALLORAN_038_000565 | 38 | Cube 27 (File Cabinet) | ECF No. 83-3 at 2 |
| 1602-65 | Clinard, M. | Charter Oak Disclosure, Acknowledgement, and Certification Form | HALLORAN_038_000009 | 38 | Cube 27 (File Cabinet) | ECF No. 83-3 at 2 |
| 1602-66 | Cramer, P. | Charter Oak Disclosure, Acknowledgement, and Certification Form | HALLORAN_036_001681 | 36 | Cube 27 (File Cabinet) | ECF No. 83-3 at 2 |
| 1602-67 | Lowry, M. | Charter Oak Disclosure, Acknowledgement, and Certification Form | HALLORAN_037_000644 | 37 | Cube 27 (File Cabinet) | ECF No. 83-3 at 19 |
| 1602-69 | Nordin, E. | Charter Oak Disclosure, Acknowledgement, and Certification Form | HALLORAN_293_000643 | 293 | Cube 27 (File Cabinet) | ECF No. 83-3 at 15 |
| 1602-71 | Palazuelos-Valdes, A. | Charter Oak Disclosure, Acknowledgement, and Certification Form | HALLORAN_253_000287 | 253 | Cube 27 (File Cabinet) | ECF No. 83-3 at 48 |
| 1602-76 | Wisda, B. | Charter Oak Disclosure, Acknowledgement, and Certification Form | HALLORAN_124_000268 | 124 | Cube 27 (Room B - File Drawer) | ECF No. 83-3 at 41 |
| 104 | Carrin | June 16, 2009 Email from Jenny Valedaserra (Nova) to Penn Mutual, with Carrin Application | HALLORAN_038_001257 | 38 | Cube 27 (File Cabinet) | ECF No. 83-3 at 2 |
| 105 | Carrin | Penn Mutual Application, Agent's Report, Conf. Fin Statement, and Illustration from 100 Grist Mill Road File | HALLORAN_038_001268 | 38 | Cube 27 (File Cabinet) | ECF No. 83-3 at 2 |
| 111 | Carrin | Charter Oak Informal Inquiry Packet with HIPPA (B) | HALLORAN_038_001073 | 38 | Cube 27 (File Cabinet) | ECF No. 83-3 at 2 |
| 112 | Carrin | Charter Oak Enrollment Forms (A) | HALLORAN_038_001101 | 38 | Cube 27 (File Cabinet) | ECF No. 83-3 at 2 |
| 113 | Carrin | Charter Oak Disclosure, Acknowledgement, and Certification Form | HALLORAN_038_001113 | 38 | Cube 27 (File Cabinet) | ECF No. 83-3 at 2 |
| 114 | Carrin | September 30, 2009 Wire Transfer Form TD Bank North (Avon) to PNC (Charter Oak) | HALLORAN_103_000380 | 103 | Storage Room 1 (Room 1) | ECF No. 83-3 at 5 |
| 117 | Carrin | March 23, 2010 Wire Transfer Form TD Bank North (GMC) to PNC (Charter Oak) | HALLORAN_103_000098 | 103 | Storage Room 1 (Room 1) | ECF No. 83-3 at 5 |
| 214 | Esparo | April 14, 2010 Funding Memorandum and Disbursement Request (Fedex to Christiana) | HALLORAN_036_000473 | 36 | Cube 27 (File Cabinet) | ECF No. 83-3 at 2 |
| 314 | Knobloch | August 29, 2008 Funding Memorandum and Disbursement Request (Fedex to Christiana) | HALLORAN_035_001258 | 35 | Cube 27 (File Cabinet) | ECF No. 83-3 at 19 |
| 411 | Martinez | Charter Oak Informal Inquiry Packet with HIPPA (B) | HALLORAN_037_001742 | 37 | Cube 27 (File Cabinet) | ECF No. 83-3 at 19 |
| 414 | Martinez | Charter Oak Enrollment Forms (A) | HALLORAN_037_001676 | 37 | Cube 27 (File Cabinet) | ECF No. 83-3 at 19 |
| 415 | Martinez | Charter Oak Disclosure, Acknowledgement, and Certification Form | HALLORAN_037_001738 | 37 | Cube 27 (File Cabinet) | ECF No. 83-3 at 19 |
| 607 | Amsterdam | Charter Oak Informal Inquiry Packet with HIPPA (B) | HALLORAN_090_001350 | 90 | Cube 27 (File Cabinet) | ECF No. 83-3 at 40 |
| 608 | Amsterdam | Charter Oak Enrollment Forms (A) | HALLORAN_090_001228 | 90 | Cube 27 (File Cabinet) | ECF No. 83-3 at 40 |
| 609 | Amsterdam | Charter Oak Disclosure, Acknowledgement, and Certification Form | HALLORAN_090_001364 | 90 | Cube 27 (File Cabinet) | ECF No. 83-3 at 40 |
| 810 | Goelzer | December 30, 2008 Funding Memorandum and Disbursement Request (Fedex to Christiana) | HALLORAN_291_000650 | 291 | Cube 27 (File Cabinet) | ECF No. 83-3 at 50 |
| 913 | Musiker | March 26, 2007 Funding Memorandum and Disbursement Request (Fedex to Christiana) | HALLORAN_291_000096 | 291 | Cube 27 (File Cabinet) | ECF No. 83-3 at 50 |
| 1011 | Pennington | September 22, 2008 Funding Memorandum and Disbursement Request (Fedex to Christiana) | HALLORAN_253_002305 | 253 | Cube 27 (File Cabinet) | ECF No. 83-3 at 48 |
| 1013 | Pennington | August 26, 2009 Fedex (to Christiana) of Funding Memorandum and Disbursement Request | HALLORAN_253_002293 | 253 | Cube 27 (File Cabinet) | ECF No. 83-3 at 48 |
| 1109 | Von Noorden | December 31, 2008 Funding Memorandum and Disbursement Request (January 5, 2009 Fedex to Christiana) | HALLORAN_054_001706 | 54 | Cube 27 (File Cabinet) | ECF No. 83-3 at 3 |
| 1111 | Von Noorden | November 4, 2009 Fedex (to Christiana) of Funding Memorandum and Disbursement Request (GJ source) | HALLORAN_054_001697 | 54 | Cube 27 (File Cabinet) | ECF No. 83-3 at 3 |
| 1320 | Spencer | December 26, 2007 Cover Letter and Fedex Receipt for mailing of December 21, 2007 Amended Funding Memoranda and Disbursement Requests, Policies 5475 & 0809 | HALLORAN_253_001252 | 253 | Cube 27 (File Cabinet) | ECF No. 83-3 at 48 |
| 1407 | Lambert | Charter Oak Informal Inquiry Packet with HIPPA (B) | HALLORAN_037_000495 | 37 | Cube 27 (File Cabinet) | ECF No. 83-3 at 19 |
| 1408 | Lambert | Charter Oak Enrollment Forms (A) | HALLORAN_037_000272 | 37 | Cube 27 (File Cabinet) | ECF No. 83-3 at 19 |
| 1409 | Lambert | Charter Oak Disclosure, Acknowledgement, and Certification Form | HALLORAN_037_000491 | 37 | Cube 27 (File Cabinet) | ECF No. 83-3 at 19 |
| 1417 | Lambert | Charter Oak Informal Inquiry Packet with HIPPA (B) | HALLORAN_037_000284 | 37 | Cube 27 (File Cabinet) | ECF No. 83-3 at 19 |
| 1418 | Lambert | Charter Oak Enrollment Forms (A) | HALLORAN_037_000483 | 37 | Cube 27 (File Cabinet) | ECF No. 83-3 at 19 |
| 1419 | Lambert | Charter Oak Disclosure, Acknowledgement, and Certification Form | HALLORAN_037_000268 | 37 | Cube 27 (File Cabinet) | ECF No. 83-3 at 19 |
| 1915 | Carrin | Grist Mill Capital Pro Forma for Marvin Carrin | IRS_001_000338 | 249 | Storage Room 5 (Brown Cabinet) | ECF No. 83-3 at 13 |

Notes: All "HALLORAN" Bates ranges are from the subpoena to Halloran for documents held pursuant to the Judge Adelman filter orders
All "IRS" Bates ranges are from the warrant in Wisconsin for documents that were still in Wisconsin as of May 26, 2011