Exhibit 2: List of Government Trial Exhibits from the 2010 Warrant
Electronic Documents

| GX | Description | Beginning Bates No. | Ending Bates No. | Physical Location |
|---|---|---|---|---|
| 1922 | May 19, 2006 e-mail from Carpenter forwarding a listing of officers for various entities | 100GMR_CMP1_PP_A07ASAT-014971 | 100GMR_CMP1_PP_A07ASAT-014973 | Computer in Carpenter's Office |
| 2045 | May 16, 2007 e-mail from Bursey to Carpenter, asking Carpenter if it is ok to sign AXA Financial Supplement II form for the Beekman case | 100GMR_CMP1_E-006206 | 100GMR_CMP1_E-006208 | Computer in Bursey's Office |
| 2047 | May 16, 2007 e-mail from Bursey to Trudeau, telling Trudeau that Carpenter was going to call regarding the Beekman financial supplement | 100GMR_CMP1_E-006200 | 100GMR_CMP1_E-006200 | Computer in Bursey's Office |
| 2048 | May 16, 2007 e-mail from Bursey to Trudeau, telling Trudeau that he talked to Carpenter and will send the Beekman financial supplement shortly | 100GMR_CMP1_E-006199 | 100GMR_CMP1_E-006199 | Computer in Bursey's Office |
| 2049 | May 16, 2007 e-mail from Bursey to Trudeau, blind copy to Carpenter, attaching the signed Beekman financial supplement | 100GMR_CMP1_E-006196 | 100GMR_CMP1_E-006198 | Computer in Bursey's Office |