UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 3:13CR226 (RNC) |
| | : | |
| v. | : | |
| | : | |
| DANIEL CARPENTER | : | AUGUST 23, 2017 |

**DEFENDANT'S SUR-REPLY IN SUPPORT OF DEFENDANT'S MOTION FOR PERSONAL ACCESS AND RETENTION OF DISCOVERY MATERIAL**

The government's sur-reply fails to appreciate Mr. Carpenter's position with regard to the government's obligations under *Brady*. To that end, the Defendant stands behind the assertions made in his reply brief as the truth: that to the present day, the Government has failed to turn over even a single piece of paper, a single email, specifically identified by the government as exculpatory evidence under *Brady*.

The government clearly acknowledges, both in its prior letters to counsel, and its sur-reply brief to the Court, that it was in possession of data, including emails, which were seized during the May 26, 2011 raid on 100 Grist Mill Road which Mr. Carpenter has repeatedly argued to have been an unlawful search and seizure. The government's sur-reply suggests that it fails to appreciate Mr. Carpenter's chief point, which is that the Mactas testimony during the Universitas Arbitration and the emails regarding Mr. Mactas in 2010, which clearly constitute exculpatory *Brady* material, were not expressly identified as such to the defense, and the government continues to argue that this evidence is neither *Brady* evidence nor exculpatory evidence.

While the government claims that they gave Mr. Carpenter all exculpatory evidence in the vast data dumps that were provided to Halloran & Sage, and that the Defendant's motion is moot, it has nonetheless failed to meet their obligations under *Brady*, *Giglio* and *Bagley* by particularly identifying exculpatory information contained therein.

This is all to say that the government failed to satisfy its *Brady* obligations and constitutional duties by turning over a million emails unlawfully taken in 1,000 haystacks of data in the hopes the Defendant cannot find the "exculpatory" needles in each haystack.  Under *United States v. Bortnovsky*, 820 F.2d 572 (2d Cir. 1987) and *United States v. Nachamie*, 91 F.Supp.2d 565 (S.D.N.Y., 2000), the courts held that "[t]he Government did not fulfill its obligation merely by providing mountains of documents to defense counsel who were left unguided...." *Nachamie* at 571, *quoting Bortnovsky* at 575. "The government cannot hide *Brady* material as an exculpatory needle in a haystack of discovery materials."  *United States v. Thomas*, 981 F.Supp.2d 229, 239 (S.D.N.Y., 2013), *citing United States v. Skilling*, 554 F.3d 529, 577 (5th Cir. 2009), *aff'd in part and vacated in part on other grounds*, 561 U.S. 358 (2010),*See, also, United States v. Hsia*, 24 F.Supp.2d 14, 29-30 (D.D.C. 1998) ("The government cannot meet its *Brady* obligations by providing…600,000 documents and then claiming that [the defendant] should have been able to find the exculpatory information[.]").

WHEREFORE, Mr. Carpenter further respectfully requests this Court to grant his Motion for this Sur-Reply and grant his Motion for Personal Access to the Discovery in this case.

                              **Respectfully submitted,**
                              Defendant, Daniel Carpenter

By   /s/ ct29237
      Cody N. Guarnieri, Esq.
      Brown Paindiris & Scott, LLP
      100 Pearl Street, 2nd Floor
      Hartford, CT 06103
      Tel  860.522.3343
      Fax 860.522.2490
      Fed. Bar  Ct29237
      cody@bpslawyers.com

## **CERTIFICATION**

This is to certify that August 23, 2017, a copy of the foregoing Motion was served by email to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.  Also sent to the following by U.S. postal mail:

A.U.S.A. David Novick
Office of U.S. Attorney
157 Church Street, 23rd Floor
New Haven, CT 06510

                                              By  /s/ ct29237
                                              Cody N. Guarnieri, Esq.
                                              Brown Paindiris & Scott, LLP
                                              100 Pearl Street, 2nd Floor
                                              Hartford, CT 06103
                                              Tel  860.522.3343
                                              Fax 860.522.2490
                                              Fed. Bar  Ct29237