## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA )
 )
 )
v. ) CRIMINAL NO. 3:13CR226(RNC)
 )
DANIEL E. CARPENTER )
 ) SEPTEMBER 11, 2017

## DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO THE GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION FOR RECONSIDERATION OF THE COURT'S SUPPRESSION RULING

The Defendant respectfully submits this motion to request an extension in which to file its response to the government's Opposition to the Defendant's Motion for Reconsideration of the Court's Suppression Ruling, filed on September 6, 2017 until October 2, 2017. In support of this motion, the Defendant asserts the following:

1. This matter was brought to trial before the bench commencing on February 16, 2016. The Court heard evidence on various days from February 16, 2016, through March 21, 2016, on which date closing arguments were made to the court.

2. The court rendered its verdict on June 6, 2016, finding the defendant guilty on each of the 57 counts charged in the superseding indictment.

1

BROWN PAINDIRIS & SCOTT, LLP   ATTORNEYS AT LAW

100 PEARL STREET   HARTFORD, CONNECTICUT 06103   (860) 522-3343   JURIS NO. 20767

3.      As the court is intimately aware, this prosecution has involved a significant quantity of documents as well as numerous witnesses, which resulted in a nearly 100 page verdict from the court.  Moreover, the sheer volume and complexity of this matter necessitated years of reviewing government disclosures, pretrial preparation and necessitated voluminous pretrial motions, post-trial motions and memorandums of law in support thereof and opposition thereto.

4.      Good cause for this extension can also be found in consideration of the complexity of this case, and the amount of research required to properly present Defendant's arguments in response to the government's opposition to Defendant's motions.

5.      Accordingly, in light of scheduling issues and the number of issues raised in the government's opposition, the Defendant requires an extension of time to file its response. The Defense believes that an extension until October 2, 2017 will provide the Defense with the time required to thoroughly respond to the government.

6.      Defense counsel has communicated this request with the Office of the United States Attorney, (A.U.S.A. David Novick) who does not object to this motion.

2

WHEREFORE, it is respectfully requested that the Court allow the Defendant to file his responses on or before October 6th, 2017.

**Respectfully submitted,**
Defendant, Daniel Carpenter

By _____
Richard Brown, Esq.
Brown Paindiris & Scott, LLP
100 Pearl Street, 2nd Floor
Hartford, CT 06103
Tel 860.522.3343
Fax 860.522.2490
Fed Bar No. ct00009
rbrown@bpslawyers.com

BROWN PAINDIRIS & SCOTT, LLP  ATTORNEYS AT LAW

100 PEARL STREET  HARTFORD, CONNECTICUT 06103  (860) 522-3343  JURIS NO. 20767

## CERTIFICATION

This is to certify that on September 11, 2017, a copy of the foregoing Motion was

served by email to all parties by operation of the Court's electronic filing system or by

email on anyone unable to accept electronic filing as indicated on the Notice of

Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

A.U.S.A. David Novick
Office of U.S. Attorney
157 Church Street, 25th Floor
New Haven, CT 06510

A.U.S.A. Neeraj Patel
Office of U.S. Attorney
157 Church Street, 25th Floor
New Haven, CT 06510

Richard Brown, Esq.
Brown Paindiris & Scott, LLP
100 Pearl Street, 2nd Floor
Hartford, CT 06103
Tel 860.522.3343
Fax 860.522.2490
Fed Bar No. ct00009

4