# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 3:13CR226(RNC) |
| ) | |
| DANIEL E. CARPENTER ) | |
| ) | SEPTEMBER 11, 2017 |

## **DEFENDANT'S MOTION FOR OVERSIZED BRIEF**

The Defendant respectfully submits this motion to request the Court's permission to file a response to the government's Opposition to the Defendant's Motion for Reconsideration of the Court's Suppression Ruling, filed on September 6, 2017 in excess of the 10-page limit. In support of this motion, the Defendant asserts the following:

1. This matter was brought to trial before the bench commencing on February 16, 2016. The Court heard evidence on various days from February 16, 2016, through March 21, 2016, on which date closing arguments were made to the court.

2. The court rendered its verdict on June 6, 2016, finding the defendant guilty on each of the 57 counts charged in the superseding indictment.

3. As the court is intimately aware, this prosecution has involved a significant quantity of documents as well as numerous witnesses, which resulted in a nearly 100

1

page verdict from the court. Moreover, the sheer volume and complexity of this matter necessitated years of the reviewing government disclosures, pretrial preparation and necessitated voluminous pretrial motions, post-trial motions and memorandums of law in support thereof and opposition thereto.

4. Good cause for the expansion of the page limit can also be found in consideration of the complexity of this case, and the amount of research required to properly present Defendant's arguments in response to the government's opposition to Defendant's motions.

5. Accordingly, in light of the number of issues raised in the government's opposition, the Defendant requires more pages to adequately respond to the government's opposition. The Defense believes that 20 pages will provide the Defense with the space required to thoroughly respond to the government.

6. Defense counsel has communicated this request with the Office of the United States Attorney, (A.U.S.A. David Novick) who does not consent to this motion.

BROWN PAINDIRIS & SCOTT, LLP ATTORNEYS AT LAW
100 PEARL STREET HARTFORD, CONNECTICUT 06103 (860) 522-3343 JURIS NO. 20767

WHEREFORE, it is respectfully requested that the Court allow the Defendant 20 pages to respond the government's opposition.

**Respectfully submitted,**
Defendant, Daniel Carpenter

By _____
Richard Brown, Esq.
Brown Paindiris & Scott, LLP
100 Pearl Street, 2nd Floor
Hartford, CT 06103
Tel 860.522.3343
Fax 860.522.2490
Fed Bar No. ct00009
rbrown@bpslawyers.com

BROWN PAINDIRIS & SCOTT, LLP ATTORNEYS AT LAW
100 PEARL STREET HARTFORD, CONNECTICUT 06103 (860) 522-3343 JURIS NO. 20767

## **CERTIFICATION**

This is to certify that on September 11, 2017, a copy of the foregoing Motion was served by email to all parties by operation of the Court's electronic filing system or by email on anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

A.U.S.A. David Novick
Office of U.S. Attorney
157 Church Street, 25th Floor
New Haven, CT 06510

A.U.S.A. Neeraj Patel
Office of U.S. Attorney
157 Church Street, 25th Floor
New Haven, CT 06510

Richard Brown, Esq.
Brown Paindiris & Scott, LLP
100 Pearl Street, 2nd Floor
Hartford, CT 06103
Tel 860.522.3343
Fax 860.522.2490
Fed Bar No. ct00009