Crim-Mot hrg (Dec-2008)

HONORABLE: Robert N. Chatigny

DEPUTY CLERK Glynn, T.          RPTR/ECRO/TAPE Warner, D.

TOTAL TIME: _____ hours 58 _____ minutes   USPO _____ INTERPRETER _____

DATE: 11/6/17     START TIME: 10:10     END TIME: 11:08

LUNCH RECESS   FROM: _____ TO: _____

RECESS (if more than ½ hr)   FROM: _____ TO: _____

CRIMINAL NO. 13cr226 RNC          Deft # 1

UNITED STATES OF AMERICA

vs

Daniel Carpenter

Dave Novick/Neeraj Patel

AUSA

Richard Brown/Cody Guarnieri

Defendant's Counsel ☒ CJA ☐ Retained ☐ PDA

TELEPHONE CALL RE:          **HEARING ON CRIMINAL MOTIONS**

| | | | |
|---|---|---|---|
| ☒......# 228 | Deft Carpenter | Motion for Acquittal | ☐ granted ☒ denied ☐ advisement |
| ☒......# 230 | Deft Carpenter | Motion for New Trial | ☐ granted ☒ denied ☐ advisement |
| ☒......# 243 | Deft Carpenter | Motion Sealed Motion | ☐ granted ☒ denied ☐ advisement |
| ☒......# 247 | Deft Carpenter | Motion Sealed Motion | ☐ granted ☒ denied ☐ advisement |
| ☒......# 258 | Deft Carpenter | Motion for Discovery | ☐ granted ☒ denied ☐ advisement |
| ☐......# ___ | Deft _____ | Motion _____ | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Deft _____ | Motion _____ | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Deft _____ | Motion _____ | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Deft _____ | Motion _____ | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Govt's motion _____ | | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Govt's motion _____ | | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Govt's motion _____ | | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Govt's motion _____ | | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Deft _____ oral motion _____ | | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Deft _____ oral motion _____ | | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Deft _____ oral motion _____ | | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Govt's oral motion _____ | | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Govt's oral motion _____ | | ☐ granted ☐ denied ☐ advisement |

☐.............. Brief(s) due _____ Response(s) due _____ Replies due _____

☐.............. Bond ☐ set at $_____ ☐ reduced to $_____ ☐ Non-surety ☐ Surety ☐ PR

☐.............. Bond ☐ revoked ☐ reinstated ☐ continued ☐ modified

☐.............. Defendant REMANDED to custody

☐.............. Competency Hearing ☐ held ☐ continued until _____ at _____

☐.............. _____ hearing continued until _____ at _____

☐.............. Court finds defendant _____ ☐ competent ☐ incompetent

☐.............. Court orders defendant _____ to undergo psychiatric evaluation

☐.............. Motion Hearing continued until _____ at _____

☒.............. SEE PAGE II for additional entries

## DOCUMENTS FILED IN OPEN COURT

| | | |
|---|---|---|
| ☐............. | _____ | ☐ filed ☐ docketed |
| ☐............. | _____ | ☐ filed ☐ docketed |
| ☐............. | _____ | ☐ filed ☐ docketed |
| ☐............. | _____ | ☐ filed ☐ docketed |
| ☐............. | _____ | ☐ filed ☐ docketed |
| ☐............. | _____ | ☐ filed ☐ docketed |
| ☐............. | _____ | ☐ filed ☐ docketed |
| ☐............. | _____ | ☐ filed ☐ docketed |
| ☐............. | _____ | ☐ filed ☐ docketed |
| ☐............. | _____ | ☐ filed ☐ docketed |
| ☐............. | _____ | ☐ filed ☐ docketed |
| ☐............. | _____ | ☐ filed ☐ docketed |
| ☐............. | _____ | ☐ filed ☐ docketed |
| ☐............. | _____ | ☐ filed ☐ docketed |
| ☐............. | _____ | ☐ filed ☐ docketed |
| ☐............. | _____ | ☐ filed ☐ docketed |
| ☐............. | _____ | ☐ filed ☐ docketed |
| ☐............. | _____ | ☐ filed ☐ docketed |

## MISCELLANEOUS PROCEEDINGS

Govt's response re: dkts. # 295 & # 298 due by November 17, 2017. After the defense responses, a telephone call

will be scheduled.

Sentencing will be scheduled for February 21, 2018 @ 10:00 am; 1st disclosure 1/10/18; obj due 1/24/18;

2nd disclosure due 2/3/18; Deft. Sent Memo due 2/7/18; Gov't Sent Memo due 2/14/18; Reply due 2/17/18.

The Court reviewed the "Sealing" policy with counsel.