## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. 3:13-CR-226(RNC) |
| ) | |
| v. ) | |
| ) | |
| DANIEL E. CARPENTER ) | |
| ) | NOVEMBER 9, 2017 |

### DEFENDANT DANIEL CARPENTER'S MOTION TO
### HAVE MOTION HEARING CONDUCTED IN OPEN COURT

The defendant, Daniel Carpenter, moves this Court to modify its Order of November 7th (Doc. No. 303) concerning a "Motion Hearing" to conduct it at the U.S. Courthouse in Hartford in open court and not by way of a "telephone conference", as is presently set for December 12, 2017 at 10:00 a.m. for the reasons which follow:

1) On November 6th a hearing was held via telephone concerning several motions filed by defendant Carpenter, which was de facto limited to counsel of record.

2) During said conference the Court gave each side an opportunity to add to any arguments they had presented in their respective briefs. The Court then decided each motion on the record.

3) The hearing was more than simply a call to determine something administratively such as scheduling or changing a court date; rather it dealt with substantive issues affecting Mr. Carpenter's rights and constitutional protections.

4) Mr. Carpenter was not present during the telephone call.

5) Mr. Carpenter is concerned that the same protocol will occur at the December 12th proceeding. As the Court knows, as the defendant in this case, the Constitution guarantees Mr. Carpenter a fair trial, and the Sixth Amendment specifically provides that: "[i]n all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial...." *See, e.g., Betterman v. Montana*, 136 S.Ct. 1609, 1612 (2016). To date, Mr. Carpenter has already asserted in his previous motions that his trial was neither "fair" nor "speedy;" and now Mr. Carpenter is asserting his constitutional rights to a public trial and his rights under the Sixth Amendment "Confrontation Clause" and *Crawford v. Washington*, 541 U.S. 36 (2004).

6) It is moved that such proceedings, which are not just administrative in nature, (e.g. setting dates/deadlines, etc.) only occur in open court in a public forum, such that the defendant's family and friends be permitted to attend, as in any other proceeding affecting the legality of the matter.

Wherefore, it is moved that the December 12th proceeding occur in open court at 450 Main Street, Hartford.

**Respectfully submitted,**
Defendant, Daniel Carpenter

By _____
Richard Brown, Esq.
Brown Paindiris & Scott, LLP
100 Pearl Street, 2nd Floor
Hartford, CT 06103
Tel 860.522.3343
Fax 860.522.2490
Fed Bar No. ct00009
rbrown@bpslawyers.com

2

## CERTIFICATION

This is to certify that on November 9, 2017, a copy of the foregoing Motion was served by email to all parties by operation of the Court's electronic filing system or by email on anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

A.U.S.A. David Novick
Office of U.S. Attorney
157 Church Street, 25th Floor
New Haven, CT 06510

A.U.S.A. Neeraj Patel
Office of U.S. Attorney
157 Church Street, 25th Floor
New Haven, CT 06510

_____
Richard Brown, Esq.
Brown Paindiris & Scott, LLP
100 Pearl Street, 2nd Floor
Hartford, CT 06103
Tel  860.522.3343
Fax 860.522.2490
Fed Bar No. ct00009

3