## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 3:13CR226(RNC) |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| DANIEL E. CARPENTER | ) |  |
|  | ) | NOVEMBER 14, 2017 |

### MR. CARPENTER'S MOTION FOR RECONSIDERATION
### OF THE COURT'S DENIAL OF MR. CARPENTER'S
### REQUEST FOR A NEW TRIAL PURSUANT TO RULE 33

Mr. Carpenter respectfully moves the Court, pursuant to Rule 7(c) of the Local Rules of Civil Procedure for the District of Connecticut, incorporated by reference into the District's Local Rules of Criminal Procedure by Rule 1(c), to reconsider its order denying a Judgment of Acquittal on all Counts of the Indictment by way of a conference call on November 6, 2017.

Mr. Carpenter also respectfully moves for an extension of time to file other motions for reconsideration based on the fact that Mr. Carpenter has not yet received a copy of the transcript of the November 6, 2017 teleconference with the Court, which as the Court knows Mr. Carpenter was not a party to nor was he on the call. A memorandum supporting the motion for reconsideration is filed herewith.

**Respectfully submitted,**
Defendant, Daniel Carpenter

By

Richard Brown, Esq.
Brown Paindiris & Scott, LLP
100 Pearl Street, 2nd Floor
Hartford, CT 06103
Tel 860.522.3343
Fax 860.522.2490
Fed Bar No. ct00009
rbrown@bpslawyers.com

*ORAL ARGUMENT REQUESTED*

## CERTIFICATION

This is to certify that on November 14, 2017, a copy of the foregoing Motion was served by email to all parties by operation of the Court's electronic filing system or by email on anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

A.U.S.A. David Novick
Office of U.S. Attorney
157 Church Street, 25th Floor
New Haven, CT 06510

A.U.S.A. Neeraj Patel
Office of U.S. Attorney
157 Church Street, 25th Floor
New Haven, CT 06510

Richard Brown, Esq.
Brown Paindiris & Scott, LLP
100 Pearl Street, 2nd Floor
Hartford, CT 06103
Tel  860.522.3343
Fax 860.522.2490
Fed Bar No. ct00009

*ORAL ARGUMENT REQUESTED*