**Unknown**

| | |
|---|---|
| From: | Guy REXIS <FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=GUYREXIS> |
| Sent: | Thursday, December 07, 2006 10:30 AM |
| To: | Stefan BPA |
| Subject: | Re: HIPPA Form |
| Attachments: | Rex Insurance Services Informal Inquiry  (all 50 States) 10-19-2006.doc |



100GMR_CMP_SVR1-0097293