| | |
|---|---|
| From: | Guy Neumann <gneumann@rexisinc.com> |
| Sent: | Monday, August 14, 2006 1:11 PM |
| To: | bwhite@rexisinc.com |
| Subject: | RE: RE: Revised Informal Inquiry version 8.11.06 |
| Attachments: | Rex Insurance Services Informal Inquiry _all 50 States_ 8-11-06.pdf |

Dear REXIS Rep:

   Please find enclosed a copy of the revised REXIS Informal Inquiry Form (I.I.) version 8.11.06. We added two new pages (pages 5 & 7) to this version: Life Style Resume Page and a Financial Statement Addendum. Both of these pages are designed to provide us with important background information about your prospects that we were not generating with our previous versions of the Informal Inquiry.

I will try to get an electronic version of I.I. 8.11.06 out to you by the end of the week as well.

The new Informal Inquiry is designed to work in all 50 States; meaning, for those of you that were using different I.I.'s for different States, you can stop that now and just use version 8.11.06 from now.

Bill and I will cover the new pages during our training tomorrow. For those of you that will not be in Dallas tomorrow, please do not hesitate to contact me if you have any questions regarding the new pages or if I can be of any service to you.

   Please note, that we will require the new version of the I.I.'s to be used for all new cases that come in after 8.25.06. Please also note that a REXIS representative may contact you for the background information about your clients for I.I.'s that have already been submitted. We would appreciate it immensely if you could be proactive and help us generate the answers to the questions asked on pages 5&7 of the new I.I. version 8.11.06 because we will need that information when we start submitting formal apps to the carriers.

Best regards,

**Guy Neumann**

Rex Insurance Services, Inc.

EXHIBIT 3
PENGAD 800-631-6989

100GMR_CMP_SVR1-0963134

Chief Operating Officer

100 Girst Mill Road

Simsbury, CT 06070

Tel: 860-408-1100

Fax: 860-408-1102

Cell: 860-478-1774

**100GMR_CMP_SVR1-0963135**