| | |
|---|---|
| From: | Guy Neumann <gneumann@rexisinc.com> |
| Sent: | Friday, July 14, 2006 11:15 AM |
| To: | operations@laegonline.com; Steve Sharpe; bill@fivestarfinancial.com; bill@fsfc.org |
| Cc: | Ineke REXIS; Kathy BPA; Barbara BPA; Stefan REXIS |
| Subject: | FW: Age box |
| Attachments: | Rex Insurance Services Informal Inquiry 7-14-06.pdf |

Brandi,

Per your request, please find enclosed a revised version of the REXIS Initial Inquiry, version 7-14-06, which has a tab slotted for age. Please send out the new I.I. to your agents and inform them that they do not have to re-due the old forms that they have been using, but we would like them to use version 7.14.06 from now on.

Let me know if you have any questions,

Regards,

Guy

---

**From:** Guy Neumann [mailto:gneumann@benefitplanadvisors.com]

**Sent:** Friday, July 14, 2006 11:01 AM

**To:** gneumann@rexisinc.com

**Subject:** FW: Age box

---

**From:** LAEG Operations [mailto:operations@laegonline.com]

**Sent:** Thursday, July 13, 2006 5:08 PM

**To:** 'Guy Neumann'

EXHIBIT 4

100GMR_CMP_SVR1-0117148

**Subject:** Age box

That would be helpful for quick reference and not have to do the math everytime....

Brandy Strom

Operations Manager

**Life Analysis Equity Group**

2600 Michelson Drive, Suite 1700

Irvine, CA 92612

tel. 949.852.3557

fax 888.523.7084

operations@laegonline.com

---

**From:** Guy Neumann [mailto:gneumann@benefitplanadvisors.com]

**Sent:** Thursday, July 13, 2006 1:23 PM

**To:** 'LAEG Operations'

**Subject:** RE: Continuing cases/stop-works

Hi Brandi,

I am assuming you mean to actually add an age box on I.I.; meaning, you would like to have DOB and age, right?

---

**From:** LAEG Operations [mailto:operations@laegonline.com]

**Sent:** Thursday, July 13, 2006 3:20 PM

**To:** 'Guy Neumann'

100GMR_CMP_SVR1-0117149

**Subject:** Continuing cases/stop-works

Hi Guy

The call was very informative – thanks!

Just to repeat the procedure agreed upon: informal inquiries will come through our office to you, approx. 72 hrs after reception, Rex will let us and the agent know if the file is a go or a no-go. That is fine if Rex speaks with the agent first so as to have that conversation about the proposed insured. Please just let us know if you will be continuing to work on that file, or not. From there you will be working with the agent to retrieve APS and other concerns that may arise.

Please let me know at what point you will need to receive the original documents from the agent, if at all.

I have attached the lists sent over by Ineke for the first 2 batches. Of these can you let me know if there are files Rex has decided to not pursue and which ones you are moving forward with?

Would it be too late for you to add an "age" box on the I.I. you are working on? If it will be a hassle please do not bother.

We'll be sending some more over tomorrow or Monday. After this batch we will start sending them over on a on-reception basis rather than in batches. I assume that I should fax them to your fax number.

Thanks so much Guy.

Brandy Strom

Operations Manager

100GMR_CMP_SVR1-0117150

**Life Analysis Equity Group**

2600 Michelson Drive, Suite 1700

Irvine, CA 92612

tel. 949.852.3557

fax 888.523.7084

operations@laegonline.com

**100GMR_CMP_SVR1-0117151**