| | |
|---|---|
| **From:** | Stefan BPA <FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=STEFANBPA> |
| **Sent:** | Wednesday, December 13, 2006 10:59 AM |
| **To:** | 'Ken Grubb'; Guy BPA |
| **Cc:** | 'Jennifer Hammond'; Ineke REXIS; Barbara Korfel; James Morison; Stefan BPA; 'Jeff Scoular' |
| **Subject:** | RE: AXA Applications - Texas |
| **Attachments:** | 180-316TX.pdf; HIPAA-01A.pdf; LIFEAPPGV.pdf; fingv2006.pdf |

@font-face { font-family: Wingdings; } @font-face { font-family: Tahoma; } @page Section1 {size: 8.5in 11.0in; margin: 1.0in 1.25in 1.0in 1.25in; } P.MsoNormal { FONT-SIZE: 12pt; MARGIN: 0in 0in 0pt; FONT-FAMILY: "Times New Roman" } LI.MsoNormal { FONT-SIZE: 12pt; MARGIN: 0in 0in 0pt; FONT-FAMILY: "Times New Roman" } DIV.MsoNormal { FONT-SIZE: 12pt; MARGIN: 0in 0in 0pt; FONT-FAMILY: "Times New Roman" } A:link { COLOR: blue; TEXT-DECORATION: underline } SPAN.MsoHyperlink { COLOR: blue; TEXT-DECORATION: underline } A:visited { COLOR: purple; TEXT-DECORATION: underline } SPAN.MsoHyperlinkFollowed { COLOR: purple; TEXT-DECORATION: underline } P { FONT-SIZE: 12pt; MARGIN-LEFT: 0in; MARGIN-RIGHT: 0in; FONT-FAMILY: "Times New Roman"; mso-margin-top-alt: auto; mso-margin-bottom-alt: auto } SPAN.EmailStyle18 { COLOR: windowtext; FONT-FAMILY: Arial; mso-style-type: personal } SPAN.EmailStyle20 { COLOR: navy; FONT-FAMILY: Arial; mso-style-type: personal-reply } DIV.Section1 { page: Section1 } OL { MARGIN-BOTTOM: 0in } UL { MARGIN-BOTTOM: 0in }

---

**From:** Ken Grubb [mailto:kgrubb@payitforwardltd.com]

**Sent:** Tuesday, December 12, 2006 10:52 PM

**To:** Guy BPA

**Cc:** 'Jennifer Hammond'; Ineke REXIS; Barbara Korfel; James Morison; Stefan BPA; 'Jeff Scoular'

**Subject:** RE: AXA Applications

Thanks, Guy. I'll get the contracting material to you on Thursday as I don't get home until late tomorrow night.

As to states....I'd start with the following:

- Nebraska
- Kansas
- Florida
- Texas
- New Jersey



100GMR_CMP_SVR1-1098425

- New York
- Arizona
- Ohio
- Iowa
- Missouri
- California
- Illinois

Jeff/Jenn, have I missed any that are active now or are about to be?

Jenn, would you please start completing the attached form and we'll go over it when I return.

I received the draft agreement from Bill this afternoon and we have begun reviewing it.

Regards,

Ken

Kenneth A. Grubb

President & CEO

Pay It Forward, Ltd.

609 Castle Ridge Road, Suite 318

Austin, Texas 78746

512-329-0002

512-329-0074 (fax)

512-789-3790 (cell)

---

**From:** Guy BPA [mailto:gneumann@benefitplanadvisors.com]

**Sent:** Tuesday, December 12, 2006 3:23 PM

**To:** Ken Grubb

**Cc:** Jennifer Hammond; Ineke REXIS; Barbara Korfel; James Morison; Stefan BPA

**Subject:** Re: AXA Applications

Hi Ken,

Pursuant to our previous conversation, the AXA app that has to be taken are from the state the business gets solicited from. Therefore, let me know which states you need and I will forward you the correct applications.

Also, I have attached to this email the AXA sub-producer appointment paperwork. Please fill out and send back to me.

Regards,

**Guy Neumann**

Grist Mill Plaza

100 Grist Mill Road

Simsbury, CT 06070

tel (860) 408-7000 x215

fax(860) 408- 7070

Cell (860) 478-1774

This communication is intended for the sole use of the individual to whom it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this communication is not the intended recipient or the employee or agent for delivering the communication to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication may be strictly prohibited. If you have received this communication in error, please notify the sender immediately by telephone call and return the communication at the address above via the United States Postal Service. Thank you.

100GMR_CMP_SVR1-1098427