| | |
|---|---|
| **From:** | Stefan REXIS <FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=STEFANREXIS> |
| **Sent:** | Tuesday, February 20, 2007 4:33 PM |
| **To:** | 'Ewaltk@comcast.net' |
| **Cc:** | Guy REXIS; Barbara REXIS |
| **Subject:** | RE: AXA App for Walt Kutch MI |
| **Attachments:** | 180-329B.pdf; lifeappminv.pdf; HIPAA-01A.pdf; fingv2006.pdf |

Walt,

As requested.

Stefan Cherneski

---

**From:** Barbara REXIS

**Sent:** Tuesday, February 20, 2007 4:26 PM

**To:** Stefan BPA

**Cc:** Guy REXIS

**Subject:** AXA App for Walt Kutch MI


Hi there: Please email an AXA Application to Walt Kutch at Ewaltk@comcast.net thanks

bk



EXHIBIT 6

100GMR_CMP_SVR1-1087786