UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 3:13 CR 226 (RNC) |
| ) | |
| DANIEL E. CARPENTER ) | |
| ) | NOVEMBER 21, 2017 |

### DEFENDANT CARPENTER'S MOTION FOR PERMISSION TO TRAVEL TO MATTAPAN, MASSACHUSETTS

For the reasons which follow, Daniel E. Carpenter moves this Court for permission to travel to Mattapan, Massachusetts for the funeral of a close family friend. The United States Probation Office has approved this request.

1. The defendant, Daniel E. Carpenter, is currently under supervised release based on his case in the District of Massachusetts.

2. At present Mr. Carpenter is out on bond and is in compliance with the terms and conditions of his bail release for the above-captioned matter.

3. Mr. Carpenter is requesting permission to travel to Mattapan, Massachusetts for the funeral of a close family friend who recently died suddenly.

4. U.S. Probation has been notified of these travel plans.

5. Specifically, Mr. Carpenter plans to travel to Mattapan, Massachusetts on November 25, 2017 to attend the funeral and return to Connecticut on the same day.

6. It is understood that Mr. Carpenter will inform U.S. Probation in advance of his travel arrangements, including addresses and contact numbers.

7. The U.S. Government (A.U.S.A. Patel) has no objection to Defendant's travel.

Wherefore, it is so moved.

DEFENDANT, DANIEL E. CARPENTER

By_____
Richard R. Brown, Esq.
Brown Paindiris & Scott, LLP
100 Pearl Street, 2nd Floor
Hartford, CT 06103
Tel  860.522.3343
Fax 860.522.2490
Fed. Bar  Ct00009
rbrown@bpslawyers.com

## **CERTIFICATION**

This is to certify that on November 21, 2017, a copy of the foregoing Motion was served by email to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System. Also sent to the following by U.S. postal mail:

A.U.S.A. David Novick
Office of U.S. Attorney
157 Church Street, 25th Floor
New Haven, CT 06510

A.U.S.A. Neeraj N. Patel
Office of U.S. Attorney
157 Church Street, 25th Floor
New Haven, CT 06510

Christine Moran
U.S. Probation Officer
Office of U.S. Probation
450 Main Street
Hartford, CT 06103

Richard R. Brown, Esq.
Brown Paindiris & Scott, LLP
100 Pearl Street, 2nd Floor
Hartford, CT 06103
Tel  860.522.3343
Fax 860.522.2490
Fed. Bar  Ct00009