UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 3:13 CR 226 (RNC) |
| ) | |
| DANIEL E. CARPENTER ) | |
| ) | JANUARY 11, 2018 |

### MOTION FOR ADMISSION OF QAIS GHAFARY, ESQ. PRO HAC VICE

Pursuant to Local Rule 83.1(d), the defendant, Daniel E. Carpenter, by and through undersigned counsel, a member of the Bar of the District of Connecticut in good standing, hereby moves for the admission of Qais Ghafary, Esq., of Sidley Austin LLP, to represent Mr. Carpenter *pro hac vice* in this matter. In support of this motion, the undersigned represents the following:

1. This matter was brought to trial before the bench commencing on February 16, 2016. The Court heard evidence on various days from February 16, 2016, through March 21, 2016, on which date closing arguments were made to the court.

2. The court rendered its verdict and special findings on June 6, 2016, finding the defendant guilty on each of the 57 counts charged in the superseding indictment.

3. Mr. Carpenter is scheduled to be sentenced in this matter on February 21, 2018 at 10:00 a.m.

1

4. The undersigned attorney, and/or co-counsel Richard R. Brown, Esq., anticipate continuing to be present at any and all proceedings in this matter as well as being involved in the drafting and filing of all papers to be filed with the court in this matter.

5. The undersigned attorney accepts the designation of agent for service of process for the proposed *pro hac vice* attorney, if the privilege is accorded, for any dispute arising out of the attorney's admission under Local Rule 83.1(d).

6. It is not anticipated by the undersigned that the admission of this attorney *pro hac vice* will require a modification of any scheduling order applicable in this case.

7. In accordance with Local Rule 83.1(d)(1), attached hereto as **Exhibit A** is an Affidavit in Support of Admission *Pro Hac Vice* submitted by the proposed attorney.

**WHEREFORE**, it is so moved.

DEFENDANT, DANIEL E. CARPENTER

By  /s/ ct29237
Cody N. Guarnieri, Esq.
Brown Paindiris & Scott, LLP
100 Pearl Street, 2nd Floor
Hartford, CT 06103
Tel  860.522.3343
Fax 860.522.2490
Fed. Bar  Ct29237
cody@bpslawyers.com

## **CERTIFICATION**

       This is to certify that on January 11, 2018, a copy of the foregoing Motion was served by email to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System. Also sent to the following by U.S. postal mail:

A.U.S.A. David Novick
Office of U.S. Attorney
157 Church Street, 25th Floor
New Haven, CT 06510

A.U.S.A. Neeraj N. Patel
Office of U.S. Attorney
157 Church Street, 25th Floor
New Haven, CT 06510

                                                  /s/ ct29237
                                      Cody N. Guarnieri, Esq.
                                      Brown Paindiris & Scott, LLP
                                      100 Pearl Street, 2nd Floor
                                      Hartford, CT 06103
                                      Tel  860.522.3343
                                      Fax 860.522.2490
                                      Fed. Bar  Ct29237
                                      cody@bpslawyers.com

# EXHIBIT A

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 3:13 CR 226 (RNC) |
| ) | |
| DANIEL E. CARPENTER ) | |
| ) | JANUARY 10, 2018 |

### AFFIDAVIT IN SUPPORT OF ADMISSION PRO HAC VICE
### PURSUANT TO L. R. 83.1(d)

I, Qais Ghafary, do hereby state and affirm, to the Honorable Judges of the United States District Court for the District of Connecticut, the following in support of my admission pro hac vice, as required by Local Rule 83.1.(d):

1. My office address is:

   Sidley Austin LLP
   787 7th Avenue
   New York, New York 10019
   212-839-8430
   qghafary@sidley.com

2. I am or have been a member of the following state and local bars (including my corresponding bar identification number, where so assigned):

   New York (active) #5013727
   District of Columbia (inactive) #1013046

3. I have no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing; and I have not been denied admission to, been disciplined by, resigned from, surrendered a license to practice before, or withdrawn an application for admission to practice while facing a disciplinary complaint before, this Court or any other court.

4. I have fully reviewed and am familiar with the Federal Rules of Criminal Procedure, the applicable Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

5.  I designate Attorney Cody N. Guarnieri, of Brown, Paindiris & Scott, LLP, 100 Pearl Street, 2nd Floor, Hartford, Connecticut, 06103, as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of my admission pro hac vice under this Local Rule 81(d).

I declare under penalty of perjury that the foregoing is true and correct. Executed on this day of January 10, 2018.

*[Signature]*

Sworn to before me this
   day of January 10, 2018

*Ruth Stevens*
Notary Public
My commission expires:
(Notary seal/stamp)

RUTH STEVENS
Notary Public, State of New York
No. 01ST5071587
Qualified in Kings County
Certificate Filed in New York County
Commission Expires January 13, 2019