Criminal Std (6/13/2012)

HONORABLE: **Robert N. Chatigny**
DEPUTY CLERK **TC**    RPTR/ECRO/TAPE **Warner, D.**
USPO ____    INTERPRETER ____

TOTAL TIME: ____ hours **19** minutes

DATE: **1/12/2018**   START TIME: **11:31 AM**   END TIME: **11:50 AM**

## COURTROOM MINUTES

- ☐ IA-INITIAL APPEAR
- ☐ IA- RULE 5
- ☐ ARRAIGNMENT
- ☐ CONFLICT HRG
- ☐ BOND HRG
- ☐ DETENTION HRG
- ☐ PROBABLE CAUSE
- ☐ EVIDENTIARY HRG
- ☐ CHANGE OF PLEA
- ☐ WAIVER/PLEA HRG
- ☐ EXTRADITION HRG
- ☒ STATUS CONF
- ☐ IN CAMERA HRG
- ☐ COMPETENCY HRG
- ☐ FORFEITURE
- ☐ MOTION HRG

CRIMINAL NO. **3:13-cr-00226-RNC**   DEFT # **1**

**David E. Novick / Neeraj Patel**
AUSA

UNITED STATES OF AMERICA
vs
**Daniel Carpenter**

**Richard Brown / Cody Guarnieri**
Counsel for Defendant   Ret ☒   CJA ☐   PDA ☐

- ☐ ...Deft failed to appear. Oral Motion for issuance of Warrant ☐ granted ☐ denied ☐ Bond FORFEITED
- ☐ ...☐ Arrest Date (CT Case): ____  ☐ Case unsealed or ☐ Rule 5 arrest, ____ Dist of ____
- ☐ ...CJA 23 Financial Affidavit filed ☐ under seal
- ☐ ...Order Appointing Federal Public Defender's Office filed
- ☐ ...Court appoints Attorney ____ to represent defendant for ☐ this proceeding only ☐ all proceedings
- ☐ ...Appearance of ____ filed
- ☐ ...☐ Complaint filed ☐ Sealed Complaint filed ☐ Affidavit of ____ filed
- ☐ ...☐ Information/Misdemeanor filed ☐ Sealed Information filed
- ☐ ...☐ Waiver of Indictment (case opening) filed ☐ Felony Information filed
- ☐ ...☐ Waiver of Indictment (mid case) filed ☐ Superseding Information filed
- ☐ ...Plea Agreement Ltr filed ☐ under seal ☐ to be e-filed
- ☐ ...Plea of ☐ not guilty ☐ guilty ☐ nolo contendere to count(s) ____ of the ____ (indict, superseding indict, info)
- ☐ ...Petition to Enter Guilty Plea filed
- ☐ ...Defendant motions due ____ ; Government responses due ____
- ☐ ...Scheduling Order ☐ filed ☐ to be filed ☐ Sentencing Scheduling Order
- ☐ ...Hearing on Pending Motions scheduled for ____ at ____
- ☐ ...Jury Selection set for ____ at ____
- ☐ ...Remaining Count(s) to be dismissed at sentencing
- ☐ ...Sentencing set for ____ at ____ ☐ Probation 246B Order for PSI & Report
- ☐ ...Special Assessment of $____ on count(s) ____. Total $____ ☐ Due immediately ☐ Pay at sentencing
- ☐ ...Govt's Motion for Pretrial Detention filed ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
- ☐ ...Govt's ORAL Motion for Pretrial Detention ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
- ☐ ...Order of Detention filed
- ☐ ...Deft ordered removed/committed to originating /another District of ____
- ☐ ...No bond set at this time, Order of Temporary Detention Pending Hearing ☐ filed ☐ to be filed
- ☐ ...Waiver of Rule 5 Hearing filed
- ☐ ...Govt's Motion for waiver of 10-day notice ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
- ☐ ...Bond ☐ set at $____ ☐ reduced to $____ ☐ Non-surety ☐ Surety ☐ Personal Recognizance
- ☐ ...Bond ☐ revoked ☐ reinstated ☐ continued ☐ modified
- ☐ ...Defendant detained
- ☐ ...____ Hearing ☐ waived ☐ set for ____ ☐ continued until ____
- ☐ ...Set Attorney Flag and notify Federal Grievance Clerk

☐ SEE page II for ☐ conditions of bond ☐ additional proceedings

## CONDITIONS OF BOND

☐ ..... Travel restricted to Connecticut of extended to _____
upon obtaining permission from USPO.  A motion for any other travel with copies to the Govt and to USPO must be filed and approved by the Court.

☐ ..... Deft must reside at _____

☐ ..... Deft must report to USPO _____ times a ☐ week ☐ month ☐ by telephone ☐ in person ☐ at USPO discretion.

☐ ..... Deft ☐ must surrender passport by 4:00 p.m. on _____ ; ☐ Must not apply for a passport.

☐ ..... Deft must refrain from the possession of firearms or dangerous weapons.

☐ ..... Deft must maintain employment or actively seek employment.

☐ ..... Deft must refrain from use or unlawful possession, or distribution of a narcotic drug.

☐ ..... as set forth in the Order Setting Conditions of Release

☐ ..... _____

## ADDITIONAL PROCEEDINGS

☐ ..... Deft's oral motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..... Deft's oral motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..... Deft's oral motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..... Deft's oral motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..... Govt's oral motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..... Govt's oral motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..... Govt's oral motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..... Govt's oral motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..... # ____ Deft _____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..... # ____ Deft _____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..... # ____ Govt Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..... # ____ Govt Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..... _____  ☐ filed ☐ granted ☐ denied ☐ advisement
☒ ..... Status Conference held re ECF #327, #328, #329 and scheduling.  ☐ filed ☐ granted ☐ denied ☐ advisement
☒ 327 Motion for Attorney James M. Cole to be Admitted Pro Hac Vice  ☐ filed ☒ granted ☐ denied ☐ advisement
☒ 328 Motion for Attorney Oais Ghafary to be Admitted Pro Hac Vice  ☐ filed ☒ granted ☐ denied ☐ advisement
☒ 329 Motion for Attorney Michael Levy to be Admitted Pro Hac Vice  ☐ filed ☒ granted ☐ denied ☐ advisement

Notes:

Changes to the sentencing schedule will be determined and account for the delay in the filing of the first disclosure of the presentence report by the USPO.  The motions for admission Pro Hac Vice are granted.