# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:13-CR-226 (RNC) |
| v. | **NOTICE OF APPEARANCE** |
| DANIEL CARPENTER, ET AL. | |

To the Clerk of the Court and all parties of record:

     Please enter my appearance as counsel for Defendant Daniel Carpenter in the above-captioned case.

Dated:  January 22, 2018

                                                     By:  /s/ James M. Cole
                                                             James M. Cole
                                                              (Admitted *Pro Hac Vice*)
                                                              Federal Bar No.: phv09417
                                                              SIDLEY AUSTIN LLP
                                                              1501 K Street, N.W.
                                                              Washington, D.C. 20005
                                                               Telephone: (202) 736-8000
                                                               Facsimile:  (202) 736-8711
                                                               Email:  jcole@sidley.com

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 22, 2018, a copy of the foregoing Notice of Appearance was filed electronically through the Court's CM/ECF system and sent by e-mail to all parties by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing.

By:  /s/ James M. Cole
James M. Cole