UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : Criminal No. 3:13CR226 (RNC) |
| | : |
| v. | : |
| | : |
| DANIEL CARPENTER | : March 19, 2018 |

**UNOPPOSED MOTION FOR EXCESS PAGES TO
RESPOND TO DEFENDANT'S SENTENCING MEMORANDUM**

The Government submits this motion seeking leave to file a responsive sentencing memorandum in excess of the 40-page limitation. As the memorandum is not due for several days, and the Government is endeavoring to cut unnecessary material from it, the Government is not identifying a specific number of pages yet. The Government has conferred with counsel for the defendant, who consents to this request:

In support of this motion, the Government offers the following:

1. On May 14, 2014, a grand jury sitting in New Haven, Connecticut, returned a 57-count superseding indictment charging the defendant Daniel Carpenter with violations of 18 U.S.C. § 1341 (Mail Fraud), 18 U.S.C. § 1343 (Wire Fraud), 18 U.S.C. § 1349 (Conspiracy to Commit Mail and Wire Fraud), 18 U.S.C. § 1956(h) (Conspiracy to Commit Money Laundering), 18 U.S.C. § 1957 (Illegal Monetary Transactions), 18 U.S.C. § 1956(a)(1)(A)(i) (Money Laundering), and 18 U.S.C. § 2 (Aiding and Abetting).

2. A 19-day bench trial took place from February 16, 2016 through March 21, 2016. On June 6, 2016, the Court issued a 91-page written Verdict and Special Findings in which it found the defendant guilty on all 57 counts of the superseding indictment.

3. On February 27, 2018, the defendant filed a 50-page sentencing memorandum, raising several complex factual and legal issues. The memorandum was accompanied by several

exhibits and numerous letters.

4. On March 11, 2018, the Court granted the Government's request to file its responsive memorandum by March 23, 2018.

5. The Government seeks additional pages to respond fully to Carpenter's sentencing arguments, and to provide the Court additional information to assist in sentencing in this complex matter. As the Court is aware, this case has a transcript of more than three thousand pages of testimony; thousands of pages of exhibits; a PSR over 70 pages; and discovery of several million pages.

6. The Government has conferred with counsel for the defendant, who consents to the Government's request.

WHEREFORE, the Government respectfully requests permission to file a responsive sentencing memorandum in excess of 40 pages.

Respectfully submitted,

JOHN H. DURHAM
UNITED STATES ATTORNEY

/s/ David E. Novick
DAVID E. NOVICK
ASSISTANT U.S. ATTORNEY
Federal Bar No. phv02874

/s/ Neeraj N. Patel
NEERAJ N. PATEL
ASSISTANT U.S. ATTORNEY
Federal Bar No. phv04499

157 Church Street, 25th Floor
New Haven, CT 06510
Tel: 203-821-3700
Email: David.Novick@usdoj.gov

CERTIFICATION OF SERVICE

This is to certify that on March 19, 2018, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

BY: /s/ David E. Novick
DAVID E. NOVICK
ASSISTANT UNITED STATES ATTORNEY