## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | No. 3:13 Cr. 226 (RNC) |
| DANIEL E. CARPENTER | ) ) ) | April 6, 2018 |

**UNOPPOSED MOTION FOR ONE-WEEK EXTENSION OF TIME AND FOR EXCESS PAGES TO REPLY TO THE GOVERNMENT'S RESPONSIVE SENTENCING MEMORANDUM**

Defendant Daniel Carpenter, by and through counsel, respectfully requests a one-week extension—from April 13 to April 20—of the deadline for filing his reply memorandum, and leave to file a reply memorandum in excess of the 10-page limitation under the Local Rules. The undersigned has conferred with the Government, which consents to both requests.

In support of this motion, Mr. Carpenter offers the following:

1. On February 7, 2018, Mr. Carpenter filed a motion requesting a one-week extension of the deadline to file his sentencing memorandum until February 27, 2018. This was due principally to the complexity of the Sentencing Guidelines issues in this case. The Government took no position on the motion, but requested until March 13, 2018 to file its response in the event that Mr. Carpenter's motion was granted.

2. On February 8, 2018, the Court granted Mr. Carpenter's motion, and entered a modified scheduling order that made Mr. Carpenter's sentencing memorandum

due February 27, 2018; the Government's responsive memorandum due March 13, 2018; and Mr. Carpenter's reply memorandum due March 20, 2018.

3. On February 27, 2018, Mr. Carpenter submitted a 50-page sentencing memorandum and supporting materials.

4. On March 9, 2018, with Mr. Carpenter's consent, the Government filed a motion requesting an extension of time—from March 13 to March 23—to file its responsive memorandum. Among the reasons that the Government cited for its extension request were the "complex legal and factual issues that relate to the Sentencing Guidelines, particularly the applicable loss amount and other sentencing enhancements," which necessitated "additional time to research the relevant legal and factual issues" "[i]n order to fully respond to each of these issues." The Government's motion also noted its consent to enlarging and extending the deadline for Mr. Carpenter's reply memorandum because the new deadline would have otherwise fallen during the scheduled vacation of one of the principal defense attorneys involved in preparing Mr. Carpenter's sentencing submissions.

5. On March 11, 2018, the Court granted the Government's motion and entered a modified scheduling order, which made the Government responsive memorandum due March 23, 2018, and Mr. Carpenter's reply memorandum due April 13, 2018.

6. On March 19, 2018, with Mr. Carpenter's consent, the Government filed a motion seeking leave to file a responsive sentencing memorandum in excess of 40 pages. In support of its excess pages motion, the Government cited the "complex factual

and legal issues" raised in Mr. Carpenter's sentencing memorandum as well as the thousands of pages' worth of testimony and exhibits and a PSR of over 70 pages. The Government's motion did not identify a specific number of pages because "the memorandum [was] not due for several days, and the Government [was] endeavoring to cut unnecessary material from it."

7. On March 20, 2018, the Court granted the Government's motion requesting excess pages.

8. On March 23, 2018, the Government filed a 75-page responsive sentencing memorandum and nine supporting exhibits.

9. Both the Government and Mr. Carpenter in their sentencing submissions and related motions have acknowledged the complex factual and legal issues present, particularly, as the Government previously described, concerning "the applicable loss amount and other sentencing enhancements." Moreover, as noted, one of the principal defense attorneys involved in preparing Mr. Carpenter's sentencing submissions was absent for one week of the recently set reply period due to a previously scheduled vacation. Thus, in order to permit adequate time to research and respond to the Government's arguments in its 75-page responsive memorandum and nine exhibits, Mr. Carpenter respectfully seeks a one-week extension—from April 13 to April 20—of the deadline for filing his reply memorandum. Mr. Carpenter notes that this extension will not impact any other dates, since the Court has adjourned any future proceedings *sine die* until briefing has concluded.

10. In addition, Mr. Carpenter respectfully seeks permission to exceed the 10-page limit for reply memoranda set by the Local Rules. As was the case with the Government's responsive memorandum, Mr. Carpenter is not presently identifying a specific number of excess pages, but is endeavoring to submit a focused reply memorandum shorn of any unnecessary material.

11. The undersigned has conferred with the Government, which consents to Mr. Carpenter's requests for an extension and for excess pages.

WHEREFORE, Mr. Carpenter respectfully requests that the due date for his reply memorandum be extended to April 20, 2018, and that he be permitted to file a reply memorandum in excess of 10 pages.

Respectfully submitted,

/s/ Michael A. Levy
James M. Cole, Esq.
Michael A. Levy, Esq.
Qais Ghafary, Esq.
Sidley Austin LLP
787 7th Avenue
New York, NY 10019
212-839-7341
MLevy@Sidley.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 6, 2018, a copy of foregoing motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                      /s/ Michael A. Levy
                                      Michael A. Levy, Esq.
                                      Sidley Austin LLP
                                      787 7th Avenue
                                      New York, NY 10019
                                      212-839-7341
                                      MLevy@Sidley.com