Exhibit 5 (Revised)

United States v. Daniel Carpenter, 3:13CR226(RNC)

Summary of Actual Loss

| Insured | Ins. Co. | Premiums | Commissions | Death Benefit | Fees* | Reinsurance** | Status | Loss | Counted Loss |
|---|---|---|---|---|---|---|---|---|---|
| Ainsworth | ANICO | $683,966.23 | $221,238.37 | $0.00 | $535,034.63 | | Lapsed | $72,306.77 | |
| | | | | | **TOTAL ANICO:** | | | $72,306.77 | $72,306.77 |
| | | | | | | | | | |
| Beekman | AXA | $6,258,755.07 | $639,515.35 | $0.00 | $194,075.00 | $1,264,555.65 | **Active** | $639,515.35 | |
| Tucker 846 | AXA | $1,937,171.22 | $657,940.00 | $0.00 | $100,396.00 | $707,435.37 | Lapsed | $471,399.85 | |
| Tucker 848 | AXA | $1,412,988.22 | $639,594.00 | $0.00 | $84,540.00 | $1,195,650.78 | Lapsed | $506,796.56 | |
| Tucker 849 | AXA | $5,440,624.89 | $603,663.68 | $0.00 | $171,175.00 | $3,831,759.69 | **Active** | $603,663.68 | |
| | | | | | **TOTAL AXA:** | | | $1,278,575.74 | $1,278,575.74 |
| | | | | | | | | | |
| Goezler | Lincoln | $940,614.25 | $263,999.38 | $5,116,008.72 | $105,017.29 | $221,052.28 | Paid Out | $4,544,411.14 | |
| Musiker | Lincoln | $411,411.09 | $256,131.90 | $0.00 | $14,514.05 | $129,049.72 | Lapsed | $11,715.42 | |
| Pennington | Lincoln | $3,050,779.87 | $587,832.20 | $0.00 | $78,614.10 | $884,448.09 | **Active** | $587,832.20 | |
| Von Noorden | Lincoln | $2,360,305.21 | $299,716.22 | $0.00 | $35,551.94 | $458,383.44 | **Active** | $299,716.22 | |
| Lambert 8481 | Lincoln | $586,968.43 | $282,524.42 | $0.00 | $83,953.09 | $53,117.34 | Lapsed | $167,373.58 | |
| Lambert 7369 | Lincoln | $571,515.01 | $281,751.77 | $0.00 | $83,634.27 | $49,786.05 | Lapsed | $156,342.92 | |
| Sanders 1576 | Lincoln | $695,164.44 | $276,265.74 | $0.00 | $51,409.74 | $208,637.78 | Lapsed | $158,851.18 | |
| Sanders 9114 | Lincoln | $598,270.87 | $271,421.05 | $0.00 | $86,598.73 | $98,176.28 | Lapsed | $142,074.81 | |
| Spencer 5475 | Lincoln | $779,200.00 | $634,450.00 | $10,225,758.92 | $19,161.96 | $86,665.49 | Paid Out | $10,100,170.88 | |
| Spencer 0809 | Lincoln | $1,543,105.79 | $1,268,364.70 | $20,451,517.83 | $35,455.23 | $173,467.18 | Paid Out | $20,212,231.97 | |
| Arterburn | Lincoln | $1,307,667.26 | $297,483.38 | $0.00 | $86,635.35 | $348,592.10 | **Active** | $297,483.38 | |
| Auchstetter | Lincoln | $557,793.64 | $302,981.29 | $0.00 | $31,576.12 | $60,353.83 | Lapsed | $162,882.40 | |
| Bailey | Lincoln | $1,623,152.63 | $504,777.26 | $9,511,922.50 | $64,402.55 | $549,284.78 | Paid Out | $8,457,949.68 | |
| Bean | Lincoln | $589,430.65 | $372,077.23 | $0.00 | $114,342.73 | $62,699.52 | Lapsed | $40,311.17 | |
| Bolton | Lincoln | $341,772.62 | $145,528.09 | $0.00 | $45,522.43 | $0.00 | Lapsed | $150,722.10 | |
| Cargill | Lincoln | $382,714.43 | $207,037.72 | $0.00 | $65,793.73 | $67,082.42 | Lapsed | $42,800.56 | |
| Chrestman | Lincoln | $219,777.68 | $141,344.88 | $0.00 | $14,256.65 | $22,979.06 | Lapsed | $41,197.09 | |
| Clinard | Lincoln | $187,707.87 | $73,970.88 | $0.00 | $23,774.42 | $14,502.85 | Lapsed | $75,459.72 | |
| Cramer | Lincoln | $661,721.30 | $308,859.02 | $0.00 | $95,866.69 | $58,456.12 | Lapsed | $198,539.47 | |
| Deckard 8016 | Lincoln | $2,151,752.88 | $502,329.65 | $0.00 | $146,653.06 | $944,079.64 | **Active** | $502,329.65 | |
| Deckard 8008 | Lincoln | $1,941,152.65 | $451,761.99 | $0.00 | $59,471.39 | $1,058,954.78 | **Active** | $451,761.99 | |
| Dudley | Lincoln | $1,056,343.42 | $179,362.98 | $1,750,000.00 | $55,977.67 | $216,109.38 | Paid Out | $928,997.23 | |
| Goldsmith | Lincoln | $888,224.27 | $365,049.70 | $0.00 | $116,750.92 | $189,666.49 | Lapsed | $216,757.16 | |
| Gordon | Lincoln | $718,472.10 | $165,035.83 | $0.00 | $47,764.44 | $67,617.54 | **Active** | $165,035.83 | |
| Hinds | Lincoln | $922,359.49 | $178,308.58 | $0.00 | $15,193.79 | $181,128.14 | **Active** | $178,308.58 | |
| Jacobson | Lincoln | $853,667.98 | $151,577.43 | $0.00 | $79,051.78 | $164,088.58 | Lapsed | $458,950.19 | |
| Janis | Lincoln | $3,214,834.63 | $648,793.53 | $0.00 | $510,186.29 | $1,130,178.27 | **Active** | $648,793.53 | |
| Lowry | Lincoln | $699,019.91 | $275,172.00 | $0.00 | $78,734.65 | $88,521.31 | Lapsed | $256,591.95 | |
| Lyles | Lincoln | $1,417,975.95 | $246,635.80 | $0.00 | $110,911.52 | $198,050.83 | **Active** | $246,635.80 | |
| Myers | Lincoln | $737,576.74 | $324,405.40 | $0.00 | $103,543.23 | $126,664.38 | Lapsed | $182,963.73 | |
| Neely | Lincoln | $2,493,923.03 | $530,670.26 | $0.00 | $163,510.06 | $695,604.23 | **Active** | $530,670.26 | |
| Nordin | Lincoln | $306,513.99 | $126,944.90 | $0.00 | $38,172.53 | $51,765.58 | Lapsed | $89,630.98 | |
| O'Brian | Lincoln | $283,727.61 | $174,735.71 | $0.00 | $53,879.33 | $31,207.81 | Lapsed | $23,904.76 | |
| Palazuelos-Valdes | Lincoln | $507,213.79 | $265,652.68 | $0.00 | $27,796.86 | $85,287.39 | Lapsed | $128,476.86 | |
| Patton | Lincoln | $579,278.37 | $236,151.45 | $0.00 | $75,695.83 | $107,413.16 | Lapsed | $160,017.93 | |
| Pollock | Lincoln | $436,033.01 | $236,585.92 | $0.00 | $74,049.50 | $57,748.67 | Lapsed | $67,648.92 | |
| Rosenthal | Lincoln | $218,787.84 | $112,483.18 | $0.00 | $13,709.55 | $18,647.09 | Lapsed | $73,948.02 | |
| Sher | Lincoln | $1,220,761.97 | $245,971.60 | $0.00 | $85,945.24 | $517,631.28 | **Active** | $245,971.60 | |

Exhibit 5 (Revised)
Summary of Actual Loss

United States v. Daniel Carpenter, 3:13CR226(RNC)

| Insured | Ins. Co. | Premiums | Commissions | Death Benefit | Fees* | Reinsurance** | Status | Loss | Counted Loss |
|---|---|---|---|---|---|---|---|---|---|
| Singer | Lincoln | $1,129,989.35 | $482,294.57 | $0.00 | $211,695.25 | $250,031.17 | Lapsed | $185,968.36 | |
| Stradling | Lincoln | $273,316.30 | $119,704.05 | $0.00 | $43,314.23 | $0.00 | Lapsed | $110,298.02 | |
| Terry | Lincoln | $811,424.10 | $298,897.49 | $0.00 | $276,218.71 | $158,365.03 | Lapsed | $77,942.87 | |
| Weatherford | Lincoln | $625,245.02 | $247,592.68 | $4,000,000.00 | $63,403.25 | $93,992.92 | Paid Out | $3,685,750.91 | |
| Weingarten | Lincoln | $3,863,421.78 | $893,611.14 | $0.00 | $1,283,924.12 | $1,416,882.39 | Lapsed | $269,004.13 | |
| Wisda | Lincoln | $1,063,774.23 | $183,536.34 | $0.00 | $65,455.72 | $140,499.24 | **Active** | $183,536.34 | |
| Zoland | Lincoln | $904,170.41 | $284,603.56 | $0.00 | $19,641.06 | $324,897.19 | Lapsed | $275,028.60 | |
| | | | | | **TOTAL LINCOLN:** | | | $48,342,184.29 | $48,342,184.29 |
| | | | | | | | | | |
| Deckard 396 | MetLife | $455,509.30 | $205,298.51 | $0.00 | $65,578.42 | $289,495.14 | Lapsed | $104,862.77 | |
| Deckard 400 | MetLife | $378,970.98 | $171,014.90 | $0.00 | $55,297.06 | $240,124.42 | Lapsed | $87,465.40 | |
| Kellam | MetLife | $1,574,063.24 | $106,898.74 | $0.00 | $66,126.03 | $764,901.40 | **Active** | $106,898.74 | |
| | | | | | **TOTAL METLIFE:** | | | $299,226.91 | $299,226.91 |
| | | | | | | | | | |
| Carrin | Penn | $239,298.52 | $135,540.67 | $0.00 | $120,000.00 | $0.00 | Lapsed | $16,242.15 | |
| Esparo | Penn | $469,545.49 | $230,188.63 | $0.00 | $221,000.00 | $285,247.89 | Lapsed | $266,891.03 | |
| Knobloch | Penn | $219,900.00 | $192,412.50 | $0.00 | $191,000.00 | $0.00 | Lapsed | $163,512.50 | |
| Martinez | Penn | $361,725.00 | $121,734.38 | $0.00 | $188,000.00 | $0.00 | Lapsed | $51,990.62 | |
| Biermaier | Penn | $310,671.89 | $107,180.53 | $0.00 | $182,000.00 | $20,723.00 | Lapsed | $768.36 | |
| Gonsalves | Penn | $304,130.29 | $229,899.51 | $0.00 | $165,000.00 | $238,467.84 | Lapsed | $329,237.06 | |
| Grossman | Penn | $253,410.00 | $217,560.25 | $0.00 | $183,000.00 | $103,687.65 | Lapsed | $250,837.90 | |
| Smith, C. | Penn | $725,812.65 | $155,329.59 | $0.00 | $127,000.00 | $247,815.32 | **Active** | $155,329.59 | |
| Smith, W. | Penn | $262,683.00 | $161,664.89 | $0.00 | $157,000.00 | $112,593.13 | Lapsed | $168,575.02 | |
| | | | | | [Return of Premium by Penn Mutual Pursuant to Settlement] | | | $600,000.00 | |
| | | | | | **TOTAL PENN MUTUAL:** | | | $1,897,866.27 | $1,897,866.27 |
| | | | | | | | | | |
| Cooper | Phoenix | $287,676.84 | $209,944.57 | $0.00 | | | Lapsed | $77,732.27 | |
| Paulsrud | Phoenix | $444,450.00 | $282,750.02 | $0.00 | | | Lapsed | $161,699.98 | |
| Zahner | Phoenix | $337,255.00 | $225,918.30 | $0.00 | | | Lapsed | $111,336.70 | |
| Bennett | Phoenix | $342,442.00 | $342,442.00 | $0.00 | | | Lapsed | $0.00 | |
| Burhanan | Phoenix | $544,532.38 | $248,463.67 | $0.00 | | | Lapsed | $296,068.71 | |
| Collins | Phoenix | $302,000.00 | $228,500.00 | $0.00 | | | Lapsed | $73,500.00 | |
| Conybeare | Phoenix | $340,995.91 | $211,544.13 | $0.00 | | | Lapsed | $129,451.78 | |
| Knowles | Phoenix | $282,843.19 | $120,463.06 | $0.00 | | | Lapsed | $162,380.13 | |
| Krevlin | Phoenix | $203,776.84 | $181,525.54 | $0.00 | | | Lapsed | $22,251.30 | |
| Laveck | Phoenix | $658,813.67 | $140,937.84 | $0.00 | | | **Prelapse** | $140,937.84 | |
| Luciani | Phoenix | $423,114.47 | $304,809.41 | $0.00 | | | Lapsed | $118,305.06 | |
| Manning | Phoenix | $412,270.70 | $223,404.39 | $0.00 | | | Lapsed | $188,866.31 | |
| May | Phoenix | $288,002.03 | $167,460.03 | $0.00 | | | Lapsed | $120,542.00 | |
| Ogden | Phoenix | $639,370.83 | $275,651.72 | $0.00 | | | Lapsed | $363,719.11 | |
| Persoon | Phoenix | $638,772.88 | $555,625.16 | $0.00 | | | Lapsed | $83,147.72 | |
| Robertson | Phoenix | $300,000.00 | $300,000.00 | $0.00 | | | Lapsed | $0.00 | |
| Rose | Phoenix | $448,529.70 | $357,846.12 | $0.00 | | | Lapsed | $90,683.58 | |
| Siewert | Phoenix | $342,676.03 | $166,075.45 | $0.00 | | | Lapsed | $176,600.58 | |
| Solem | Phoenix | $1,573,880.47 | $247,955.65 | $0.00 | | | **Active** | $247,955.65 | |
| | | | | | [Aggregate Premium Tax] | $264,000.00 | | $264,000.00 | |
| | | | | | **TOTAL PHOENIX:** | | | $1,523,391.74 | $0.00 |

Exhibit 5 (Revised)  
Summary of Actual Loss

United States v. Daniel Carpenter, 3:13CR226(RNC)

| Insured | Ins. Co. | Premiums | Commissions | Death Benefit | Fees* | Reinsurance** | Status | Loss | Counted Loss |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| Amsterdam | SunLife | $458,099.01 | $200,744.96 | $0.00 | $190,605.86 | | Lapsed | $66,748.19 | |
| Reiss | SunLife | $750,505.24 | $292,439.00 | $0.00 | $230,096.08 | | Lapsed | $227,970.16 | |
| | | | | **TOTAL SUNLIFE:** | | | | $294,718.35 | $0.00 |
| | | | | | | | | | |
| Thomson | TransAmerica | $1,258,475.50 | $314,608.84 | $5,077,735.80 | | | Paid Out | $4,133,869.14 | |
| | | | | **TOTAL TRANSAMERICA:** | | | | $4,133,869.14 | $4,133,869.14 |

**TOTAL LOSS:**     $56,024,029.12

*Fees generally include costs to originate and administer the policies, including salaries, premium tax and overhead.  
**Only counted in cases where there was no death claim and reinsurance credit