## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

_____
                                          )
UNITED STATES OF AMERICA    )
                                          )
     v.                                   )         No. 3:13 Cr. 226 (RNC)
                                          )
DANIEL E. CARPENTER           )
_____)        June 22, 2018

## SUPPLEMENTAL EXHIBITS TO DEFENDANT DANIEL CARPENTER'S REPLY SENTENCING MEMORANDUM

Defendant Daniel Carpenter, by and through counsel, respectfully submits the attached supplemental exhibits in support of Defendant's reply sentencing memorandum. Defendant previously supplied the Court with life insurance illustrations for Lincoln policies issued to Bobby Cargill and William Dudley. (*See* Dkt. 357-1, at Ex. Nos. 1, 4.) Counsel has since discovered that incomplete versions of the illustrations were supplied to the Court. The versions supplied to the Court contain the "minimum" funding levels for the Cargill and Dudley policies but do not also contain the "level" funding levels described and relied upon in Defendant's reply sentencing memorandum. (*See* Reply Br. at 17, 23 & n.7.) The attached supplemental exhibits, Exhibits 11 and 12, provide those "level" funding illustrations for the Cargill and Dudley policies.

                                                  Respectfully submitted,

                                                  /s/ Michael A. Levy
                                                James M. Cole, Esq.
                                                Michael A. Levy, Esq.
                                                Qais Ghafary, Esq.
                                                Sidley Austin LLP
                                                787 7th Avenue
                                                New York, NY 10019

## CERTIFICATE OF SERVICE

      I hereby certify that on June 22, 2018, a copy of foregoing motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      /s/ Michael A. Levy
      Michael A. Levy, Esq.
      Sidley Austin LLP
      787 7th Avenue
      New York, NY 10019
      212-839-7341
      MLevy@Sidley.com