UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____

UNITED STATES OF AMERICA

     - v. -                       3:13 Cr. 226 (RNC)

DANIEL E. CARPENTER,

               Defendant.
_____


## SUPPLEMENTAL EXHIBITS TO DEFENDANT DANIEL CARPENTER'S REPLY SENTENCING MEMORANDUM


James M. Cole, Esq.
Michael A. Levy, Esq.
Qais Ghafary, Esq.
Sidley Austin LLP
787 7th Avenue
New York, NY 10019
212-839-7341
MLevy@Sidley.com

*Counsel for Daniel E. Carpenter*


June 22, 2018

# EXHIBIT 11



**Lincoln** *Financial Group®*

*LINCOLN LIFEGUARANTEE*SM *UL*

Prepared by: Robert L. Pacini, CLU

4400 Post Oak Pkwy.
Suite 2510
Houston, TX 77027
Tel: 713.655.1526

A LIFE INSURANCE ILLUSTRATION

*Flexible Premium Adjustable Life Policy*

Prepared For: Bobby J. Cargill

### Table of Contents

*Policy Form UL5070 and state variations thereof.*

**Section A:** *Understanding Your Illustration*

In this section, you will find a brief description of this *Lincoln LifeGuarantee*SM UL life insurance illustration.

**Section B:** *Summary of Values*

This section includes a numeric summary of the benefits and values of the illustration.

**Section C:** *Guaranteed Values*

This section provides the guaranteed benefits and values of the illustration in this section.

**Section D:** *Illustrated Values*

This section shows how your specific design performs using non-guaranteed assumptions.

**Section E:** *Supplementary Information*

This section provides information about specific assumptions used in the illustration.

THIS IS A LIFE INSURANCE ILLUSTRATION AND NOT A CONTRACT. ACTUAL RESULTS MAY VARY FROM THE ILLUSTRATED VALUES SHOWN IN THIS ILLUSTRATION.

GUARANTEES ARE BACKED BY THE FINANCIAL STRENGTH OF THE LINCOLN NATIONAL LIFE INSURANCE COMPANY ("Lincoln").

*This illustration is not complete without all pages.*
LLA0702-0042

*June 24, 2008 10:01am*

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY
*a part of Lincoln National Corporation*

v2008.2.0

100GMR_027_004548

 **Lincoln**
Financial Group®

*LINCOLN LIFEGUARANTEE*ˢᴹ *UL*



A LIFE INSURANCE ILLUSTRATION

*Flexible Premium Adjustable Life Policy*

Prepared by: Robert L. Porini, CLU

4400 Post Oak Pkwy.
Suite 2510
Houston, TX 77027
Tel: 713.655.1526

Prepared For:  Bobby J. Cargill

---

## Section A: Understanding Your Illustration

**Lincoln LifeGuarantee**ˢᴹ **UL**

Lincoln LifeGuarantee™ UL provides life insurance protection with the ability to have cost-effective guarantees for life through the Coverage Protection Guarantee. Premiums are payable until the insured's age 121.

If the policy is in force at that time, the policy is guaranteed to continue in force to the death of the insured, unless otherwise surrendered. The death benefit option in effect may not be changed after that date and the following changes will occur: no further premiums may be paid, monthly deductions will cease, and loans and partial surrenders can continue.

**Underwriting Class: Male Preferred Non-Tobacco**

This illustration assumes the policy is issued with the classification shown above. The actual underwriting class will be assigned when the application is reviewed in accordance with the Company's underwriting standards. If the policy's actual underwriting class differs from that shown above, premiums and/or values will vary from those illustrated. If so, you will receive a revised illustration.

**Initial Death Benefit: $5,475,000**

The death benefit assumed at issue is shown above. The actual amount payable at death of the insured may be decreased by loans or any amount deducted from the policy value as a result of a partial surrender, or increased by additional insurance benefits. Your policy specifies how to determine the benefit. The death benefit proceeds will be reduced by any Debt on the date of death. The death benefit may increase from these amounts because of the required corridor (described in the policy). The specified amount may be increased or decreased as specified in the policy. An increase is subject to evidence of insurability acceptable to us and additional charges.

**Initial Death Benefit Option: Level**

The policy provides three death benefit options as shown below:

Level: specified amount;

Increase/Cash Value: specified amount plus the policy value;

Increase/Premium: specified amount plus the total of the premiums paid thru the insured's age 100 less the total of any partial surrenders taken to the date of death.

The Option assumed at issue is shown above.

**Premium Outlay**

The policy you are illustrating allows flexible premium payments to the insured's age 121. You may vary the amount and timing of your planned premium provided the premium outlay is within guidelines set by the Internal Revenue Service. Premium limits and requirements may change after issue if unscheduled changes are made or if originally scheduled changes are made at different times than originally assumed. It is important for premiums to be paid on or before their scheduled modal due date, as late payments may have a negative impact on policy values. Please be aware that the timing of premium payments is critical to calculating and monitoring the policy's compliance with IRS guidelines. If premiums or any other funds are received and applied to the policy at times other than as assumed in this illustration, the tax treatment of the policy may be significantly different. Unless otherwise noted in Section E, this illustration assumes premium payments are received on the first day of each policy year, or the first day of the selected premium payment mode, if other than annual.

In the case of a backdated policy, or a replacement, the timing and amount of payments can be uncertain, and the guaranteed and non-guaranteed benefits may vary from those illustrated. A revised illustration should be prepared once all initial payments are received. If your policy is backdated, or if there are replacement funds coming from an external source, please see Section E for more information on the assumed timing of these payments.

**Non Guaranteed Elements**

Many aspects of your life insurance contract are guaranteed, including your minimum credited interest and maximum cost of insurance charges. However, the interest rate credited may exceed the guaranteed rate and monthly charges may be less than the maximum guaranteed charges.

The non-guaranteed columns provide snapshots of your policy assuming different crediting rates and charges than those that are guaranteed. Since these elements are not guaranteed, a range of results are illustrated. The actual policy values may be less or more favorable than these illustrated results. Variations in these factors could affect death benefits, policy values, cash flow (projected loans and withdrawals), total payment outlay over the lifetime of the policy, and the death coverage ends.

You should periodically request an updated in-force illustration to review the status of your policy values and guarantees.

---

*This illustration is not complete without all pages.*
LLA0702-0042

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY
*a part of Lincoln National Corporation*

v2008.2.0

100GMR_027_004549

 **Lincoln** Financial Group®

*LINCOLN LIFEGUARANTEE*SM UL

Prepared by: Robert L. Pasini, CLU
4400 Post Oak Pkwy.
Suite 2510
Houston, TX 77027
Tel: 713.655.1526

Prepared For: Bobby J. Cargill

A LIFE INSURANCE ILLUSTRATION

*Flexible Premium Adjustable Life Policy*

**Section A: Understanding Your Illustration**

**Coverage Protection Guarantee**

The Coverage Protection Guarantee (CPG) can ensure that the coverage will continue even if the cash surrender value is insufficient to cover the monthly deduction. The CPG is reflected in the illustration in years where the death benefit remains inforce while the cash surrender value is zero. If actual payments differ from those illustrated in frequency, timing or amount, the length of the guarantee may shorten. The CPG includes a Premium Relief Feature such that any premium received during the current policy month, and prior to the next monthiversary, is treated as though it was received at the beginning of the policy month. Any changes to your policy not reflected in your illustration (such as loans, partial surrenders, changes in the death benefit and addition of riders) will have an impact on the length of the guarantee. Your advisor can show you the impact any changes you may be considering will have on your CPG. You may make additional payments to place the guarantee back into effect as illustrated unless you have allowed the policy to lapse longer than 5 years (this period may vary by state), in which case the guarantee is permanently lost. Under Section C: Guaranteed Values, this illustration assumes guaranteed death benefit protection through policy year 54, month 12.

*This illustration is not complete without all pages.*
LLA0702-0042

*June 24, 2008 10:01am*

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY**
*a part of Lincoln National Corporation*

Page 3 of 16

v2008.2.0

100GMR_027_004550

 **Lincoln**
Financial Group®

*LINCOLN LIFEGUARANTEE℠ UL*

Prepared by: Robert L. Pacini, CLU
4400 Post Oak Pkwy.
Suite 2510
Houston, TX 77027
Tel: 713.655.1526

Prepared For: Bobby J. Cargill

A LIFE INSURANCE ILLUSTRATION

*Flexible Premium Adjustable Life Policy*

**Section A: Understanding Your Illustration**

**Riders**

**Accelerated Death Benefit** This rider provides for the payment of a portion of the death benefit upon occurrence of any one or more of two qualifying events. These events include: 1) the insured being diagnosed as terminally ill (life expectancy of 6 months or less); and 2) the insured's occurrence of a specified critical illness or catastrophic health condition. The acceleration is cumulative and can be no more than 50% for 1 and 5% for 2. An administrative charge not to exceed $150 will be deducted from any benefit payable under this rider.

The accelerated benefit paid plus accrued interest will be treated as a lien against the policy. Access to the cash value of the policy through policy loans, partial surrenders or a full surrender will be limited. Death proceeds as defined in the policy will be reduced by the amount of the accelerated benefit paid plus accrued interest.

The benefits provided under this rider may or may not qualify for favorable tax treatment under the Internal Revenue Code of 1986. Whether such benefits qualify depends on factors such as your life expectancy at the time benefits are accelerated or whether you use the benefits to pay for necessary long term care expenses, such as nursing home care. If the benefits qualify for a favorable tax treatment, they will be excludable from your income and not subject to federal taxation. Tax laws relating to accelerated benefits are complex. You are advised to consult with a qualified tax advisor about circumstances under which you could receive accelerated benefits excludable from income under federal law.

Receipt of accelerated benefits may affect you, your spouse or your family's eligibility for public assistance programs such as medical assistance (Medicaid), Aid to Families with Dependent Children (AFDC), supplementary social security income (SSI) and drug assistance programs. You are advised to consult with a qualified tax advisor and with social service agencies concerning how receipt of such payment will affect you, your spouse and your family's eligibility for public assistance. Some provisions of this rider may not be applicable in your state. Please refer to the Accelerated Benefit Rider Disclosure for details.

*This Illustration is not complete without all pages.*
LLA0702-0042

*June 24, 2008 10:01am*

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY
*a part of Lincoln National Corporation*

Page 4 of 16

v2008.2.0



**LINCOLN LIFEGUARANTEE**SM **UL**

Prepared by: Robert L. Pacini, CLU

4400 Post Oak Pkwy.
Suite 2510
Houston, TX 77027
Tel: 713.635.1526

Prepared For: Bobby J. Cargill

A LIFE INSURANCE ILLUSTRATION

*Flexible Premium Adjustable Life Policy*

**Section A - Understanding Your Illustration**

**Key Terms you will find in this illustration are explained below.**

**Values** - All values illustrated are end of the policy year values.

**Policy Value or Fund Value** - Equal to the sum of premiums paid less a premium expense charge, less monthly deductions and any partial surrenders, plus interest earnings.

**Cash Value** - The policy value less any surrender charge.

**Cash Surrender Value** - The cash value less any debt (the principal amount of any loan outstanding against this policy, plus any accrued loan interest which has not been paid).

**Monthly Deductions** - Each month the cost of insurance, cost of any additional benefits provided by rider, any expense charges and any monthly administrative charges will be deducted from your policy. Deductions from the policy value are made every month to the insured's attained age 121, regardless of whether or not premiums are paid.

**Cost of Insurance** - The rates charged are based on the policy year, the amount at risk, and the underwriting class.

**Illustrated Values** - Illustrated values use the current credited interest rate, policy expenses and cost of insurance rates. Alternate basis may use alternate rates and expenses as described in Section E. These elements are subject to change and are not guaranteed. Actual results may be more or less favorable.

**Mid-Point Values** - Uses the average of the following: current and guaranteed interest; current and guaranteed policy expenses; and current and guaranteed cost of insurance. Actual results may be more or less favorable.

**Guaranteed Values** - Uses guaranteed interest rate, guaranteed policy expenses and guaranteed cost of insurance charges.

**Partial Surrenders** - You may withdraw part of your cash surrender value at any time. The minimum partial surrender is $500. A partial surrender charge may apply per partial surrender and will be deducted from the policy. An additional charge may be applied if the partial surrender reduced the specified amount. The death benefit will be reduced by the same amount as the policy value. Once the death benefit has been reduced to the product minimum no further partial surrenders will be permitted.

**Surrender Charges** - During the surrender charge period, there will be a charge as noted in Section E in the event that the policy is fully surrendered. There will be a pro-rata partial surrender charge if there is a decrease in the Specified Amount while there is a surrender charge in effect. If there is an increase in the Specified Amount, additional surrender charges may be in effect for the increase and, if so, a new schedule of surrender charges will be provided after such increase.

**Loans** - You may take a maximum loan of 100% of the cash surrender value at any time including after the younger insured's age 121. The interest rates charged on loans are 6.50% up to policy year 21 and then 5.50% in policy years 21 and later. The interest credited on loan collateral is 3.00% all years. Interest accrues on a daily basis from the date of the loan and is compounded annually. Interest is payable at the end of each policy year. Interest unpaid on a policy anniversary is added to and becomes part of the loan principal.

*This illustration is not complete without all pages.*
LLA0702-0042

*June 24, 2008 10:01am*

Page 5 of 16

LINCOLN NATIONAL LIFE INSURANCE COMPANY
*a part of Lincoln National Corporation*

v2008.2.0

100GMR_027_004552



**Lincoln**
Financial Group®

*LINCOLN LIFEGUARANTEE℠ UL*

Prepared by: Robert L. Pacini, CLU

4400 Post Oak Pkwy.
Suite 2530
Houston, TX 77027
Tel 713.655.1526

A LIFE INSURANCE ILLUSTRATION

*Flexible Premium Adjustable Life Policy*

| | |
|---|---|
| Insured: Bobby J. Cargill | Initial Death Benefit: $5,475,000 |
| Age: 72 | Initial Death Benefit Opt.: Level |
| Sex: Male | Payment Mode: Annual |
| Class: Preferred Non-Tobacco | Riders: ABR |

**Section B: Summary of Values**

**The Values**

Below is a summary of the illustrated surrender values and death benefits of this *Lincoln LifeGuarantee℠* UL illustration. The surrender values and death benefits shown below assume that the annual premium outlay amounts are paid as illustrated in Sections C & D.

| Year/Age | | Annual Premium Outlay | Surrender Values | | | | Death Benefit | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Guaranteed Basis | Midpoint Basis | Alternate Basis | Current Basis | Guaranteed Basis | Midpoint Basis | Alternate Basis | Current Basis |
| 5 | 76 | 192,720 | 0 | 0 | 95,665 | 95,665 | 5,475,000 | 5,475,000 | 5,475,000 | 5,475,000 |
| 10 | 81 | 192,720 | 0 | 0 | 124,352 | 124,352 | 5,475,000 | 5,475,000 | 5,475,000 | 5,475,000 |
| 15 | 86 | 192,720 | 0 | 0 | 0 | 0 | 5,475,000 | 5,475,000 | 5,475,000 | 5,475,000 |
| 20 | 91 | 192,720 | 0 | 0 | 0 | 0 | 5,475,000 | 5,475,000 | 5,475,000 | 5,475,000 |
| 30 | 101 | 0 | 0 | 0 | 0 | 0 | 5,475,000 | 5,475,000 | 5,475,000 | 5,475,000 |
| 4 | 75 | 192,720 | 0 | 0 | 40,696 | 40,696 | 5,475,000 | 5,475,000 | 5,475,000 | 5,475,000 |
| 9 | 80 | 192,720 | 0 | 0 | 164,058 | 164,058 | 5,475,000 | 5,475,000 | 5,475,000 | 5,475,000 |
| 14 | 85 | 192,720 | 0 | 0 | 0 | 0 | 5,475,000 | 5,475,000 | 5,475,000 | 5,475,000 |
| Coverage lapses in year: | | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |

**NOTE:** Non-guaranteed benefits and values are not guaranteed. The assumptions on which they are based are subject to change by the company. Actual results may be more or less favorable.
Guaranteed Values are based on maximum cost of insurance charges and guaranteed minimum interest crediting rate.

**The Statements**

I (We) have received a copy of this illustration and understand that any non-guaranteed elements illustrated are subject to change and could be either higher or lower. The licensed agent/representative has told me (us) they are not guaranteed. I understand that this illustration is not a contract and that the terms of the policy constitute the actual agreement of coverage. I have been advised to consult with my own tax advisors regarding the tax effects of the illustrated policy and also with respect to its valuation.

06-27-08
Date

x _Bobby Cargill_
Signature of proposed insured BOBBY J. CARGILL

7-1-08
Date

x _____
Signature of applicant/owner (if other than the proposed insured)

I certify that this illustration has been presented to the applicant/owner and that I have explained that any non-guaranteed elements illustrated are subject to change. I have made no statements that are inconsistent with the illustration. I have advised the applicant/owner to consult with tax advisors regarding the tax effects of the illustrated policy.

6/27/08
Date

x _____
Signature of licensed agent/representative

*This illustration is not complete without all pages.*
LLA0702-0042

June 24, 2008 10:01am

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY
*a part of Lincoln National Corporation*

v2008.2.0

100GMR_027_004553


**Lincoln**
Financial Group®

*LINCOLN LIFE GUARANTEE℠ UL*

Prepared by: Robert L. Pacini, CLU

4400 Post Oak Pkwy.
Suite 2510
Houston, TX 77027
Tel: 713.655.1526

A LIFE INSURANCE ILLUSTRATION

*Flexible Premium Adjustable Life Policy*

| Insured: | Bobby J. Cargill | | Initial Death Benefit: | $5,475,000 |
| Age: | 72 | | Initial Death Benefit Opt.: | Level |
| Sex: | Male | | Payment Mode: | Annual |
| Class: | Preferred Non-Tobacco | | Riders: | ABR |

### Section C: Guaranteed Values

This section of the *Lincoln LifeGuarantee℠* UL ledger illustrates the guaranteed policy values based on your premium outlay schedule. To calculate the values, we use guaranteed 2001 CSO cost of insurance rates, guaranteed maximum expenses and a guaranteed minimum interest rate of 3.00%. Remember, this Illustration is not a contract. The terms of the Policy constitute the actual agreement of coverage.

| Year | Age | Annual Premium Outlay | Guar. Basis Fund Value | Guar. Basis Surrender Value | Guar. Basis Death Benefit |
|---|---|---|---|---|---|
| 1 | 72 | 192,720 | 0 | 0 | 5,475,000 |
| 2 | 73 | 192,720 | 0 | 0 | 5,475,000 |
| 3 | 74 | 192,720 | 0 | 0 | 5,475,000 |
| 4 | 75 | 192,720 | 0 | 0 | 5,475,000 |
| 5 | 76 | 192,720 | 0 | 0 | 5,475,000 |
| 6 | 77 | 192,720 | 0 | 0 | 5,475,000 |
| 7 | 78 | 192,720 | 0 | 0 | 5,475,000 |
| 8 | 79 | 192,720 | 0 | 0 | 5,475,000 |
| 9 | 80 | 192,720 | 0 | 0 | 5,475,000 |
| 10 | 81 | 192,720 | 0 | 0 | 5,475,000 |
| 11 | 82 | 192,720 | 0 | 0 | 5,475,000 |
| 12 | 83 | 192,720 | 0 | 0 | 5,475,000 |
| 13 | 84 | 192,720 | 0 | 0 | 5,475,000 |
| 14 | 85 | 192,720 | 0 | 0 | 5,475,000 |
| 15 | 86 | 192,720 | 0 | 0 | 5,475,000 |
| 16 | 87 | 192,720 | 0 | 0 | 5,475,000 |
| 17 | 88 | 192,720 | 0 | 0 | 5,475,000 |
| 18 | 89 | 192,720 | 0 | 0 | 5,475,000 |
| 19 | 90 | 192,720 | 0 | 0 | 5,475,000 |
| 20 | 91 | 192,720 | 0 | 0 | 5,475,000 |
| 21 | 92 | 192,720 | 0 | 0 | 5,475,000 |
| 22 | 93 | 192,720 | 0 | 0 | 5,475,000 |
| 23 | 94 | 192,720 | 0 | 0 | 5,475,000 |
| 24 | 95 | 192,720 | 0 | 0 | 5,475,000 |
| 25 | 96 | 192,720 | 0 | 0 | 5,475,000 |

Note: If "0" appears in any of the above columns, the premium outlay will no longer provide fund values, surrender values and/or death benefits. "0" in the fund value column may indicate a negative number. If "*0*" appears in any of the above columns, the policy is lapsing without value.

*This Illustration is not complete without all pages.*
LLA0702-0042

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY
*a part of Lincoln National Corporation*

v2008.2.0

100GMR_027_004554



**Lincoln**
Financial Group®

### *LINCOLN LIFEGUARANTEE*SM *UL*

Prepared by: Robert L. Pacini, CLU

4400 Post Oak Pkwy.
Suite 2530
Houston, TX 77027
Tel: 713.655.1526

A LIFE INSURANCE ILLUSTRATION

*Flexible Premium Adjustable Life Policy*

| | |
|---|---|
| Insured: | Bobby J. Cargill |
| Age: | 72 |
| Sex: | Male |
| Class: | Preferred Non-Tobacco |

| | |
|---|---|
| Initial Death Benefit: | $5,475,000 |
| Initial Death Benefit Opt.: | Level |
| Payment Mode: | Annual |
| Riders: | ABR |

### Section C: Guaranteed Values

This section of the *Lincoln LifeGuarantee*SM UL ledger illustrates the guaranteed policy values based on your premium outlay schedule. To calculate the values, we use guaranteed 2001 CSO cost of insurance rates, guaranteed maximum expenses and a guaranteed minimum interest rate of 3.00% Remember, this illustration is not a contract. The terms of the Policy constitute the actual agreement of coverage.

| Year | Age | Annual Premium Outlay | Guar. Basis Fund Value | Guar. Basis Surrender Value | Guar. Basis Death Benefit |
|------|-----|------------------------|-------------------------|------------------------------|----------------------------|
| 26 | 97  | 192,720 | 0 | 0 | 5,475,000 |
| 27 | 98  | 192,720 | 0 | 0 | 5,475,000 |
| 28 | 99  | 192,720 | 0 | 0 | 5,475,000 |
| 29 | 100 | 192,720 | 0 | 0 | 5,475,000 |
| 30 | 101 | 0 | 0 | 0 | 5,475,000 |
| 31 | 102 | 0 | 0 | 0 | 5,475,000 |
| 32 | 103 | 0 | 0 | 0 | 5,475,000 |
| 33 | 104 | 0 | 0 | 0 | 5,475,000 |
| 34 | 105 | 0 | 0 | 0 | 5,475,000 |
| 35 | 106 | 0 | 0 | 0 | 5,475,000 |
| 36 | 107 | 0 | 0 | 0 | 5,475,000 |
| 37 | 108 | 0 | 0 | 0 | 5,475,000 |
| 38 | 109 | 0 | 0 | 0 | 5,475,000 |
| 39 | 110 | 0 | 0 | 0 | 5,475,000 |
| 40 | 111 | 0 | 0 | 0 | 5,475,000 |
| 41 | 112 | 0 | 0 | 0 | 5,475,000 |
| 42 | 113 | 0 | 0 | 0 | 5,475,000 |
| 43 | 114 | 0 | 0 | 0 | 5,475,000 |
| 44 | 115 | 0 | 0 | 0 | 5,475,000 |
| 45 | 116 | 0 | 0 | 0 | 5,475,000 |
| 46 | 117 | 0 | 0 | 0 | 5,475,000 |
| 47 | 118 | 0 | 0 | 0 | 5,475,000 |
| 48 | 119 | 0 | 0 | 0 | 5,475,000 |
| 49 | 120 | 0 | 0 | 0 | 5,475,000 |
| 50 | 121 | 0 | 0 | 0 | 5,475,000 |

Note: If "0" appears in any of the above columns, the premium outlay will no longer provide fund values, surrender values and/or death benefits. "0" in the fund value column may indicate a negative number. If "**0**" appears in any of the above columns, the policy is lapsing without value.

*This illustration is not complete without all pages.*
LLA0702-0042

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY
*a part of Lincoln National Corporation*

*June 24, 2008 10:01am*

Page 8 of 16

v2008.2.0

100GMR_027_004555

 **Lincoln** Financial Group®

*LINCOLN LIFEGUARANTEE℠ UL*



Prepared by: Robert L. Pacini, CLU

4400 Post Oak Pkwy.
Suite 2510
Houston, TX 77027
Tel: 713.635.1526

### A LIFE INSURANCE ILLUSTRATION
*Flexible Premium Adjustable Life Policy*

| | |
|---|---|
| Insured: Bobby J. Cargill | Initial Death Benefit: ~$5,475,000 |
| Age: 72 | Initial Death Benefit Opt.: Level |
| Sex: Male | Payment Mode: Annual |
| Class: Preferred Non-Tobacco | Riders: ABR |

## Section C: Guaranteed Values

This section of the *Lincoln LifeGuarantee℠* UL ledger illustrates the guaranteed policy values based on your premium outlay schedule. To calculate the values, we use guaranteed 2001 CSO cost of insurance rates, guaranteed maximum expenses and a guaranteed minimum interest rate of 3.00% Remember, this illustration is not a contract. The terms of the Policy constitute the actual agreement of coverage.

| Year | Age | Annual Premium Outlay | Guar. Basis Fund Value | Guar. Basis Surrender Value | Guar. Basis Death Benefit |
|---|---|---|---|---|---|
| 51 | 122 | 0 | 0 | 0 | 5,475,000 |
| 52 | 123 | 0 | 0 | 0 | 5,475,000 |
| 53 | 124 | 0 | 0 | 0 | 5,475,000 |
| 54 | 125 | 0 | 0 | 0 | 5,475,000 |

**Note:** If "0" appears in any of the above columns, the premium outlay will no longer provide fund values, surrender values and/or death benefits. "0" in the fund value column may indicate a negative number. If "*0*" appears in any of the above columns, the policy is lapsing without value.

*This Illustration is not complete without all pages.*
LLA6702-0042

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY
*a part of Lincoln National Corporation*

June 24, 2008 10:01am

Page 9 of 16

v2008.2.0

100GMR_027_004556



**Lincoln**
Financial Group®

*LINCOLN LIFEGUARANTEE℠ UL*

Prepared by: Robert L. Panini, CLU

4400 Post Oak Pkwy.
Suite 2510
Houston, TX 77027
Tel: 713.655.1526

A LIFE INSURANCE ILLUSTRATION
*Flexible Premium Adjustable Life Policy*

| | | | |
|---|---|---|---|
| Insured: | Bobby J. Cargill | Initial Death Benefit: | $5,475,000 |
| Age: | 72 | Initial Death Benefit Opt : | Level |
| Sex: | Male | Payment Mode: | Annual |
| Class: | Preferred Non-Tobacco | Rider: | ABR |

### Section D: Illustrated Values

This ledger illustrates a specific payment and death benefit design using non-guaranteed assumptions. The benefits and values shown below are not guaranteed. The assumptions on which they are based are subject to change and actual results may be more or less favorable. See Section C for guaranteed values. Remember, this illustration is not a contract. The terms of the Policy constitute the actual agreement of coverage.

This ledger, including the Annual Premium Outlay, was produced using the <u>Current</u> basis. The Current interest rate is assumed to be 3.00% in all years. The Alternate interest rate is assumed to be 3.00% in all years. For additional information about assumptions, see Section E.

| Year | Age | Annual Premium Outlay | Current Basis Fund Value | Current Basis Surrender Value | Current Basis Death Benefit | Alternate Basis Fund Value | Alternate Basis Surrender Value | Alternate Basis Death Benefit |
|---|---|---|---|---|---|---|---|---|
| 1 | 72 | 192,720 | 73,557 | 0 | 5,475,000 | 73,557 | 0 | 5,475,000 |
| 2 | 73 | 192,720 | 141,289 | 0 | 5,475,000 | 141,289 | 0 | 5,475,000 |
| 3 | 74 | 192,720 | 202,269 | 0 | 5,475,000 | 202,269 | 0 | 5,475,000 |
| 4 | 75 | 192,720 | 255,261 | 40,696 | 5,475,000 | 255,261 | 40,696 | 5,475,000 |
| 5 | 76 | 192,720 | 298,842 | 95,665 | 5,475,000 | 298,842 | 95,665 | 5,475,000 |
| 6 | 77 | 192,720 | 330,642 | 138,798 | 5,475,000 | 330,642 | 138,798 | 5,475,000 |
| 7 | 78 | 192,720 | 347,627 | 166,952 | 5,475,000 | 347,627 | 166,952 | 5,475,000 |
| 8 | 79 | 192,720 | 346,168 | 176,553 | 5,475,000 | 346,168 | 176,553 | 5,475,000 |
| 9 | 80 | 192,720 | 322,778 | 164,058 | 5,475,000 | 322,778 | 164,058 | 5,475,000 |
| 10 | 81 | 192,720 | 272,231 | 124,352 | 5,475,000 | 272,231 | 124,352 | 5,475,000 |
| 11 | 82 | 192,720 | 190,067 | 52,973 | 5,475,000 | 190,067 | 52,973 | 5,475,000 |
| 12 | 83 | 192,720 | 69,834 | 0 | 5,475,000 | 69,834 | 0 | 5,475,000 |
| 13 | 84 | 192,720 | 0 | 0 | 5,475,000 | 0 | 0 | 5,475,000 |
| 14 | 85 | 192,720 | 0 | 0 | 5,475,000 | 0 | 0 | 5,475,000 |
| 15 | 86 | 192,720 | 0 | 0 | 5,475,000 | 0 | 0 | 5,475,000 |
| 16 | 87 | 192,720 | 0 | 0 | 5,475,000 | 0 | 0 | 5,475,000 |
| 17 | 88 | 192,720 | 0 | 0 | 5,475,000 | 0 | 0 | 5,475,000 |
| 18 | 89 | 192,720 | 0 | 0 | 5,475,000 | 0 | 0 | 5,475,000 |
| 19 | 90 | 192,720 | 0 | 0 | 5,475,000 | 0 | 0 | 5,475,000 |
| 20 | 91 | 192,720 | 0 | 0 | 5,475,000 | 0 | 0 | 5,475,000 |
| 21 | 92 | 192,720 | 0 | 0 | 5,475,000 | 0 | 0 | 5,475,000 |
| 22 | 93 | 192,720 | 0 | 0 | 5,475,000 | 0 | 0 | 5,475,000 |
| 23 | 94 | 192,720 | 0 | 0 | 5,475,000 | 0 | 0 | 5,475,000 |
| 24 | 95 | 192,720 | 0 | 0 | 5,475,000 | 0 | 0 | 5,475,000 |
| 25 | 96 | 192,720 | 0 | 0 | 5,475,000 | 0 | 0 | 5,475,000 |

**Note:** If "0" appears in any of the above columns, the premium outlay will no longer provide fund values, surrender values and/or death benefits. "0" in the fund value column may indicate a negative number. If "*0*" appears in any of the above columns, the policy is lapsing without value.

*This illustration is not complete without all pages.*
LLA0702-0042

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY
*a part of Lincoln National Corporation*

100GMR_027_004557



**Lincoln**
Financial Group®

*LINCOLN LIFEGUARANTEE*SM UL

Prepared by: Robert L. Panini, CLU

4400 Post Oak Pkwy.
Suite 2510
Houston, TX 77027
Tel: 713.655.1526

### A LIFE INSURANCE ILLUSTRATION
*Flexible Premium Adjustable Life Policy*

| | | | |
|---|---|---|---|
| Insured: | Bobby J. Cargill | Initial Death Benefit: | $5,475,000 |
| Age: | 72 | Initial Death Benefit Opt.: | Level |
| Sex: | Male | Payment Mode: | Annual |
| Class: | Preferred Non-Tobacco | Riders: | ABR |

### Section D: Illustrated Values

This ledger illustrates a specific payment and death benefit design using non-guaranteed assumptions. The benefits and values shown below are not guaranteed. The assumptions on which they are based are subject to change and actual results may be more or less favorable. See Section C for guaranteed values. Remember, this illustration is not a contract. The terms of the Policy constitute the actual agreement of coverage.

This ledger, including the Annual Premium Outlay, was produced using the **Current** basis. The Current interest rate is assumed to be 3.00% in all years. The Alternate interest rate is assumed to be 3.00% in all years. For additional information about assumptions, see Section E.

| Year | Age | Annual Premium Outlay | Current Basis Fund Value | Current Basis Surrender Value | Current Basis Death Benefit | Alternate Basis Fund Value | Alternate Basis Surrender Value | Alternate Basis Death Benefit |
|---|---|---|---|---|---|---|---|---|
| 26 | 97 | 192,720 | 0 | 0 | 5,475,000 | 0 | 0 | 5,475,000 |
| 27 | 98 | 192,720 | 0 | 0 | 5,475,000 | 0 | 0 | 5,475,000 |
| 28 | 99 | 192,720 | 0 | 0 | 5,475,000 | 0 | 0 | 5,475,000 |
| 29 | 100 | 192,720 | 0 | 0 | 5,475,000 | 0 | 0 | 5,475,000 |
| 30 | 101 | 0 | 0 | 0 | 5,475,000 | 0 | 0 | 5,475,000 |
| 31 | 102 | 0 | 0 | 0 | 5,475,000 | 0 | 0 | 5,475,000 |
| 32 | 103 | 0 | 0 | 0 | 5,475,000 | 0 | 0 | 5,475,000 |
| 33 | 104 | 0 | 0 | 0 | 5,475,000 | 0 | 0 | 5,475,000 |
| 34 | 105 | 0 | 0 | 0 | 5,475,000 | 0 | 0 | 5,475,000 |
| 35 | 106 | 0 | 0 | 0 | 5,475,000 | 0 | 0 | 5,475,000 |
| 36 | 107 | 0 | 0 | 0 | 5,475,000 | 0 | 0 | 5,475,000 |
| 37 | 108 | 0 | 0 | 0 | 5,475,000 | 0 | 0 | 5,475,000 |
| 38 | 109 | 0 | 0 | 0 | 5,475,000 | 0 | 0 | 5,475,000 |
| 39 | 110 | 0 | 0 | 0 | 5,475,000 | 0 | 0 | 5,475,000 |
| 40 | 111 | 0 | 0 | 0 | 5,475,000 | 0 | 0 | 5,475,000 |
| 41 | 112 | 0 | 0 | 0 | 5,475,000 | 0 | 0 | 5,475,000 |
| 42 | 113 | 0 | 0 | 0 | 5,475,000 | 0 | 0 | 5,475,000 |
| 43 | 114 | 0 | 0 | 0 | 5,475,000 | 0 | 0 | 5,475,000 |
| 44 | 115 | 0 | 0 | 0 | 5,475,000 | 0 | 0 | 5,475,000 |
| 45 | 116 | 0 | 0 | 0 | 5,475,000 | 0 | 0 | 5,475,000 |
| 46 | 117 | 0 | 0 | 0 | 5,475,000 | 0 | 0 | 5,475,000 |
| 47 | 118 | 0 | 0 | 0 | 5,475,000 | 0 | 0 | 5,475,000 |
| 48 | 119 | 0 | 0 | 0 | 5,475,000 | 0 | 0 | 5,475,000 |
| 49 | 120 | 0 | 0 | 0 | 5,475,000 | 0 | 0 | 5,475,000 |
| 50 | 121 | 0 | 0 | 0 | 5,475,000 | 0 | 0 | 5,475,000 |

**Note:** If "0" appears in any of the above columns, the premium outlay will no longer provide fund values, surrender values and/or death benefits. "0" in the fund value column may indicate a negative number. If "*0*" appears in any of the above columns, the policy is lapsing without value.

*This Illustration is not complete without all pages.*
LLA0702-0042

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY
*a part of Lincoln National Corporation*

100GMR_027_004558



**Lincoln**
Financial Group®

*LINCOLN LIFEGUARANTEE℠ UL*

Prepared by: Robert L. Pacini, CLU
4400 Post Oak Pkwy.
Suite 2510
Houston, TX 77027
Tel: 713.655.1526

A LIFE INSURANCE ILLUSTRATION
*Flexible Premium Adjustable Life Policy*

| Insured: | Bobby J. Cargill | | |
|---|---|---|---|
| Age: | 72 | Initial Death Benefit: | $5,475,000 |
| Sex: | Male | Initial Death Benefit Opt.: | Level |
| Class: | Preferred Non-Tobacco | Payment Mode: | Annual |
| | | Riders: | ABR |

### Section D: Illustrated Values

This ledger illustrates a specific payment and death benefit design using non-guaranteed assumptions. The benefits and values shown below are not guaranteed. The assumptions on which they are based are subject to change and actual results may be more or less favorable. See Section C for guaranteed values. Remember, this illustration is not a contract. The terms of the Policy constitute the actual agreement of coverage.

This ledger, including the Annual Premium Outlay, was produced using the <u>Current</u> basis. The Current interest rate is assumed to be 3.00% in all years. The Alternate interest rate is assumed to be 3.00% in all years. For additional information about assumptions, see Section E.

| Year | Age | Annual Premium Outlay | Current Basis Fund Value | Current Basis Surrender Value | Current Basis Death Benefit | Alternate Basis Fund Value | Alternate Basis Surrender Value | Alternate Basis Death Benefit |
|---|---|---|---|---|---|---|---|---|
| 51 | 122 | 0 | 0 | 0 | 5,475,000 | | | |
| 52 | 123 | 0 | 0 | 0 | 5,475,000 | 0 | 0 | 5,475,000 |
| 53 | 124 | 0 | 0 | 0 | 5,475,000 | 0 | 0 | 5,475,000 |
| 54 | 125 | 0 | 0 | 0 | 5,475,000 | 0 | 0 | 5,475,000 |
| | | | | | | 0 | 0 | 5,475,090 |

**Note:** If "0" appears in any of the above columns, the premium outlay will no longer provide fund values, surrender values and/or death benefits. "0" in the fund value column may indicate a negative number. If "**0**" appears in any of the above columns, the policy is lapsing without value.

*This illustration is not complete without all pages.*
LLA0702-0042

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY
*a part of Lincoln National Corporation*

v2008.2.0

100GMR_027_004559


**Lincoln**
Financial Group®

*LINCOLN LIFEGUARANTEE℠ UL*

Prepared by: Robert L. Pacini, CLU

4400 Post Oak Pkwy.
Suite 2510
Houston, TX 77027
Tel: 713.655.1526

A LIFE INSURANCE ILLUSTRATION
*Flexible Premium Adjustable Life Policy*

Prepared For:   Bobby J. Cargill

## Section E: Supplementary Information

This illustration uses the following assumptions for the Current and Alternate bases:

| Assumptions | Current | From Year | Through Year | Alternate | From Year | Through Year |
|---|---|---|---|---|---|---|
| Interest:<br>Unborrowed Funds<br>Borrowed Funds | 3.00%<br>3.00% | 1<br>1 | 49<br>49 | 3.00%<br>3.00% | 1<br>1 | 49<br>49 |
| Cost of Insurance | 100% Current<br>0% Guaranteed | 1 | 49 | 100% Current<br>0% Guaranteed | 1 | 49 |
| Expenses | Current | 1 | 49 | Current | 1 | 49 |

*This illustration is not complete without all pages.*
LLA0702-0042

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY
*a part of Lincoln National Corporation*

June 14, 2008 10:01am

Page 13 of 16

v2008.2.0

100GMR_027_004560


**Lincoln**
Financial Group®

*LINCOLN LIFEGUARANTEE℠ UL*

Prepared by:   Robert L. Paolini, CLU

4400 Post Oak Pkwy.
Suite 2510
Houston, TX 77027
Tel: 713.655.1526

A LIFE INSURANCE ILLUSTRATION

*Flexible Premium Adjustable Life Policy*

Prepared For:   Bobby J. Cargill

**Section E: Supplementary Information**

**Assumed Tax Bracket:** 35%

**Modified Endowment Contract Testing:**
Initial TAMRA Seven-Pay Premium: $631,231.72

This presentation under current tax code interpretation using the <u>Current</u> basis will not become a Modified Endowment Contract. Please consult a professional tax advisor: e.g., attorney, accountant for further information.

**Definition of Life Insurance**
You have selected the Guideline Premium Test for this policy. This selection must be made when you complete your application and cannot be changed.

**Initial Guideline Premium Limits:**
This illustration is designed to comply with the Internal Revenue Code (IRC) Section 7702 (DEFRA). Under this code provision, there are limitations on the amount of premium the policyowner may pay, in order that the favorable tax benefits under life insurance be granted. Further, the death benefit must be greater than the cash value by a stipulated amount defined in the code. This policy complies with these provisions. These premium limits are:
Initial DEFRA Guideline Single Premium: $4,127,571.15
Initial DEFRA Guideline Level Premium: $516,646.85
Terminal Single Premium: $4,127,571.15
Terminal Level Premium: $516,646.85

**IRS Circular 230 Disclosure: This material was prepared to support the promotion and marketing of an insurance product. Neither the insurance company, its distributors nor their respective employees and representatives provide tax, accounting or legal advice. Any tax statements contained herein were not intended or written to be used, and cannot be used for the purpose of avoiding U.S. federal, state or legal tax penalties. Please consult your own independent advisor as to any tax, accounting or legal statements made herein.**

*This illustration is not complete without all pages.*
LLA0702-0042

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY
*a part of Lincoln National Corporation*

*June 24, 2008 10:01am*

Page 14 of 16

v2008.2.0

100GMR_027_004561



**Lincoln**
Financial Group™

*LINCOLN LIFEGUARANTEE℠ UL*

Prepared by: Robert L. Paoini, CLU

4400 Post Oak Pkwy.
Suite 2510
Houston, TX 77027
Tel: 713.655.1526

Prepared For: Bobby J. Cargill

A LIFE INSURANCE ILLUSTRATION

*Flexible Premium Adjustable Life Policy*

## Section E: Supplementary Information

**Surrender Charges:**

The surrender charges for this illustration shall be the lesser of the amounts listed below or the then current fund value.

| Year | Amount | Year | Amount | Year | Amount | Year | Amount | Year | Amount |
|------|--------|------|--------|------|--------|------|--------|------|--------|
| 1 | $248,948.25 | 5 | $203,177.25 | 9 | $158,720.25 | 13 | $114,975.00 | 17 | $63,564.75 |
| 2 | $237,450.75 | 6 | $191,844.00 | 10 | $147,879.75 | 14 | $103,477.50 | 18 | $46,537.50 |
| 3 | $225,953.25 | 7 | $180,675.00 | 11 | $137,094.00 | 15 | $91,323.00 | 19 | $26,006.25 |
| 4 | $214,565.25 | 8 | $169,615.50 | 12 | $126,144.00 | 16 | $78,183.00 | 20 | $0.00 |

*This illustration is not complete without all pages.*
LLA0702-0042

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY
*a part of Lincoln National Corporation*

*June 24, 2008 10:01am*

v2008.2.0

100GMR_027_004562

**New Business Data** *You MUST include the New Business Data when submitting the illustration to the Home Office.*

| | | | **Riders** |
|---|---|---|---|
| Product: | *Lincoln LifeGuarantee*℠ UL | | |
| Name: | Bobby J. Cargill | | |
| State: | TX | ABR: | Yes |
| Sex: | Male | | |
| Age: | 72 | | |
| Class: | Preferred Non-Tobacco | | |
| Table Rating: | None | | |
| Flat Extra/1000: | 0.00 For 0 | | |
| Death Benefit Option: | Level | | |
| DEFRA Type: | Guideline Premium Test | | |
| Face Amount: | $5,475,000 | | |
| Payment Mode: | Annual | | |
| Underwriting: | Full Underwriting | | |
| Lump Sum Deposit: | $0.00 | | |
| 7 Pay Premium: | $631,231.72 | | |

TP: $192,720.00
Software Version: 2008.2.0
Last Rate Version Change: 2008.2

| DUR | DEPOSITS | FACE AMOUNT | | LOAN | WITHDRAWAL | | OPTION |
|---|---|---|---|---|---|---|---|
| 1 | 192,720.00 | 5,475,000 | | 0.00 | 0.00 | | Level |
| 30 | 0.00 | 5,475,000 | | 0.00 | 0.00 | | Level |

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY
*a part of Lincoln National Corporation*

June 24, 2008 10:01am

v2008.2.0

100GMR_027_004563

# EXHIBIT 12


**Lincoln**
Financial Group™

*LINCOLN LIFEGUARANTEE℠ Plus UL*

Prepared by: Valued Agent
4400 Post Oak Pkwy,
Suite 2550
Houston, TX 77027
Tel: 713.659.1212

A LIFE INSURANCE ILLUSTRATION

*Flexible Premium Adjustable Life Policy*

**Prepared For: William Dudley**

**Table of Contents**

*Policy Form UL5070 and state variations thereof.*

**Section A:    Understanding Your Illustration**

In this section, you will find a brief description of this *Lincoln LifeGuarantee℠* Plus UL life insurance illustration.

**Section B:    Summary of Values**

This section includes a numeric summary of the benefits and values of the illustration.

**Section C:    Guaranteed Values**

This section provides the guaranteed benefits and values of the illustration in this section.

**Section D:    Illustrated Values**

This section shows how your specific design performs using non-guaranteed assumptions.

**Section E:    Supplementary Information**

This section provides information about specific assumptions used in the illustration.

THIS IS A LIFE INSURANCE ILLUSTRATION AND NOT A CONTRACT.  ACTUAL RESULTS MAY VARY FROM THE ILLUSTRATED VALUES SHOWN IN THIS ILLUSTRATION.

GUARANTEES ARE BACKED BY THE FINANCIAL STRENGTH OF THE LINCOLN NATIONAL LIFE INSURANCE COMPANY ("Lincoln").

*This illustration is not complete without all pages.*
LLA0702-0040

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY
*a part of Lincoln National Corporation*

100GMR_027_002005



**Lincoln**
Financial Group®

### LINCOLN LIFEGUARANTEE℠ Plus UL

A LIFE INSURANCE ILLUSTRATION

*Flexible Premium Adjustable Life Policy*

Prepared by:  Valued Agent
4400 Post Oak Pkwy,
Suite 2550
Houston, TX 77027
Tel: 713.659.1212

Prepared For:  William Dudley

## Section A: Understanding Your Illustration

**Lincoln LifeGuarantee℠ Plus UL**

Lincoln *LifeGuarantee℠* Plus provides life insurance protection with a secondary death benefit guarantee that can guarantee coverage for life (Coverage Protection Guarantee), plus significant account value growth. Premiums are payable until the insured's age 121. If the policy is in force at that time, the policy is guaranteed to continue in force to the death of the insured, unless otherwise surrendered. The death benefit option in effect may not be changed after that date and the following changes will occur:  no further premiums may be paid, monthly deductions will cease and loans and partial surrenders can continue.

**Underwriting Class: Male Standard Non-Tobacco**
This illustration assumes the policy is issued with the classification shown above. The actual underwriting class will be assigned when the application is reviewed in accordance with the Company's underwriting standards. If the policy's actual underwriting class differs from that shown above, premiums and/or values will vary from those illustrated. If so, you will receive a revised illustration.

**Initial Death Benefit: $1,750,000**
The death benefit assumed at issue is shown above. The actual amount payable at death of the insured may be decreased by loans or any amount deducted from the policy value as a result of a partial surrender, or increased by additional insurance benefits. Your policy specifies how to determine the benefit. The death benefit proceeds will be reduced by any Debt on the date of death. The death benefit may increase from these amounts because of the required corridor (described in the policy). The specified amount may be increased or decreased as specified in the policy. An increase is subject to evidence of insurability acceptable to us and additional charges.

**Initial Death Benefit Option: Level**
The policy provides three death benefit options as shown below:
Level: specified amount;
Increase/Cash Value: specified amount plus the policy value;
Increase/Premium: specified amount plus the total of the premiums paid thru the insured's age 100 less the total of any partial surrenders taken to the date of death.
The Option assumed at issue is shown above.

**Premium Outlay**
The policy you are illustrating allows flexible premium payments to the insured's age 121. You may vary the amount and timing of your planned premium provided the premium outlay is within guidelines set by the Internal Revenue Service. Premium limits and requirements may change after issue if unscheduled changes are made or if originally scheduled changes are made at different times than originally assumed. It is important for premiums to be paid on or before their scheduled modal due date, as late payments may have a negative impact on policy values. Please be aware that the timing of premium payments is critical to calculating and monitoring the policy's compliance with IRS guidelines. If premiums or any other funds are received and applied to the policy at a time other than as assumed in this illustration, the tax treatment of the policy may be significantly different. **Unless otherwise noted in Section E, this illustration assumes premium payments are received on the first day of each policy year, or the first day of the selected premium payment mode, if other than annual.** In the case of a backdated policy, or a replacement, the timing and amount of payments can be uncertain, and the guaranteed and non-guaranteed benefits may vary from those illustrated. A revised illustration should be prepared once all initial payments are received. If your policy is backdated, or if there are replacement funds coming from an external source, please see Section E for more information on the assumed timing of these payments.

**Non Guaranteed Elements**
Many aspects of your life insurance contract are guaranteed, including your minimum credited interest and maximum cost of insurance charges. However, the interest rate credited may exceed the guaranteed rate and monthly charges may be less than the maximum guaranteed charges. The non-guaranteed columns provide snapshots of your policy assuming different crediting rates and charges than those that are guaranteed. Since these elements are not guaranteed, a range of results are illustrated. The actual policy values may be less or more favorable than these illustrated results. Variations in these factors could affect death benefits, policy values, cash flow (projected loans and withdrawals), total payment outlay over the lifetime of the policy, and the date coverage ends.
You should periodically request an updated in-force illustration to review the status of your policy values and guarantees.

*This illustration is not complete without all pages.*
LLA0702-0040

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY**
*a part of Lincoln National Corporation*

*July 7, 2008 4:09pm*

v2008.2.2

100GMR_027_002006



**Lincoln**
Financial Group



*LINCOLN LIFEGUARANTEE℠ Plus UL*



Prepared by:  Valued Agent
4400 Post Oak Pkwy.
Suite 2550
Houston, TX 77027
Tel: 713.659.1212

**Prepared For:   William Dudley**

A LIFE INSURANCE ILLUSTRATION

*Flexible Premium Adjustable Life Policy*

*Section A: Understanding Your Illustration*

**Coverage Protection Guarantee**

The Coverage Protection Guarantee (CPG) can ensure that the coverage will continue even if the cash surrender value is insufficient to cover the monthly deduction. The CPG is reflected in the illustration in years where the death benefit remains inforce while the cash surrender value is zero.  If actual payments differ from those illustrated in frequency, timing or amount, the length of the guarantee may shorten.  The CPG includes a Premium Relief Feature such that any premium received during the current policy month, and prior to the next monthiversary, is treated as though it was received at the beginning of the policy month.  Any changes to your policy not reflected in your illustration (such as loans, partial surrenders, changes in the death benefit and addition of riders) will have an impact on the length of the guarantee.  Your advisor can show you the impact any changes you may be considering will have on your CPG.  You may make additional payments to place the guarantee back into effect as illustrated unless you have allowed the policy to lapse longer than 90 days (this period may vary by state), in which case the guarantee is permanently lost.  **Under Section C:  Guaranteed Values, this illustration assumes guaranteed death benefit protection through policy year 14, month 9.**

*This illustration is not complete without all pages.*
LLA0702-0040

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY**
*a part of Lincoln National Corporation*

v2008.2.2

100GMR_027_002007



**Lincoln**
Financial Group®

**LINCOLN LIFEGUARANTEE℠ Plus UL**

Prepared by: Valued Agent
4400 Post Oak Pkwy,
Suite 2550
Houston, TX 77027
Tel: 713.659.1212

A LIFE INSURANCE ILLUSTRATION

Prepared For:   **William Dudley**

*Flexible Premium Adjustable Life Policy*

**Section A: Understanding Your Illustration**

**Key Terms you will find in this illustration are explained below.**

**Values** - All values illustrated are end of the policy year values.

**Policy Value or Fund Value** - Equal to the sum of premiums paid less a premium expense charge, less monthly deductions and any partial surrenders, plus interest earnings.

**Cash Value** - The policy value less any surrender charge.

**Cash Surrender Value** - The cash value less any debt (the principal amount of any loan outstanding against this policy, plus any accrued loan interest which has not been paid).

**Monthly Deductions** - Each month the cost of insurance, cost of any additional benefits provided by rider, any expense charges and any monthly administrative charges will be deducted from your policy. Deductions from the policy value are made every month to the insured's attained age 121, regardless of whether or not premiums are paid.

**Cost of Insurance** - The rates charged are based on the policy year, the amount at risk, and the underwriting class.

**Illustrated Values** - Illustrated values use the current credited interest rate, policy expenses and cost of insurance rates. Alternate basis may use alternate rates and expenses as described in Section E. These elements are subject to change and are not guaranteed. Actual results may be more or less favorable.

**Mid-Point Values** - Uses the average of the following: current and guaranteed interest; current and guaranteed policy expenses; and current and guaranteed cost of insurance. Actual results may be more or less favorable.

**Guaranteed Values** - Uses guaranteed interest rate, guaranteed policy expenses and guaranteed cost of insurance charges.

**Partial Surrenders** - You may withdraw part of your cash surrender value at any time. The minimum partial surrender is $500. A partial surrender charge may apply per partial surrender and will be deducted from the policy. An additional charge may be applied if the partial surrender reduced the specified amount. The death benefit will be reduced by the same amount as the policy value. Once the death benefit has been reduced to the product minimum no further partial surrenders will be permitted.

**Surrender Charges** - During the surrender charge period, there will be a charge as noted in Section E in the event that the policy is fully surrendered. There will be a pro-rata partial surrender charge if there is a decrease in the Specified Amount while there is a surrender charge in effect. If there is an increase in the Specified Amount, additional surrender charges may be in effect for the increase and, if so, a new schedule of surrender charges will be provided after such increase.

**Loans** - You may take a maximum loan of 100% of the cash surrender value at any time including after the younger insured's age 121. The interest rates charged on loans are 6.50% up to policy year 21 and then 5.50% in policy years 21 and later. The interest credited on loan collateral is 5.50% all years. Interest accrues on a daily basis from the date of the loan and is compounded annually. Interest is payable at the end of each policy year. Interest unpaid on a policy anniversary is added to and becomes part of the loan principal.

*This illustration is not complete without all pages.*
LLA0702-0040

**LINCOLN NATIONAL LIFE INSURANCE COMPANY**
*a part of Lincoln National Corporation*

100GMR_027_002008

 **Lincoln**
Financial Group®

*LINCOLN LIFEGUARANTEE℠ Plus UL*

 Prepared by: Valued Agent
4400 Post Oak Pkwy.
Suite 2550
Houston, TX 77027
Tel: 713.659.1212

### A LIFE INSURANCE ILLUSTRATION

*Flexible Premium Adjustable Life Policy*

Insured: William Dudley
Age: 82
Sex: Male
Class: Standard Non-Tobacco

Initial Death Benefit: $1,750,000
Initial Death Benefit Opt.: Level
Payment Mode: Annual
Riders: None

## Section B: Summary of Values

### The Values

Below is a summary of the illustrated surrender values and death benefits of this *Lincoln LifeGuarantee℠* Plus UL illustration. The surrender values and death benefits shown below assume that the annual premium outlay amounts are paid as illustrated in Sections C & D.

| Year/Age | Annual Premium Outlay | Surrender Values | | | | Death Benefit | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Guaranteed Basis | Midpoint Basis | Alternate Basis | Current Basis | Guaranteed Basis | Midpoint Basis | Alternate Basis | Current Basis |
| 5   86 | 131,250 | 0 | 0 | 233,924 | 246,510 | 1,750,000 | 1,750,000 | 1,750,000 | 1,750,000 |
| 10   91 | 131,250 | 0 | 0 | 369,784 | 423,953 | 1,750,000 | 1,750,000 | 1,750,000 | 1,750,000 |
| 15   96 | 131,250 | *0* | *0* | 32,918 | 207,389 | *0* | *0* | 1,750,000 | 1,750,000 |
| 20   101 | 131,250 | *0* | *0* | *0* | *0* | *0* | *0* | *0* | *0* |
| 30   111 | 131,250 | *0* | *0* | *0* | *0* | *0* | *0* | *0* | *0* |
| 4   85 | 131,250 | 0 | 0 | 180,179 | 188,514 | 1,750,000 | 1,750,000 | 1,750,000 | 1,750,000 |
| 9   90 | 131,250 | 0 | 0 | 365,271 | 407,522 | 1,750,000 | 1,750,000 | 1,750,000 | 1,750,000 |
| 14   95 | 131,250 | *0* | *0* | 173,781 | 311,773 | *0* | *0* | 1,750,000 | 1,750,000 |
| Coverage lapses in year: | | 14 | 14 | 16 | 17 | 14 | 14 | 16 | 17 |

**NOTE:** Non-guaranteed benefits and values are not guaranteed. The assumptions on which they are based are subject to change by the company. Actual results may be more or less favorable.
Guaranteed Values are based on maximum cost of insurance charges and guaranteed minimum interest crediting rate.

### The Statements

I (We) have received a copy of this illustration and understand that any non-guaranteed elements illustrated are subject to change and could be either higher or lower. The licensed agent/representative has told me (us) they are not guaranteed. I understand that this illustration is not a contract and that the terms of the policy constitute the actual agreement of coverage. I have been advised to consult with my own tax advisors regarding the tax effects of the illustrated policy and also with respect to its valuation.

7-10-08
Date          x _William R. Dudley Sr_
Signature of proposed insured

7-16-08
Date          x _Wattie Johnson_
Signature of applicant/owner (if other than the proposed insured)

I certify that this illustration has been presented to the applicant/owner and that I have explained that non-guaranteed elements which are illustrated are subject to change. I have made no statements that are inconsistent with the illustration. I have advised the applicant/owner to consult with tax advisors regarding the tax effects of the illustrated policy.

7-10-08
Date          x _Mark E Gell_
Signature of licensed agent/representative

*This illustration is not complete without all pages.*
LLAU702-0040

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY**
*a part of Lincoln National Corporation*

*July 7, 2008 4:09 pm*

v2008.2.2

100GMR_027_002009





**Lincoln**
*Financial Group®*

# LINCOLN LIFEGUARANTEE℠ Plus UL

Prepared by: Valued Agent
4400 Post Oak Pkwy,
Suite 2550
Houston, TX 77027
Tel: 713.659.1212

### A LIFE INSURANCE ILLUSTRATION
*Flexible Premium Adjustable Life Policy*

| | | | |
|---|---|---|---|
| Insured: | William Dudley | Initial Death Benefit: | $1,750,000 |
| Age: | 82 | Initial Death Benefit Opt.: | Level |
| Sex: | Male | Payment Mode: | Annual |
| Class: | Standard Non-Tobacco | Riders: | None |

## Section C: Guaranteed Values

This section of the *Lincoln LifeGuarantee℠* Plus UL ledger illustrates the guaranteed policy values based on your premium outlay schedule. To calculate the values, we use guaranteed 2001 CSO cost of insurance rates, guaranteed maximum expenses and a guaranteed minimum interest rate of 3.00% Remember, this illustration is not a contract. The terms of the Policy constitute the actual agreement of coverage.

| Year | Age | Annual Premium Outlay | Guar. Basis Fund Value | Guar. Basis Surrender Value | Guar. Basis Death Benefit |
|---|---|---|---|---|---|
| 1 | 82 | 131,250 | 0 | 0 | 1,750,000 |
| 2 | 83 | 131,250 | 0 | 0 | 1,750,000 |
| 3 | 84 | 131,250 | 0 | 0 | 1,750,000 |
| 4 | 85 | 131,250 | 0 | 0 | 1,750,000 |
| 5 | 86 | 131,250 | 0 | 0 | 1,750,000 |
| 6 | 87 | 131,250 | 0 | 0 | 1,750,000 |
| 7 | 88 | 131,250 | 0 | 0 | 1,750,000 |
| 8 | 89 | 131,250 | 0 | 0 | 1,750,000 |
| 9 | 90 | 131,250 | 0 | 0 | 1,750,000 |
| 10 | 91 | 131,250 | 0 | 0 | 1,750,000 |
| 11 | 92 | 131,250 | 0 | 0 | 1,750,000 |
| 12 | 93 | 131,250 | 0 | 0 | 1,750,000 |
| 13 | 94 | 131,250 | 0 | 0 | 1,750,000 |
| 14 | 95 | *0* | *0* | *0* | *0* |

Note: If "0" appears in any of the above columns, the premium outlay will no longer provide fund values, surrender values and/or death benefits. "0" in the fund value column may indicate a negative number. If "*0*" appears in any of the above columns, the policy is lapsing without value.

*This illustration is not complete without all pages.*
LLA0702-0040

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY**
*a part of Lincoln National Corporation*

July 7, 2008 4:09am

v2008.2.2

100GMR_027_002010

 **Lincoln** Financial Group®

 *LINCOLN LIFEGUARANTEE*SM *Plus UL*



Prepared by: Valued Agent
4400 Post Oak Pkwy.
Suite 2550
Houston, TX 77027
Tel: 713.659.1212

### A LIFE INSURANCE ILLUSTRATION
*Flexible Premium Adjustable Life Policy*

| | |
|---|---|
| Insured: William Dudley | |
| Age: 82 | Initial Death Benefit: $1,750,000 |
| Sex: Male | Initial Death Benefit Opt.: Level |
| Class: Standard Non-Tobacco | Payment Mode: Annual |
| | Riders: None |

**Section D: Illustrated Values**

This ledger illustrates a specific payment and death benefit design using non-guaranteed assumptions. The benefits and values shown below are not guaranteed. The assumptions on which they are based are subject to change and actual results may be more or less favorable. See Section C for guaranteed values. **Remember, this illustration is not a contract. The terms of the Policy constitute the actual agreement of coverage.**

This ledger, including the Annual Premium Outlay, was produced using the <u>Current</u> basis. The Current interest rate is assumed to be 4.70% in all years. The Alternate interest rate is assumed to be 3.70% in all years. For additional information about assumptions, see Section B.

| Year | Age | Annual Premium Outlay | Current Basis Fund Value | Current Basis Surrender Value | Current Basis Death Benefit | Alternate Basis Fund Value | Alternate Basis Surrender Value | Alternate Basis Death Benefit |
|---|---|---|---|---|---|---|---|---|
| 1 | 82 | 131,250 | 67,742 | 0 | 1,750,000 | 66,820 | 0 | 1,750,000 |
| 2 | 83 | 131,250 | 133,292 | 58,864 | 1,750,000 | 130,710 | 56,283 | 1,750,000 |
| 3 | 84 | 131,250 | 195,920 | 125,657 | 1,750,000 | 190,890 | 120,628 | 1,750,000 |
| 4 | 85 | 131,250 | 254,821 | 188,514 | 1,750,000 | 246,487 | 180,179 | 1,750,000 |
| 5 | 86 | 131,250 | 309,072 | 246,510 | 1,750,000 | 296,486 | 233,924 | 1,750,000 |
| 6 | 87 | 131,250 | 357,657 | 298,595 | 1,750,000 | 339,752 | 280,689 | 1,750,000 |
| 7 | 88 | 131,250 | 399,478 | 343,688 | 1,750,000 | 375,017 | 319,227 | 1,750,000 |
| 8 | 89 | 131,250 | 433,270 | 380,525 | 1,750,000 | 400,796 | 348,051 | 1,750,000 |
| 9 | 90 | 131,250 | 457,467 | 407,522 | 1,750,000 | 415,216 | 365,271 | 1,750,000 |
| 10 | 91 | 131,250 | 471,203 | 423,953 | 1,750,000 | 417,034 | 369,784 | 1,750,000 |
| 11 | 92 | 131,250 | 471,882 | 427,222 | 1,750,000 | 403,108 | 358,448 | 1,750,000 |
| 12 | 93 | 131,250 | 455,715 | 413,592 | 1,750,000 | 368,887 | 326,764 | 1,750,000 |
| 13 | 94 | 131,250 | 417,286 | 377,666 | 1,750,000 | 307,886 | 268,266 | 1,750,000 |
| 14 | 95 | 131,250 | 348,838 | 311,773 | 1,750,000 | 210,846 | 173,781 | 1,750,000 |
| 15 | 96 | 131,250 | 241,671 | 207,389 | 1,750,000 | 67,201 | 32,918 | 1,750,000 |
| 16 | 97 | 131,250 | 85,777 | 54,749 | 1,750,000 | *0* | *0* | *0* |
| 17 | 98 | *0* | *0* | *0* | *0* | | | |

**Note:** If "0" appears in any of the above columns, the premium outlay will no longer provide fund values, surrender values and/or death benefits. "0" in the fund value column may indicate a negative number. If "*0*" appears in any of the above columns, the policy is lapsing without value.

*This illustration is not complete without all pages.*
LLA0702-0040

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY**
*a part of Lincoln National Corporation*

July 7, 2008 4:09pm

v2008.2.2

100GMR_027_002011



*LINCOLN LIFEGUARANTEE℠ Plus UL*



Prepared by: Valued Agent
4400 Post Oak Pkwy,
Suite 2550
Houston, TX 77027
Tel: 713.659.1212

A LIFE INSURANCE ILLUSTRATION
*Flexible Premium Adjustable Life Policy*

**Prepared For:** **William Dudley**

### Section E: Supplementary Information

This illustration uses the following assumptions for the Current and Alternate bases:

| Assumptions | Current | From Year | Through Year | Alternate | From Year | Through Year |
|---|---|---|---|---|---|---|
| Interest:<br>Unborrowed Funds<br>Borrowed Funds | 4.70%<br>5.50% | 1<br>1 | 39<br>39 | 3.70%<br>5.50% | 1<br>1 | 39<br>39 |
| Cost of Insurance | 100% Current<br>0% Guaranteed | 1 | 39 | 100% Current<br>0% Guaranteed | 1 | 39 |
| Expenses | Current | 1 | 39 | Current | 1 | 39 |

*This illustration is not complete without all pages.*
LLA0702-0040

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY**
*a part of Lincoln National Corporation*

*July 7, 2008 4:09pm*

Page 8 of 11

*v2008.2.2*

100GMR_027_002012


**Lincoln**
Financial Group®

*LINCOLN LIFEGUARANTEE℠ Plus UL*

Prepared by: Valued Agent
4400 Post Oak Pkwy,
Suite 2550
Houston, TX 77027
Tel: 713.659.1212

A LIFE INSURANCE ILLUSTRATION

Prepared For:   William Dudley

*Flexible Premium Adjustable Life Policy*

**Section E: Supplementary Information**

**Assumed Tax Bracket: 28%**

**Modified Endowment Contract Testing:**
Initial TAMRA Seven-Pay Premium: $293,183.59

This presentation under current tax code interpretation using the **Current** basis will not become a Modified Endowment Contract. Please consult a professional tax advisor: e.g., attorney, accountant for further information.

**Definition of Life Insurance**
You have selected the Guideline Premium Test for this policy. This selection must be made when you complete your application and cannot be changed.

**Initial Guideline Premium Limits:**
This illustration is designed to comply with the Internal Revenue Code (IRC) Section 7702 (DEFRA). Under this code provision, there are limitations on the amount of premium the policyowner may pay, in order that the favorable tax benefits under life insurance be granted. Further, the death benefit must be greater than the cash value by a stipulated amount defined in the code. This policy complies with these provisions. These premium limits are:
Initial DEFRA Guideline Single Premium: $1,325,375.19
Initial DEFRA Guideline Level Premium: $243,068.02
Terminal Single Premium: $1,325,375.19
Terminal Level Premium: $243,068.02

**IRS Circular 230 Disclosure: This material was prepared to support the promotion and marketing of an insurance product. Neither the insurance company, its distributors nor their respective employees and representatives provide tax, accounting or legal advice. Any tax statements contained herein were not intended or written to be used, and cannot be used for the purpose of avoiding U.S. federal, state or legal tax penalties. Please consult your own independent advisor as to any tax, accounting or legal statements made herein.**

*This illustration is not complete without all pages.*
LLA0702-0040

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY
*a part of Lincoln National Corporation*

100GMR_027_002013



**LINCOLN LIFEGUARANTEE℠ Plus UL**

Prepared by: Valued Agent
4400 Post Oak Pkwy.
Suite 2550
Houston, TX 77027
Tel: 713.659.1212

Prepared For:   William Dudley

A LIFE INSURANCE ILLUSTRATION

*Flexible Premium Adjustable Life Policy*

## Section E: Supplementary Information

**Surrender Charges:**

The surrender charges for this illustration shall be the lesser of the amounts listed below or the then current fund value.

Surrender values shown in Sections C and D reflect these surrender charges.

| Year | Amount | Year | Amount | Year | Amount | Year | Amount | Year | Amount |
|------|--------|------|--------|------|--------|------|--------|------|--------|
| 1 | $78,785.00 | 5 | $62,562.50 | 9 | $49,945.00 | 13 | $39,620.00 | 16 | $31,027.50 |
| 2 | $74,427.50 | 6 | $59,062.50 | 10 | $47,250.00 | 14 | $37,065.00 | 17 | $26,967.50 |
| 3 | $70,262.50 | 7 | $55,790.00 | 11 | $44,660.00 | 15 | $34,282.50 | 18 | $0.00 |
| 4 | $66,307.50 | 8 | $52,745.00 | 12 | $42,122.50 | | | | |

*This illustration is not complete without all pages.*
LLA0702-0040

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY**
*a part of Lincoln National Corporation*

100GMR_027_002014

**New Business Data** *You Must include the New Business Data when submitting the illustration to the Home Office.*

| | |
|---|---|
| Product: | *Lincoln LifeGuarantee*[SM] Plus UL |
| Name: | William Dudley |
| State: | CT |
| Sex: | Male |
| Age: | 82 |
| Class: | Standard Non-Tobacco |
| Table Rating: | None |
| Flat Extra/1000: | 0.00 For 0 |
| Death Benefit Option: | Level |
| DEFRA Type: | Guideline Premium Test |
| Face Amount: | $1,750,000 |
| Payment Mode: | Annual |
| Underwriting: | Full Underwriting |
| Lump Sum Deposit: | $0.00 |
| 7 Pay Premium: | $293,183.59 |

TP: $131,250.00
Software Version: 2008.2.2
Last Rate Version Change: 2008.2

| DUR | DEPOSITS | FACE AMOUNT | LOAN | WITHDRAWAL | OPTION |
|---|---|---|---|---|---|
| 1 | 131,250.00 | 1,750,000 | 0.00 | 0.00 | Level |

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY**
*a part of Lincoln National Corporation*

*July 7, 2008 4:09pm*

Page 11 of 11

*v2008.2.2*

100GMR_027_002015