UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | |
| v. | : | CASE NO. 3:13-CR-226(RNC) |
| | : | |
| DANIEL CARPENTER | : | |

<u>ORDER FOR PSYCHIATRIC EVALUATION IN AID OF SENTENCING</u>

The defendant awaits sentencing for wire fraud, mail fraud, money laundering and conspiracy to commit those offenses. The Court believes it would be helpful to have more information in advance of sentencing concerning the defendant's mental and emotional condition currently and at the time of the offense conduct. In particular, additional information is needed to enable the Court to fully evaluate the following issues: whether at the time of the offense conduct the defendant had a mental or emotional disorder that contributed substantially to the commission of the offense; and whether the defendant is currently in need of mental health treatment.

Accordingly, pursuant to 18 U.S.C. §§ 3552(c) and 4247(c), and in the absence of objection, it is hereby ordered that the United States Probation Office arrange for an evaluation of the defendant to be conducted on behalf of the Court, which may include

psychological testing.  The defendant will cooperate by making himself available for interviews and testing and providing information relevant to the evaluation.  The evaluation will include review of (1) the Verdicts and Special Findings; (2) the Presentence Report; and (3) any materials submitted to the examiner by the parties.  The examiner will prepare a report of his or her findings, conclusions and recommendations, which will be submitted to the Court through the Probation Office.  Copies of the report will be provided to the parties.  The report will address the matters listed in 18 U.S.C. §§ 4247(c)(1), (2), (3), and (4)(F) (copy attached), with particular focus on the questions set forth in the first paragraph of this Order.

    So ordered this 28th day of June 2018.

                                           /s/  RNC
                                    Robert N. Chatigny
                              United States District Judge