

SIDLEY AUSTIN LLP
787 SEVENTH AVENUE
NEW YORK, NY 10019
+1 212 839 5300
+1 212 839 5599 FAX

AMERICA • ASIA PACIFIC • EUROPE

MLEVY@SIDLEY.COM
+1 212 839 7341

October 17, 2018

**By ECF**

The Honorable Robert N. Chatigny
United States District Judge
United States District Court
District of Connecticut
450 Main Street
Hartford, CT  06103

Re:   *United States v. Daniel Carpenter,*
      13 Cr. 226 (RNC)

Dear Judge Chatigny:

On October 5, 2018, the Court directed the parties to submit memoranda indicating how the evaluation and testing report provided in the addendum to the presentence investigation report should impact the sentencing determination. The Court directed the defendant to file a memorandum by October 19, and the Government to respond by November 2, with sentencing to take place on December 3. The defendant respectfully requests a one-week adjournment of his filing date to October 26, and a corresponding adjournment of the Government's response to November 9. The purpose of this brief extension is to permit defense counsel to continue to discuss with the Government the parties' positions with regard to the report and sentencing. The Government has no objection to the request for additional time for this purpose, so long as it does not delay the sentencing in this matter. The defendant respectfully submits that the proposed extension would result in the matter being fully submitted more than three weeks before sentencing and would not require any delay in sentencing.

Respectfully submitted,

*Michael Levy*

Michael A. Levy
James M. Cole
Qais Ghafary

cc: All counsel of record (by ECF)

Sidley Austin (NY) LLP is a Delaware limited liability partnership doing business as Sidley Austin LLP and practicing in affiliation with other Sidley Austin partnerships.