# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

_____
                                    )
UNITED STATES OF AMERICA            )
                                    )
   v.                               )   No. 3:13 Cr. 226 (RNC)
                                    )
DANIEL E. CARPENTER                 )
                                    )
_____)      October 29, 2018

## MOTION TO SEAL SUPPLEMENTAL SENTENCING MEMORANDUM

In accordance with Rule 57 of the Local Rules of Criminal Procedure, Defendant Daniel Carpenter, by and through counsel, respectfully requests that the Court seal Defendant's Supplemental Sentencing Memorandum, which was filed by Defendant on October 26, 2018. The Defendant makes this application because the memorandum contains and addresses in significant detail personal information about the Defendant drawn from a sealed psychiatric report ordered by this Court.

Respectfully submitted,

/s/ Michael A. Levy
James M. Cole, Esq.
Michael A. Levy, Esq.
Qais Ghafary, Esq.
Sidley Austin LLP
787 7th Avenue
New York, NY 10019
212-839-7341
MLevy@Sidley.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 29, 2018, a copy of foregoing motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Michael A. Levy
Michael A. Levy, Esq.
Sidley Austin LLP
787 7th Avenue
New York, NY 10019
212-839-7341
MLevy@Sidley.com