UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No.  3:13CR226 (RNC) |
| | : | |
| v. | : | |
| | : | |
| DANIEL CARPENTER | : | November 8, 2018 |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE GOVERNMENT'S REPONSE TO DEFENDANT'S SUPPLEMENTAL SENTENCING MEMORANDUM**

The Government respectfully submits this motion seeking a one-week extension, until November 16, 2018, to submit its response to Mr. Carpenter's supplemental sentencing memorandum regarding the court-ordered psychiatric evaluations of Mr. Carpenter.  The Government has conferred with counsel for the defendant, who does not oppose this request.  In support of this motion, the Government submits the following:

1. On June 28, 2018, the Court commenced a sentencing hearing in this matter. Prior to the hearing, the parties submitted lengthy sentencing memoranda. During the sentencing hearing, the Court indicated it would like additional information on Mr. Carpenter's mental and emotional condition currently and during the time of the offense. The Court continued the sentencing hearing and issued an Order for a psychiatric evaluation. (Docs. 365, 366).

2. On October 4, 2018, the parties were provided with the evaluation and testing reports prepared by the psychiatrists who conducted the court-ordered evaluation of Mr. Carpenter. (Doc. 372).  The Court scheduled sentencing for December 3, 2018, and ordered the parties to submit supplemental memoranda addressing how the psychiatric evaluation and testing reports should impact the Court's sentencing determination. (Docs. 373, 374).  Mr. Carpenter's submission was originally due on October 19, 2018, and the Government's response was due on November 2, 2018.  (Doc. 374).

3. On October 17, 2018, the Court granted Mr. Carpenter's motion for extension of time for the parties to file their submissions so that the parties could discuss their positions with regard to the psychiatric reports and sentencing. (Docs. 375, 376). Mr. Carpenter's due date was extended to October 26, 2018, and the due date for the Government's response was extended to November 9, 2018. (Doc. 376). Mr. Carpenter filed his supplemental sentencing memorandum on October 26, 2018. (Doc. 377).

4. The Government respectfully requests a one-week extension, until November 16, 2018, to file its response to Mr. Carpenter's supplemental sentencing memorandum. The Government requests this brief extension because one of the undersigned Assistant U.S. Attorneys had an unforeseen personal issue. The other undersigned Assistant U.S. Attorney was involved in another trial until last week. Accordingly, the Government needs additional time to complete and file its response.

5. The Government does not expect to file a lengthy submission and anticipates its response will be approximately equal in length to Mr. Carpenter's submission.

6. The Government has conferred with Mr. Carpenter's counsel, who does not oppose the Government's request.

WHEREFORE, the Government respectfully requests that the due date for its response to Mr. Carpenter's supplemental sentencing memorandum be extended to November 16, 2018.

Respectfully submitted,

JOHN H. DURHAM
UNITED STATES ATTORNEY


/s/ David E. Novick
DAVID E. NOVICK
ASSISTANT U.S. ATTORNEY
Federal Bar No. phv02874
157 Church Street, 25th Floor
New Haven, CT 06510
Tel: 203-821-3700
Email: David.Novick@usdoj.gov


/s/ Neeraj N. Patel
NEERAJ N. PATEL
ASSISTANT U.S. ATTORNEY
Federal Bar No. phv04499
157 Church Street, 25th Floor
New Haven, CT 06510
Tel: 203-821-3700
Email: Neeraj.Patel@usdoj.gov

CERTIFICATION OF SERVICE

       This is to certify that on November 8, 2018, a copy of the foregoing Motion for Extension of Time was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

BY:   /s/ Neeraj N. Patel
       NEERAJ N. PATEL
       ASSISTANT UNITED STATES ATTORNEY