## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 3:13CR226(RNC) |
| ) | |
| DANIEL E. CARPENTER ) | NOVEMBER 19, 2018 |

### MOTION TO SEAL
### GOVERNMENT'S SUPPLEMENTAL SENTENCING MEMORANDUM

The Defendant, Daniel E. Carpenter, respectfully requests that the Court seal the Government's Supplemental Sentencing Memorandum, dated November 16, 2018, (Document #383) dealing with Mr. Carpenter's past and present mental and physical conditions, for the reasons which follow:

1. Mr. Carpenter makes this request due to the fact that the supplemental sentencing memorandum included reference to sensitive personal medical and psychological information of the Defendant.

2. It is respectfully submitted that it would best serve the ends of justice to protect the privacy and safety of the defendant to seal the aforementioned memorandum.

3. It is respectfully submitted that said medical and psychological information should be sealed as to the general public in that the entire document discusses Mr. Carpenter's very personal mental health history in detail and current mental health status.

4. As it was the Court that ordered the psychiatric reports, subject matter of the Government's brief, Mr. Carpenter should not suffer the unnecessary public disclosure of information that is better suited to be in a confidential presentence report.

5, The defendant fears that others in the future, who are unconnected with the court and government, could misuse this psychiatric information for their own self-serving reasons.

6. The Government (A.U.S.A. Neeraj N. Patel) position is that "… while the Government does not believe that its memorandum should be sealed …." the Government has indicated that it will not file a formal response and "… will defer to the court."

Wherefore, Mr. Carpenter moves this Court to Order the immediate sealing of the document as to the public.

Respectfully submitted,

MOVANT, DANIEL E. CARPENTER
By his Attorney

Richard Brown (ct00009)
BROWN PAINDIRIS & SCOTT, LLP
100 Pearl Street, 2nd Floor
Hartford CT 06103
Tel 860-522-3343
Fax 860-522-2490
rbrown@bpslawyers.com

2

## **CERTIFICATION**

This is to certify that a copy of the foregoing was scanned and emailed this 19th day of November, 2018 to the following:

A.U.S.A. David Novick
Office of the U.S. Attorney
157 Church Street, 25th Floor
New Haven, CT  06510

A.U.S.A. Neeraj N. Patel
Office of the U.S. Attorney
157 Church Street, 25th Floor
New Haven, CT  06510

                                                Richard R. Brown

BROWN PAINDIRIS & SCOTT, LLP   ATTORNEYS AT LAW

100 PEARL STREET   HARTFORD, CONNECTICUT 06103   (860) 522-3343   JURIS NO. 20767