# UNITED STATES DISTRICT COURT
for the
District of Connecticut

**UNITED STATES OF AMERICA**

*Plaintiff*

v.

**DANIEL CARPENTER**

*Defendant*

Case No. 3:13CR226 (RNC)

## NOTICE OF APPEARANCE

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

**DANIEL CARPENTER (IN ADDITION TO ALL OTHER COUNSEL)**

Date: Nov 20, 2018

/S/ JONATHAN EINHORN
*Attorney's signature*

JONATHAN EINHORN (ct00163)
*Printed name and bar number*

**129 WHITNEY AVENUE**
**NEW HAVEN, CT 06510**
*Address*

**EINHORNLAWOFFICE@GMAIL.COM**
*E-mail address*

203-777-3777
*Telephone number*

203-782-1721
*FAX number*

*Rev. 5/4/2011*

## CERTIFICATE OF SERVICE

I hereby certify that on **Nov 20, 2018**, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to [Below list the names and addresses of anyone unable to accept electronic filing] as indicate on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/S/ JONATHAN EINHORN

*Attorney's signature*