UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **FILED UNDER SEAL** |
| | : | |
| v. | : | Criminal No. 3:13CR226 (RNC) |
| | : | |
| DANIEL CARPENTER | : | November 21, 2018 |

## MOTION TO SEAL

The Government respectfully requests that the Court seal the Government's Motion to Strike Carpenter's *pro se* sealed motion, which he filed on November 19, 2018. The Government submits that sealing its motion to strike is necessary because it discusses the assertions in Carpenter's sealed motion. Therefore, out of an abundance of caution, in order to avoid publicly disclosing information that Carpenter believes should be sealed, the Government submits that there is good cause to seal its motion to strike.

Respectfully submitted,

JOHN H. DURHAM
UNITED STATES ATTORNEY

*/s/ Neeraj N. Patel*
NEERAJ N. PATEL
ASSISTANT U.S. ATTORNEY
Federal Bar No. phv04499
157 Church Street, 25th Floor
New Haven, CT 06510
Tel: 203-821-3700
Email: Neeraj.Patel@usdoj.gov

CERTIFICATION OF SERVICE

This is to certify that on November 21, 2018, a copy of the foregoing Motion to Seal was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

BY:    */s/ Neeraj N. Patel*
        NEERAJ N. PATEL
        ASSISTANT UNITED STATES ATTORNEY