# NOTICE OF APPEAL

## United States District Court

District of **Connecticut**

**Caption:**

United States v.

Daniel Carpenter

Docket No.: 13 Cr. 226 (RNC)

The Honorable Robert N. Chatigny
(District Court Judge)

Notice is hereby given that **Daniel Carpenter** appeals to the United States Court of Appeals for the Second Circuit from the judgment ✔, other [ ] _____ (specify)

entered in this action on **December 3, 2018** (date).

This appeal concerns: Conviction only [ ]   Sentence only [ ]   Conviction & Sentence ✔   Other [ ]

Defendant found guilty by plea [ ]   trial ✔   N/A [ ] .

Offense occurred after November 1, 1987?   Yes ✔   No [ ]   N/A [ ]

Date of sentence: **December 3, 2018**   N/A [ ]

Bail/Jail Disposition: Committed [ ]   Not committed ✔   N/A [ ]   Surrender date set. Bail pending appeal motion to be filed.

Appellant is represented by counsel? Yes ✔   No [ ]   If yes, provide the following information:

Defendant's Counsel: James M. Cole / Michael A. Levy / Qais Ghafary

Counsel's Address: Sidley Austin LLP

787 7th Avenue, New York, NY  10019

Counsel's Phone: 212-839-7341 (Michael Levy)

Assistant U.S. Attorney: David Novick / Neeraj Patel

AUSA's Address: U.S. Attorney's Office

157 Church Street, New Haven, CT  06510

AUSA's Phone: 203-821-3700

*Michael Levy*
Signature

<u>Certificate of Service</u>

      I hereby certify that on December 4, 2018, a copy of Defendant's Notice of Appeal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

<u>/s/ Michael A. Levy</u>
Michael A. Levy (phv09413)
Sidley Austin LLP
787 7th Avenue
New York, NY 10019
212-839-7341
MLevy@Sidley.com