UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____
                                        )
UNITED STATES OF AMERICA                )
                                        )
    v.                                  )   No. 3:13 Cr. 226 (RNC)
                                        )
DANIEL E. CARPENTER                     )   December 7, 2018
_____)

## MOTION TO PERMIT
## SENTENCING COUNSEL TO WITHDRAW

Pursuant to Local Rule of Criminal Procedure 1(c), which incorporates by reference Local Rule of Civil Procedure 7(e), Defendant Daniel Carpenter respectfully moves to permit James M. Cole, Michael A. Levy, and Qais Ghafary of Sidley Austin LLP ("Sidley Counsel") to withdraw as counsel of record in this Court. As Sidley Counsel informed the Court at the time they sought permission to appear in this matter, Sidley Counsel were originally (and are still) retained by Defendant for purposes of representing Defendant in the Second Circuit with respect to his eventual appeal. Defendant subsequently requested that this Court permit Sidley Counsel to appear for purposes of assisting with sentencing. Now that sentencing is largely complete (with the exception of setting the amount of any restitution), Defendant respectfully requests that Sidley Counsel be permitted to withdraw. Defendant will continue to be represented for purposes of setting restitution, moving for bail pending appeal, and any other issues by his attorneys at Brown Paindiris & Scott LLP, who are fully familiar with the case, as well as by Jonathan J. Einhorn, Esq., who was permitted to appear on November 20, 2018.

Respectfully submitted,

/s/ Michael A. Levy
James M. Cole, Esq.
Michael A. Levy, Esq.
Qais Ghafary, Esq.
Sidley Austin LLP
787 7th Avenue
New York, NY 10019
212-839-7341
MLevy@Sidley.com

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on December 7, 2018, a copy of foregoing motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

    /s/ Michael A. Levy
Michael A. Levy, Esq.
Sidley Austin LLP
787 7th Avenue
New York, NY 10019
212-839-7341
MLevy@Sidley.com