# EXHIBIT ONE

## Judge Martinez's Comments at Mr. Carpenter's Presentment and Arraignment

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

------------------------------- x
                                :
UNITED STATES OF AMERICA,       :
            Plaintiff,          :   Criminal No.
                                :   3:13-CR-00226(RNC)
     vs.                        :
                                :   January 17, 2014
DANIEL CARPENTER, ET AL.,       :
            Defendants.         :
                                :
------------------------------- x

                              Federal Building
                              450 Main Street
                              Hartford, Connecticut

PRESENTMENT AND ARRAIGNMENT

(Transcription from Electronic Recording)

Held Before:

        THE HON. DONNA F. MARTINEZ
        United States Magistrate Judge

              Transcription Services of
            FALZARANO COURT REPORTERS, LLC
                117 North Saddle Ridge
              West Simsbury, CT   06092
                    860.651.0258

Case 3:13-cr-00226-RNC   Document 408-2   Filed 12/20/18   Page 3 of 15
Case 3:13-cr-00226-RNC   Document 32   Filed 01/28/14   Page 75 of 82

75

1  you know, we come after that. And if that comes to
2  pass I'm sure I'll be notified immediately and Mr.
3  Carpenter will be brought back in before me and we'll
4  have to revisit the issue of conditions of release.
5              He has this long, long history in
6  Massachusetts and has been exposed there for many,
7  many years to periods of incarceration and all the
8  information I have before me is that he's been very
9  faithful in meeting his responsibilities in
10 Massachusetts and I must and do take that into account
11 in making decisions about his release today.
12             I also order that the $750,000 be
13 secured by any interest his daughter has in any
14 property she owns, including the real estate she's
15 mentioned.
16             I understand the concern expressed here
17 about that all of the property falling sort of the
18 $750,000 that I have set, but I agree actually with
19 the comments made by Mr. LaBelle that what we're
20 talking about here is not so much the Government's
21 recovery of the bond as disincentive for the Defendant
22 to fail to appear here in Connecticut. He's been
23 married for many, many years. His wife is here. They
24 have one adult daughter and we're tying up his, as far
25 as I can see from everything that's being presented to

Case 3:13-cr-00226-RNC   Document 408-2   Filed 12/20/18   Page 4 of 15
Case 3:13-cr-00226-RNC   Document 32   Filed 01/28/14   Page 76 of 82

76

```
 1   me today, we're tying up all of the assets that his
 2   wife and daughter have in the eventuality, which is of
 3   course what we're all considering here, that Mr.
 4   Carpenter stands convicted of the crimes that he's
 5   accused of, that's what his wife and daughter are left
 6   with.  And, you know, I'm not persuaded that Mr.
 7   Carpenter would leave his wife and his only child in
 8   that fix.  So that's with regard to the bond.
 9                 As for the conditions of release I
10   order the following:
11                 The Defendant must not violate federal,
12   state and local law while on release.
13                 He must cooperate in the collection of
14   a DNA sample if it's authorized by statute.
15                 He must advise the court or Pretrial
16   Services in writing before any change of address and
17   telephone number.
18                 He must appear in court as required and
19   if convicted surrender as directed to serve any
20   sentence that might be imposed.
21                 He must sign his appearance bond.
22                 He shall submit to supervision by and
23   report for supervision to the United States Probation
24   Office.
25                 I understand that the representation
```

1  has been made to me that he has no passport,
2  nonetheless for the record I am going to include a
3  provision that he surrender any passport.  I also
4  order that he not obtain a passport or other
5  international travel document.
6         As to travel restrictions, he is
7  restricted to Connecticut, Massachusetts, Rhode Island
8  and New York.  He may travel to other states within
9  the mainland United States with the advance permission
10 of the United States Probation Office and he must
11 request that permission no less than 72 hours in
12 advance of any travel.
13        Is there any request about restrictions
14 on witness or victim contact?
15        MR. NOVICK:  No, your Honor.
16        I would just add one other request for
17 a condition which would be that the Defendant be
18 obligated to comply with any lawfully issued court
19 orders in the United States or state court.
20        THE COURT:  All right.  I'll get to
21 that.
22        Do you own any firearms, Mr. Carpenter?
23        MR. CARPENTER:  No, your Honor.
24        THE COURT:  The Defendant shall not
25 possess a firearm, destructive device or other weapon.

# EXHIBIT TWO

**Support Letter from Dr. Joseph Vecchiarino**

Dr. Joseph C. Vecchiarino, III
5 Ohehyahtah Place
Danbury, CT 06810

Re:     Daniel Carpenter

Dear Judge Chatigny:

I am writing this letter in support of my good friend Daniel Carpenter, who I met at Avon Old Farms in 1969 – almost 50 years ago. I wanted to speak at Dan's sentencing, but because I am bedridden with Stage Four Cancer that has recently become much worse, I know that I will not be able to make it.

I am trying my best to write on the IPad Pro that Dan bought for me so that I could draw. Moving my fingers is difficult, so I am sharing this with Dan's friends and a young family that I introduced to Dan so he could get a scholarship at Avon Old Farms. Dane Bartkiewicz is at the end in the picture with his brother Blake. The Avon shirt Dan is wearing was designed by me as was the Avon sweater. Dane's mother, Ari, is the woman in the picture by my bedside. Dan has become good friends with the Bartkiewicz family, and has been instrumental in helping Dane get an ROTC Scholarship to Yale, Harvard, MIT, or Stanford.

The reason I got Dan involved with Dane in the first place was because he is one of the most thoughtful and generous people that I know. I know that he has set up a number of charitable trusts for Avon, and his Diogenes Fund has put at least two-dozen young men through Avon. I know others will talk about Carpenter Field; the Soccer Field, the Lacrosse Field, and of course the Baseball Field, which everyone says is the nicest in New England. But Dan also gave the money for the Kron Physics Lab, the Chemistry Lab, and the Leavitt-Mendell Day Student Building, plus several other buildings where Dan gave the money but kept his name out of it, and named the buildings after his favorite teachers.

I know he was asked to leave Avon's Board of Directors in 2004 because of his indictment in Boston. I hated Avon for what they did to Dan, and I told everyone about that. Dan still kept giving money though, and still put a number of kids through Avon, and he was a trustee of the WALKS Foundation and gave money to Westminster and Suffield Academy as well because his daughter Carrie went there. But, he never once stopped giving to the School despite being asked to leave the Board.

Dan Carpenter is the most honest man I know, and I designed a POTUS button for him because I want him to run for President in 2020. My only disappointment is that Dan and I served together in Washington as the first Young Republican Interns in the Senate with Senator Lowell Weicker; but because of his time at Canaan, I fear he has become a fallen-away Republican and is now a full-fledged Liberal Democrat. Please do not hold that against him; I certainly don't. I know that in his heart he loves people – all people – everyone. He not only wants to cure my cancer, but also poverty in America. If Dan Carpenter were President, no one would need to worry about the Children's Health Insurance Program or where their next meal was coming from.

It is important to me that you look at the man that I have known for almost 50 years. He is the "real deal", and does not have a greedy bone in his body. He has the utmost integrity, cares about the people around him, and Society in general, and I have never seen him hurt anyone or even heard of him trying to hurt someone. For him to be accused of defrauding anyone is simply untrue.

Since I will be unable to make Dan's sentencing on March 6th, I would respectfully ask that you give Dan the lowest possible sentence or probation, as he has suffered enough since Avon kicked him off the Board in 2004 and the three years he spent at Canaan for a crime he did not commit. I should know; I wrote to Dan every week that he was at Canaan for three years, and for every one of my letters, he sent me back two. If anyone deserves a second chance, it is Dan Carpenter.

Thank you for your thoughtful consideration of my request on Dan's behalf.

Sincerely,


Dr. Joseph C. Vecchiarino, III*




*Dr. Vecchiarino passed away Friday, February 2, 2018 in his bed in the picture.

# EXHIBIT THREE

**Support Letter from Angelo Efthimiatos**

The Honorable Robert N. Chatigny
United States District Court
District of Connecticut
450 Main Street – Room 228
Hartford, Connecticut 06103

Dear Judge Chatigny,

I was Dan Carpenter's Bunkie for nearly two years at the FPC Canaan from September 2014 to June 2016 when I was released to a halfway house in Manchester, New Hampshire in large part thanks to Dan's help in getting me extra halfway house time. He took the time to write an 8 page letter to the Camp Administrator, Mr. Paul Gibson, on my behalf.

Dan has graciously and selflessly helped a number of people at Canaan from getting compassionate release for Mr. John Rigas to getting three dozen people reduced sentences under the "two point reduction" Amendment 782 to the Sentencing Guidelines for Drugs. Dan personally wrote and had typed dozens of 3582(c) motions for many indigent Black and Hispanic inmates. I was there. I personally witnessed Dan writing countless motions and I witnessed several other inmates typing those motions, including Charlie Adams who Dan did a 2255 for in Boston. Dan also wrote 2255 motions for a dozen other inmates, including myself. These are time consuming documents to research and write and Dan never gave it a thought. He selflessly offered his time and expertise to help others with no expectations beyond a thank you. He was offered many things by many people, but he never accepted anything in return for helping people with his advice or helping them with their legal problems. To that point, when Dan was taken out of Canaan on December 28, I counted over 60 inmates that came up to hug Dan or shook his hand and wished him well, some with tears in their eyes.

While Dan was at Wyatt waiting for his trial, he hand wrote a 50 page brief that I submitted to the Supreme Court. Unfortunately, it was later returned to me because I did not fill out the In Forma Pauperis form correctly as I did not have Dan's expertise and help. That brief was filed again with the Supreme Court with Dan's help from Canaan. Dan has helped over 30 inmates that I know personally to get their sentences reduced. The minimum was Matt Hibbard who received a sentence reduction of 10 months and the most was Ray Leech who received FOUR YEARS off his sentence, extra half way house time, and home confinement. Ray walked out of FPC Canaan 5 years before he expected to and it was Dan Carpenter that did all of his filings. Without Dan's help, Ray would still be at Canaan. No one! Not even the caseworker did anything on Ray's behalf to help him. Dan was the only one who cared and worked to get Ray what he was entitled to under the law. I was standing next to Dan when Ray Leech came up to him and hugged him with tears in his eyes as he was getting ready to walk out the door. Dan gave Ray a gift that no one else even cared to give. Dan worked selflessly and tirelessly to help guys he barely knew and had just met because he is generous, kind hearted and does right.

Your Honor, I know the man, and Dan Carpenter does not have a criminal bone in his body. Dan Carpenter was the most trusted man on the Canaan compound. And he religiously refused to accept anything for the services and counsel that he provided people. Not even a package of tuna or mackerel, the currency in prison, for helping people file extensive briefs in their defense when they have been abandoned by everyone else. I urge you to read all of the filings in my case. Dan Carpenter wrote every word of every filing, spent time mulling points over to get them just right, and did not charge me a nickel or a tuna!

In fact, because my wife and daughter had no car to come visit me at Canaan, Dan Carpenter helped to research and find a way for my wife to buy a car. And, when I needed a car to go to work after leaving Canaan, he was again able to research and find another program that allowed my family to purchase a second car. I know this man! I slept less than 5 feet away from him for over 3 years now. Dan Carpenter is an honorable, generous and upstanding man.

Please, I implore you, to see Dan for who and what he truly is, and I can personally guarantee that anyone who encountered Dan at Canaan would gladly testify that Dan Carpenter is a certifiable Saint. Dan is honorable and honest with the most integrity of any human being I have ever known.

Thank you for the thoughtful consideration of my request.

Respectfully Submitted,


Angelo P. Efthimiatos
3710 Rt. 30
Sudbury, VT 05733

# EXHIBIT FOUR

April 20, 2010 Search Warrant

United States District Court

DISTRICT OF _____CONNECTICUT_____

In the Matter of the Search of
(Name, address or Brief description of person,
property or premises to be searched)

**SEARCH WARRANT**

**CASE NUMBER:**

The office of NOVA BENEFIT PLANS LLC, also known as BENISTAR, located at 100 Grist Mill Road, Simsbury, Connecticut.

To: <u>Shaun Schrader, IRS-CID</u> and any Authorized Officer of the United States

Affidavit(s) having been made before me by <u>Special Agent Shaun Schrader</u> who has reason to believe that on the person of or _x_ on the property or premises known as (name, description and/or location)

The office of NOVA BENEFIT PLANS LLC, also known as BENISTAR, located at 100 Grist Mill Road, Simsbury, Connecticut, 06070. The property is described as a single story office building. The lower portion of the building consists of red brick and windows, while the upper portion of the building consists of horizontal gray siding. The property is accessed by a short driveway off of Grist Mill Road. At the bottom of the driveway is a red brick structure with a sign attached to it that says "100 GRIST MILL RD." At the top of the driveway, as you approach the parking lot, is a wooden sign that reads "DIRECTORY, ENTRANCE 1, BENISTAR." There is no signage on the exterior of the building itself.

in the _____ District of _____**CONNECTICUT**_____ there is now concealed a certain person or property, namely (describe the person or property to be seized)

*See* Attachment B.

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before **April 25, 2010**

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime - 6:00 A.M. to 10:00 P.M.) ~~(at any time in the day or night as I find reasonable cause has been established)~~ and if the person or property be found there to seize same, leaving copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to THOMAS P. SMITH, UNITED STATES MAGISTRATE JUDGE as required by law.

April **16**, 2010 at **1:05 p.m.**           at     HARTFORD, CONNECTICUT
Date and Time Issued                          City and State

THOMAS P. SMITH
UNITED STATES MAGISTRATE JUDGE         _[signature]_
Name and Title of Judicial Officer           Signature of Judicial Officer

# EXHIBIT FIVE

## May 26, 2011 Search Warrant

11-92 M-01 (JG~)

AO 93 (Rev. 12/09) Search and Seizure Warrant

## UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>The entirety of the premises located at 100 Grist Mill Road in Simsbury, Connecticut, and more particularly described in Attachment B | ) ) ) Case No.<br>) ) ) |

COPY

### SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of ___Connecticut___
*(identify the person or describe the property to be searched and give its location):*
The entirety of the premises located at 100 Grist Mill Road in Simsbury, Connecticut, and more particularly described in Attachment B

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized):*
See Attachment D

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

YOU ARE COMMANDED to execute this warrant on or before   6/4/11
                                                         *(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10 p.m.    ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
Joan G. Margolis                              .
            *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*   ☐ for _____ days *(not to exceed 30).*
                                              ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:   5/25/11, 12:45 p.   _____
                                             *Judge's signature*

City and state:   New Haven, CT              Joan G. Margolis
                                             *Printed name and title*