UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA   : | |
| : | Criminal No.  3:13-CR-226(RNC) |
| v.   : | |
| : | |
| DANIEL CARPENTER   : | December 21, 2018 |

**MOTION TO DISMISS ORIGINAL INDICTMENT**

The Government hereby moves for the dismissal of Counts One to Thirty-Three of the original indictment (ECF No. 1) pending against the defendant.  As grounds for the dismissal, the Government states that the defendant was found guilty and sentenced on Counts One through Fifty-Seven of the Superseding Indictment (ECF No. 53).

Respectfully submitted,

JOHN H. DURHAM
UNITED STATES ATTORNEY

/s/ Neeraj N. Patel
NEERAJ N. PATEL
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. phv04499
157 Church Street, 25th Floor
New Haven, CT  06510
Tel.:   (203) 821-3700
Fax:   (203) 773-5376
Email: neeraj.patel@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 21, 2018, a copy of the foregoing Motion to Dismiss Remaining Counts was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                   /s/ Neeraj N. Patel
                                   Neeraj N. Patel
                                   Assistant United States Attorney