# EXHIBIT A

# Patel, Neeraj (USACT)

| | |
|---|---|
| **From:** | Patel, Neeraj (USACT) |
| **Sent:** | Thursday, December 13, 2018 11:31 AM |
| **To:** | 'Lisa_Rickevicius@ctd.uscourts.gov' |
| **Cc:** | cguarnieri@bpslawyers.com; Novick, David (USACT); einhornlawoffice@gmail.com; Hillary_Aidun@ctd.uscourts.gov; rbrown@bpslawyers.com |
| **Subject:** | RE: 13cr226 USA v Carpenter |

Thanks, Lisa. We will file our response by that date.


-----Original Message-----
From: Lisa_Rickevicius@ctd.uscourts.gov <Lisa_Rickevicius@ctd.uscourts.gov>
Sent: Thursday, December 13, 2018 9:50 AM
To: Patel, Neeraj (USACT) <npatel2@usa.doj.gov>
Cc: cguarnieri@bpslawyers.com; Novick, David (USACT) <dnovick@usa.doj.gov>; einhornlawoffice@gmail.com; Hillary_Aidun@ctd.uscourts.gov; rbrown@bpslawyers.com
Subject: Re: 13cr226 USA v Carpenter

Hello,

Thank you for responding so quickly. Judge Chatigny would appreciate a response by 12/21/2018.

Best,
Lisa

Lisa P. Rickevicius
Judicial Assistant to
Judge Robert N. Chatigny
U.S. District Court
450 Main Street
Hartford, CT. 06103
(860) 240-3659



From: "Patel, Neeraj (USACT)" <Neeraj.Patel@usdoj.gov>
To: "Lisa_Rickevicius@ctd.uscourts.gov" <Lisa_Rickevicius@ctd.uscourts.gov>
Cc: "Novick, David (USACT)" <David.Novick@usdoj.gov>,
"einhornlawoffice@gmail.com" <einhornlawoffice@gmail.com>,
"cguarnieri@bpslawyers.com" <cguarnieri@bpslawyers.com>,
"rbrown@bpslawyers.com" <rbrown@bpslawyers.com>,
"Hillary_Aidun@ctd.uscourts.gov" <Hillary_Aidun@ctd.uscourts.gov>
Date: 12/13/2018 09:44 AM
Subject:Re: 13cr226 USA v Carpenter

Hi Lisa,

Yes, the government intends to file a response in opposition to the motion.
We had intended to respond within the 21 days allowed by the local rules.
Would the court like us to respond sooner?

Thanks,

Neeraj N. Patel
Assistant United States Attorney
United States Attorney's Office
157 Church Street, 25th Floor<x-apple-data-detectors://3/0>
New Haven, CT 06510<x-apple-data-detectors://3/0>
Tel: (203) 821-3720<tel:(203)%20821-3720>
Email: Neeraj.patel@usdoj.gov<mailto:Neeraj.patel@usdoj.gov>

Sent from my iPhone

On Dec 13, 2018, at 9:26 AM, "Lisa_Rickevicius@ctd.uscourts.gov<mailto:Lisa_Rickevicius@ctd.uscourts.gov>" <Lisa_Rickevicius@ctd.uscourts.gov<mailto:Lisa_Rickevicius@ctd.uscourts.gov>> wrote:

Good morning,

Please advise if the government intends to file a response to defendant's motion for reconsideration, ECF No. 405. Thank you.

All the best,
Lisa

Lisa P. Rickevicius
Judicial Assistant to
Judge Robert N. Chatigny
U.S. District Court
450 Main Street
Hartford, CT. 06103
(860) 240-3659