Exhibit 1  
Summary of Active Policies

United States v. Daniel Carpenter, 3:13CR226(RNC)

| Life Insurance Company | Insured | Policy Face Value | Issuance Date | Insured's Current Age | Insured's Life Expectancy* |
|---|---|---|---|---|---|
| AXA | Beekman | $10,000,000 | 05/21/07 | 87 | 85 |
| AXA | Tucker 849 | $8,333,333 | 02/21/07 | 92 | 88 |
| Lincoln | Pennington | $10,000,000 | 09/24/08 | 89 | 91 |
| Lincoln | Von Noorden | $3,500,000 | 12/28/08 | 95 | 95 |
| Lincoln | Arterburn | $5,000,000 | 12/28/08 | 86 | 88 |
| Lincoln | Deckard 8016 | $10,000,000 | 10/09/07 | 84 | 87 |
| Lincoln | Deckard 8008 | $9,000,000 | 11/28/07 | 84 | 87 |
| Lincoln | Hinds | $4,000,000 | 12/13/07 | 88 | 90 |
| Lincoln | Janis | $8,000,000 | 06/20/08 | 89 | 87 |
| Lincoln | Lyles | $4,000,000 | 01/14/09 | 89 | 92 |
| Lincoln | Neely | $9,600,000 | 09/05/08 | 87 | 91 |
| Lincoln | Sher | $5,000,000 | 09/24/08 | 86 | 89 |
| Lincoln | Wisda | $4,075,000 | 12/14/09 | 85 | 89 |
| MetLife | Kellam | $800,000 | 10/11/07 | 96 | 89 |
| Penn Mutual | C. Smith | $5,000,000 | 12/01/07 | 80 | 84 |
| Phoenix | Laveck | $3,000,000 | 06/18/07 | 83 | 87 |
| Phoenix | Solem | $4,000,000 | 05/15/07 | 88 | 87 |

**TOTAL:   $103,308,333**

*per life expectancy reports run as part of the scheme at the time of policy issuance*