UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 3:13CR226 (RNC) |
| | : | |
| v. | : | |
| | : | |
| DANIEL CARPENTER | : | January 10, 2019 |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE GOVERNMENT'S REPONSE TO DEFENDANT'S MOTION FOR BOND PENDING APPEAL**

The Government respectfully submits this motion seeking a brief five-day extension, until January 15, 2019, to submit its response to Mr. Carpenter's motion for bond pending appeal. The Government has conferred with counsel for the defendant, Jonathan J. Einhorn, Esq., who does not oppose this request. In support of this motion, the Government submits the following:

1. On December 3, 2018, the Court sentenced Mr. Carpenter to 30 months of imprisonment to be followed by 36 months of supervised release. *See* Judgment, ECF No. 411.

2. On December 4, 2018, Mr. Carpenter filed a notice of appeal. ECF No. 397. On December 20, 2018, he filed a motion in this Court for bond pending appeal. ECF No. 408. Pursuant to the local rules, the Government's response is due today.

3. The Government respectfully requests a short extension until Tuesday, January 15, 2019, to file its response. The undersigned Assistant U.S. Attorney has been preparing a response, but was also working to finalize the Government's memorandum regarding restitution, which the Government filed earlier today. ECF No. 423. In addition, the undersigned Assistant U.S. Attorney was working this week on a brief that was due in the Second Circuit yesterday. Accordingly, the Government needs additional time to complete and file its response.

4. The other Assistant U.S. Attorney assigned to Mr. Carpenter's case has been on an extended leave of absence due to a personal issue.

5. The Government has conferred with Mr. Carpenter's counsel, John J. Einhorn, Esq., who filed the motion for bond on Carpenter's behalf. Attorney Einhorn does not oppose the Government's request.

WHEREFORE, the Government respectfully requests that the due date for its response to Mr. Carpenter's motion for bond pending appeal be extended to January 15, 2019.

Respectfully submitted,

JOHN H. DURHAM
UNITED STATES ATTORNEY

/s/ Neeraj N. Patel
NEERAJ N. PATEL
ASSISTANT U.S. ATTORNEY
Federal Bar No. phv04499
157 Church Street, 25th Floor
New Haven, CT 06510
Tel: 203-821-3700
Email: Neeraj.Patel@usdoj.gov

CERTIFICATION OF SERVICE

This is to certify that on January 10, 2019, a copy of the foregoing Motion for Extension of Time was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

BY: /s/ Neeraj N. Patel
NEERAJ N. PATEL
ASSISTANT UNITED STATES ATTORNEY

3