UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No.  3:13CR226 (RNC) |
| | : | |
| v. | : | |
| | : | |
| DANIEL CARPENTER | : | January 15, 2019 |

**SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE
REPONSE TO DEFENDANT'S MOTION FOR BOND PENDING APPEAL**

The Government respectfully submits this second motion seeking an extension, until January 18, 2019, to submit its response to Mr. Carpenter's motion for bond pending appeal.  The Government has conferred with counsel for the defendant, Jonathan J. Einhorn, Esq., who does not oppose this request.  In support of this motion, the Government submits the following:

1.      On December 3, 2018, the Court sentenced Mr. Carpenter to 30 months of imprisonment to be followed by 36 months of supervised release. *See* Judgment, ECF No. 411.  The court set a self-surrender date of March 4, 2019.

2.      On December 4, 2018, Mr. Carpenter filed a notice of appeal.  ECF No. 397.  On December 20, 2018, he filed a motion in this Court for bond pending appeal.  ECF No. 408.  On January 11, 2019, the Court granted the Government's motion for an extension to file its response to January 15, 2019.

3.      The Government respectfully requests an additional extension until January 18, 2019, to file its response.  The Government has been working to complete its response but needs additional time to research certain issues raised in Mr. Carpenter's motion.

4.      In addition, on January 11, 2019, Mr. Carpenter's counsel contacted the undersigned to discuss the parties' positions with respect to bail pending appeal in the hopes of coming to an agreement.  The Government needs additional time to confer with Mr. Carpenter's

counsel about the parties' positions and a possible agreement.

     5.    The Government has conferred with Mr. Carpenter's counsel, John J. Einhorn, Esq., who filed the motion for bond on Carpenter's behalf.  Attorney Einhorn does not oppose the Government's request.

     WHEREFORE, the Government respectfully requests that the due date for its response to Mr. Carpenter's motion for bond pending appeal be extended to January 18, 2019.

Respectfully submitted,

JOHN H. DURHAM
UNITED STATES ATTORNEY


/s/ Neeraj N. Patel
NEERAJ N. PATEL
ASSISTANT U.S. ATTORNEY
Federal Bar No. phv04499
157 Church Street, 25th Floor
New Haven, CT 06510
Tel: 203-821-3700
Email: Neeraj.Patel@usdoj.gov

<u>CERTIFICATION OF SERVICE</u>

       This is to certify that on January 15, 2019, a copy of the foregoing Motion for Extension of Time was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                    BY:    <u>/s/ Neeraj N. Patel</u>
                           NEERAJ N. PATEL
                           ASSISTANT UNITED STATES ATTORNEY