UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

_____

| | |
|---|---|
| UNITED STATES OF AMERICA | DOCKET NO. 3:13 cr 226 (RNC) |
| VS. | |
| DANIEL CARPENTER | JANUARY 23, 2019 |

**MOTION FOR EXTENSION OF TIME TO FILE MEMORANDUM IN OPPOSITION TO GOVERNMENT'S MOTION IN SUPPORT OF RESTITUTION**

The defendant moves for an extension of time until February 8, 2019 to file a memorandum in opposition to Government's Memorandum in Support of Restitution (Docket Entry #423).

Assistant U.S. Attorney Neeraj Patel has no objection to the filing of this request.

THE DEFENDANT

*/s/ Jonathan J. Einhorn*

JONATHAN J. EINHORN
129 WHITNEY AVENUE
NEW HAVEN, CT 06510
FEDERAL BAR NO. ct00163
EINHORNLAWOFFICE@GMAIL.COM

CERTIFICATION

I hereby certify that on this 23rd day of January, 2019, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

/s/ *Jonathan J. Einhorn*
JONATHAN J. EINHORN