UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

_____

| | |
|---|---|
| UNITED STATES OF AMERICA | DOCKET NO. 3:13 cr 226 (RNC) |
| VS. | |
| DANIEL CARPENTER | JANUARY 24, 2019 |

**REVISED MOTION FOR EXTENSION OF TIME TO FILE MEMORANDUM IN OPPOSITION TO GOVERNMENT'S MOTION IN SUPPORT OF RESTITUTION**

The defendant moves for an extension of time until February 8, 2019 to file a memorandum in opposition to Government's Memorandum in Support of Restitution (Docket Entry #423).  Pursuant to Local Rule 7, defendant's counsel represents that "good cause" for this request is based on the following:  defense counsel is a sole practitioner and due to his Court schedule for the next week, he requires this brief continuance.  He will be away this weekend.

Assistant U.S. Attorney Neeraj Patel has no objection to the filing of this request.

THE DEFENDANT

*/s/ Jonathan J. Einhorn*

JONATHAN J. EINHORN
129 WHITNEY AVENUE
NEW HAVEN, CT 06510
FEDERAL BAR NO. ct00163
EINHORNLAWOFFICE@GMAIL.COM


CERTIFICATION

I hereby certify that on this 24th day of January, 2019, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

*/s/ Jonathan J. Einhorn*
JONATHAN J. EINHORN