UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

_____

| | |
|---|---|
| UNITED STATES OF AMERICA | DOCKET NO. 3:13 cr 226 (RNC) |
| VS. | |
| DANIEL CARPENTER | JANUARY 24, 2019 |

**REVISED MOTION FOR EXTENSION OF TIME TO REPLY TO GOVERNMENT'S OBJECTION TO DEFENDANT'S MOTION FOR BOND PENDING APPEAL**

    The defendant moves for an extension of time to reply to the Government's Objection (Docket Entry #430) to Defendant's Motion for Bond Pending Appeal (Docket Entry #408) until February 1, 2019.  Pursuant to Local Rule 7, defendant's counsel represents that "good cause" for this request is based on the following:  defense counsel is a sole practitioner and due to his Court schedule for the next week, he requires this brief continuance.  He will be away this weekend.

    Assistant U.S. Attorney Neeraj Patel has no objection to the filing of this request.

    THE DEFENDANT

    */s/ Jonathan J. Einhorn*

    JONATHAN J. EINHORN
    129 WHITNEY AVENUE
    NEW HAVEN, CT 06510
    FEDERAL BAR NO. ct00163
    EINHORNLAWOFFICE@GMAIL.COM

CERTIFICATION

    I hereby certify that on this 24th day of January, 2019, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing.

    */s/ Jonathan J. Einhorn*
    JONATHAN J. EINHORN