UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

_____

| | |
|---|---|
| UNITED STATES OF AMERICA | DOCKET NO. 3:13 cr 226 (RNC) |
| VS. | |
| DANIEL CARPENTER | JANUARY 31, 2019 |

## MOTION FOR LEAVE TO FILE OVERSIZED BRIEF

The defendant Daniel Carpenter requests leave of the Court to file an oversized reply brief in response to the Government's objection (docket entry #430) to defendant's Motion for Bond Pending Appeal (docket entry #408).   Defendant will confine his reply to matters raised in the Government's opposition memorandum.

The reason for this request is that the defendant's liberty while the case is being appealed is at stake, and he has raised substantial issues on appeal, to which the government has taken issue.  A comprehensive reply to the Government's objection is necessary in the interests of justice.

Assistant U.S. Attorney Neeraj Patel has no objection to the filing of this request.

THE DEFENDANT

*/s/ Jonathan J. Einhorn*

JONATHAN J. EINHORN
129 WHITNEY AVENUE
NEW HAVEN, CT 06510
FEDERAL BAR NO. ct00163
EINHORNLAWOFFICE@GMAIL.COM

CERTIFICATION

     I hereby certify that on this 31st day of January, 2019, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

                                /s/ *Jonathan J. Einhorn*
                                JONATHAN J. EINHORN