## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. 3:13CR226(RNC) |
| ) | |
| v. ) | |
| ) | February 6, 2019 |
| DANIEL CARPENTER ) | |

## FIRST MOTION TO EXTEND SURRENDER DATE

The Defendant, Daniel Carpenter, by and through his undersigned counsel, respectfully moves that his self-surrender date presently set for Monday March 4, 2019 be extended until Monday May 6, 2019. This is the first request for an extension of his surrender date.

The reason for this request is that his wife Molly Carpenter is scheduled for major surgery at Hartford Hospital on March 4 to insert a stent into her aorta after a major arterial blockage was recently discovered. March 4th is the earliest date that Dr. Gallagher can operate. Mr. Carpenter will be essential in taking care of her during her recovery, and to send him to jail at this time would be detrimental both physically and emotionally to both he and Mrs. Carpenter. He should be present while she is engaged in this significant medical procedure.

Moreover, Attorney Brown is currently out of the country in Spain, and is working with Paul Irby, General Counsel of the Designation & Sentence Computation Center of the BOP, in order to have Mr. Carpenter switched from Fort Dix where he has been assigned, to Fort Devens in order to be closer to his attorneys as well as his family. See Letter from Attorney Brown attached as Exhibit One.

Because of Mrs. Carpenter's surgery date and because it is not known how long it will take for her recovery, or for a response to the redesignation request, a two month delay in the surrender date is respectfully requested. See Hartford Hospital Notice attached as Exhibit Two.

1

The undersigned has conferred with the Government, and the Government has indicated that it intends to file a response."

                    Respectfully submitted,
                    Daniel Carpenter

                    /s/*Jonathan J. Einhorn*

                    Jonathan J. Einhorn, Esq.
                    Einhorn Law Offices
                    129 Whitney Avenue
                    New Haven, CT 06510
                    (203) 777-3777
                    Federal Bar No. ct00163
                    einhornlawoffice@gmail.com

## CERTIFICATION

     I hereby certify that on this 6th day of February, 2019, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

                    /s/ *Jonathan J. Einhorn*
                    Jonathan J. Einhorn, Esq.