UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 3:13CR226 (RNC) |
| | : | |
| v. | : | |
| | : | |
| DANIEL CARPENTER | : | February 19, 2019 |

**MOTION TO SEAL GOVERNMENT'S MEMORANDUM IN OPPOSITION
TO DEFENDANT'S FIRST MOTION TO EXTEND SURRENDER DATE
AND TO FILE REDACTED VERSION AS A PUBLIC DOCUMENT**

Pursuant to Rule 57 of the Local Rules of Criminal Procedure, the Government respectfully submits this motion to (1) file under seal an unredacted version of its memorandum in opposition to the defendant's motion to extend the surrender date, and (2) file a redacted version of the memorandum as a public document.

The Government submits that sealing its memorandum is necessary to prevent public disclosure of the personal medical information of Mr. Carpenter's wife. Specifically, the memorandum discusses information provided by her doctor regarding her recovery from a medical procedure. The Government submits that this sealing request is supported by the clear and compelling reasons of ensuring the privacy of her personal medical information. *See, e.g., United States v. Amodeo*, 71 F.3d 1044, 1050 (2d Cir. 1995) (stating that the "privacy interests of innocent third parties ... should weigh heavily in a court's balancing equation" between the presumption of access and a request to seal). The Government further submits that its sealing request is narrowly tailored to serve those reasons as the Government is not seeking to restrict all access to its memorandum. Rather, the Government is requesting that a redacted version of the document be made publicly available with redactions for a limited set of information concerning the medical information of Mr. Carpenter's wife.

The Government recognizes that Mr. Carpenter did not file under seal his motion to extend the surrender date and his accompanying exhibits, which discuss his wife's medical information (and includes her full date of birth). Nonetheless, it is not clear that Mr. Carpenter's wife consented to such information being placed in the public record or that she waived her privacy interest in such information. Therefore, out of an abundance of caution, the Government seeks to keep her medical information under seal and to redact such information from its publically available memorandum.

## **CONCLUSION**

For the foregoing reasons, the Government respectfully requests that the Court permit the Government to (1) file under seal an unredacted version of its memorandum in opposition to the defendant's motion to extend the surrender date, and (2) file a redacted version of the memorandum as a public document.

Respectfully submitted,

JOHN H. DURHAM
UNITED STATES ATTORNEY

/s/ Neeraj N. Patel
NEERAJ N. PATEL
ASSISTANT U.S. ATTORNEY
Federal Bar No. phv04499
157 Church Street, 25th Floor
New Haven, CT 06510
Tel: 203-821-3700
Email: Neeraj.Patel@usdoj.gov

CERTIFICATION OF SERVICE

  This is to certify that on February 19, 2019, a copy of the foregoing Government's Motion to Seal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Neeraj N. Patel
NEERAJ N. PATEL
ASSISTANT UNITED STATES ATTORNEY
