UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 3:13CR226 (RNC) |
| | : | |
| v. | : | |
| | : | |
| DANIEL CARPENTER | : | February 19, 2019 |

**GOVERNMENT'S MEMORANDUM IN OPPOSITION TO**
**DEFENDANT'S FIRST MOTION TO EXTEND SURRENDER DATE**

      The Government respectfully submits this memorandum in opposition to Mr. Carpenter's motion to extend his surrender date by two months to May 6, 2019. In Mr. Carpenter's motion, he requests an extension so that he can take care of his wife, Molly Carpenter, as she recovers from a medical procedure ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. He also seeks an extension in order to seek redesignation from the Bureau of Prisons ("BOP"). As explained more fully below, a two-month extension in unwarranted. However, the Government will consent to a brief extension until March 22, 2019.

      At sentencing, the Court ordered Mr. Carpenter to self-surrender on or before March 4, 2019. Mr. Carpenter's wife ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. Mr. Carpenter requests a two-month extension of his surrender date because he argues that he will be essential in taking care of his wife during her recovery.

      However, according to Molly Carpenter's doctor, the ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇ On February 15, 2019, the case agent spoke with Molly Carpenter's doctor, Dr. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇.[1] The doctor described the procedure

---

[1] Molly Carpenter executed a HIPAA release form allowing the case agent to speak with her doctor.



In light of the short recovery period, the Government submits that a two-month extension of the surrender date is unnecessary and unwarranted.  Nevertheless, the Government consents to a very short extension, until March 22, 2019, to allow Mr. Carpenter to be with his wife ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Mr. Carpenter can seek a further extension at that time.[2]

With respect to Mr. Carpenter's request for an extension of the surrender date so that he can ask the BOP to redesignate him to another prison facility, the Government understands from Mr. Carpenter's counsel that the BOP has, in fact, redesignated Mr. Carpenter to Fort Devens, in Massachusetts.  Accordingly, this issue is now moot.

---

[2] It bears noting that Molly Carpenter's daughter and sister live in Connecticut and should be able to assist her if necessary.

Finally, the Government has spoken with Mr. Carpenter's appellate counsel at Sidley Austin. Given the Court's denial of Mr. Carpenter's motion for bail pending appeal, appellate counsel intends to file a motion for bail pending appeal with the Second Circuit. Counsel at Sidley is on vacation this week and requested that the Government consent to a short extension of the surrender date to allow the parties time to brief the motion with the Second Circuit. He indicated that an extension until March 22, 2019 would provide the parties with enough time to brief the motion with the Second Circuit.

As such, the Government consents to a short continuance to March 22, 2019.

## **CONCLUSION**

For the reasons set forth above, the Government respectfully requests that the Court deny Mr. Carpenter's request for a two-month extension of his surrender date.

Respectfully submitted,

JOHN H. DURHAM
UNITED STATES ATTORNEY

/s/ Neeraj N. Patel
NEERAJ N. PATEL
ASSISTANT U.S. ATTORNEY
Federal Bar No. phv04499
157 Church Street, 25th Floor
New Haven, CT 06510
Tel: 203-821-3700
Email: Neeraj.Patel@usdoj.gov


/s/ David E. Novick
DAVID E. NOVICK
ASSISTANT U.S. ATTORNEY
Federal Bar No. phv02874
157 Church Street, 25th Floor
New Haven, CT 06510
Tel: 203-821-3700
Email: David.Novick@usdoj.gov

<u>CERTIFICATION OF SERVICE</u>

This is to certify that on February 19, 2019, a copy of the foregoing Government Memorandum was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

<u>/s/ Neeraj N. Patel</u>
NEERAJ N. PATEL
ASSISTANT UNITED STATES ATTORNEY