UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| UNITED STATES OF AMERICA | : | Criminal No. 3:13CR226 (RNC) |
|---|---|---|
| v. | : | |
| DANIEL CARPENTER | : | February 20, 2019 |

**MOTION TO SEAL GOVERNMENT'S MOTION FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO DEFENDANT'S MOTION TO EXTEND HIS SURRENDER DATE AND TO FILE REDACTED VERSION AS A PUBLIC DOCUMENT**

Pursuant to Rule 57 of the Local Rules of Criminal Procedure, the Government respectfully submits this motion to (1) file under seal an unredacted version of its motion for leave to file a sur-reply in opposition to the defendant's motion to extend the surrender date, along with a proposed sur-reply memorandum, and (2) file a redacted version of the motion and proposed memorandum as a public document.

The Government submits that sealing these documents is necessary to prevent public disclosure of the personal medical information of Mr. Carpenter's wife. Specifically, the documents discuss details about her recovery from a medical procedure. The Government submits that this sealing request is supported by the clear and compelling reasons of ensuring the privacy of her personal medical information. *See, e.g., United States v. Amodeo*, 71 F.3d 1044, 1050 (2d Cir. 1995) (stating that the "privacy interests of innocent third parties ... should weigh heavily in a court's balancing equation" between the presumption of access and a request to seal). The Government further submits that its sealing request is narrowly tailored to serve those reasons as the Government is not seeking to restrict all access to the documents. Rather, the Government is requesting that a redacted version of the documents be made publicly available with redactions for a limited set of information concerning the medical information of Mr. Carpenter's wife.

## CONCLUSION

For the foregoing reasons, the Government respectfully requests that the Court permit the Government to (1) file under seal an unredacted version of its motion for leave to file a sur-reply in opposition to the defendant's motion to extend the surrender date, along with a proposed sur-reply memorandum, and (2) file a redacted version of the motion and proposed memorandum as a public document.

Respectfully submitted,

JOHN H. DURHAM
UNITED STATES ATTORNEY

/s/ Neeraj N. Patel
NEERAJ N. PATEL
ASSISTANT U.S. ATTORNEY
Federal Bar No. phv04499
157 Church Street, 25th Floor
New Haven, CT 06510
Tel: 203-821-3700
Email: Neeraj.Patel@usdoj.gov

CERTIFICATION OF SERVICE

   This is to certify that on February 20, 2019, a copy of the foregoing Government's Motion to Seal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

          /s/ Neeraj N. Patel
          NEERAJ N. PATEL
          ASSISTANT UNITED STATES ATTORNEY