UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Redacted |
| | : | |
| v. | : | Criminal No.  3:13CR226 (RNC) |
| | : | |
| DANIEL CARPENTER | : | February 20, 2019 |

**GOVERNMENT'S MOTION FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO DEFENDANT'S MOTION TO EXTEND HIS SURRENDER DATE**

The Government respectfully moves for leave to file a very short three-page sur-reply in response to Daniel Carpenter's reply to his motion to extend his surrender date.  ECF No. 451. *See* D. Conn. L. Crim. R. 1(c) (incorporating D. Conn. L. Civ. R. 7(d) regarding reply memoranda); D. Conn. Local Civ. R. 7(d) ("No sur-replies may be filed without permission of the Court, which may, in its discretion, grant permission upon a showing of good cause."). The Government's proposed sur-reply is attached hereto as Exhibit A.

The Government seeks permission to file this short sur-reply in order to notify the Court of a misleading exhibit attached to Mr. Carpenter's reply memorandum.  ECF No. 451.  In his reply brief, Mr. Carpenter refers to an attached exhibit that purports to describe the recovery period for the medical procedure ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ The Government wishes to address this discrepancy in a brief sur-reply so that the Court is not misled.

The Government's proposed sur-reply is limited to addressing this one exhibit.  The Government submits that the foregoing constitutes good cause for granting the Government leave to file a sur-reply. *See Weinstein v. Islamic Republic of Iran*, 624 F. Supp. 2d 272, 273 n.1

(E.D.N.Y. 2009) (granting leave to file one-page sur-reply to correct a misstatement in bank's reply papers); *In re Arbitration Between Westchester Fire Ins. Co. v. Massamont Ins. Agency, Inc.*, 420 F. Supp. 2d 223, 226 (S.D.N.Y. 2005) (granting leave to file a sur-reply memorandum to address specific and limited legal and factual issues in petitioner's reply memorandum); *see also Ferrie v. DirecTV, LLC*, No. 3:15-CV-409 (JCH), 2016 WL 183474, at *1 n.1 (D. Conn. Jan. 12, 2016) (stating that when new issues appear in reply papers, the non-moving party should seek leave to file a sur-reply to address those new issues and that the court's consideration of the sur-reply should be limited to the new issues).

For the foregoing reasons, the Government respectfully requests that the Court grant the Government's motion for leave to file the proposed sur-reply attached as Exhibit A.

> Respectfully submitted,
>
> JOHN H. DURHAM
> UNITED STATES ATTORNEY
>
> /s/ Neeraj N. Patel
> NEERAJ N. PATEL
> ASSISTANT U.S. ATTORNEY
> Federal Bar No. phv04499
> 157 Church Street, 25th Floor
> New Haven, CT 06510
> Tel: 203-821-3700
> Email: Neeraj.Patel@usdoj.gov
>
> /s/ David E. Novick
> DAVID E. NOVICK
> ASSISTANT U.S. ATTORNEY
> Federal Bar No. phv02874
> 157 Church Street, 25th Floor
> New Haven, CT 06510
> Tel: 203-821-3700
> Email: David.Novick@usdoj.gov

## CERTIFICATION OF SERVICE

      This is to certify that on February 20, 2019, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      /s/ Neeraj N. Patel
      NEERAJ N. PATEL
      ASSISTANT UNITED STATES ATTORNEY