UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Redacted |
| | : | |
| v. | : | Criminal No. 3:13CR226 (RNC) |
| | : | |
| DANIEL CARPENTER | : | February 21, 2019 |

**GOVERNMENT'S SUR-REPLY IN OPPOSITION TO DEFENDANT'S MOTION TO EXTEND HIS SURRENDER DATE**

The Government respectfully submits this brief sur-reply to notify the Court of a misleading exhibit attached to Mr. Carpenter's reply memorandum. ECF No. 451.[1] Attached as Exhibit One to Mr. Carpenter's reply memorandum is a purported "excerpt from the National Institutes of Health," which Mr. Carpenter cites for the proposition that [redacted]

[1] The Government notes that Mr. Carpenter filed his reply under seal without seeking leave of the Court, as required by Local Criminal Rule 57(b)(3). He also failed to file a redacted publicly available version of the document as required by Local Criminal Rule 57(b)(4).

Accordingly, the Court should disregard Mr. Carpenter's reference to Exhibit One because it is misleading and describes a different procedure than the one ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Mr. Carpenter argues there is no harm in a two month-extension. The Government respectfully disagrees. The Court is well aware of Mr. Carpenter's "scorched earth" litigation tactics, and the Government has every reason to believe Mr. Carpenter will continue to find reasons to prolong his surrender date. Over 18 months have passed since the guilty verdict in this matter—largely due to Mr. Carpenter's own requests for continuances—and it is time for Mr. Carpenter to begin serving his sentence without further delay. The Government recognizes that incarceration will cause hardship to Mr. Carpenter's family, but this is a consequence of Mr. Carpenter's own actions and is true for any defendant convicted of a crime.

## CONCLUSION

For the foregoing reasons and the reasons set forth in the Government's memorandum in opposition to Mr. Carpenter's motion, Mr. Carpenter's motion should be denied. As the Government indicated in its opposition, the Government will consent to an extension until March 22, 2019. If after ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓ Mr. Carpenter can seek an extension at that time.

---

[2] Even if Exhibit One to Mr. Carpenter's reply described the procedure that was the same as the one ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Similarly, the "Carpenters' fears that there could be several major snowstorms in April," *see id.*, is also just speculation.

Accordingly, the Court should disregard Mr. Carpenter's reference to Exhibit One because it is misleading and describes a different procedure than the one ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Mr. Carpenter argues there is no harm in a two month-extension. The Government respectfully disagrees. The Court is well aware of Mr. Carpenter's "scorched earth" litigation tactics, and the Government has every reason to believe Mr. Carpenter will continue to find reasons to prolong his surrender date. Over 18 months have passed since the guilty verdict in this matter—largely due to Mr. Carpenter's own requests for continuances—and it is time for Mr. Carpenter to begin serving his sentence without further delay. The Government recognizes that incarceration will cause hardship to Mr. Carpenter's family, but this is a consequence of Mr. Carpenter's own actions and is true for any defendant convicted of a crime.

## CONCLUSION

For the foregoing reasons and the reasons set forth in the Government's memorandum in opposition to Mr. Carpenter's motion, Mr. Carpenter's motion should be denied. As the Government indicated in its opposition, the Government will consent to an extension until March 22, 2019. If after ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮ Mr. Carpenter can seek an extension at that time.

---

[2] Even if Exhibit One to Mr. Carpenter's reply described the procedure that was the same as the one ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Similarly, the "Carpenters' fears that there could be several major snowstorms in April," *see id.*, is also just speculation.

Respectfully submitted,

JOHN H. DURHAM
UNITED STATES ATTORNEY

/s/ Neeraj N. Patel
NEERAJ N. PATEL
ASSISTANT U.S. ATTORNEY
Federal Bar No. phv04499
157 Church Street, 25th Floor
New Haven, CT 06510
Tel: 203-821-3700
Email: Neeraj.Patel@usdoj.gov


/s/ David E. Novick
DAVID E. NOVICK
ASSISTANT U.S. ATTORNEY
Federal Bar No. phv02874
157 Church Street, 25th Floor
New Haven, CT 06510
Tel: 203-821-3700
Email: David.Novick@usdoj.gov


CERTIFICATION OF SERVICE

This is to certify that on February 21, 2019, a copy of the foregoing Sur-Reply Memorandum was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.


/s/ Neeraj N. Patel
NEERAJ N. PATEL
ASSISTANT UNITED STATES ATTORNEY