UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 3:13CR226(RNC) |
|  | ) |  |
| v. | ) |  |
|  | ) | February 21, 2019 |
| DANIEL E. CARPENTER | ) |  |

**DEFENDANT'S MOTION FOR LEAVE TO FILE RESPONSE TO GOVERNMENT'S SUR-REPLY IN OPPOSITION TO DEFENDANT'S MOTION TO EXTEND HIS SURRENDER DATE**

The defendant respectfully moves for leave to file a very short one page response to the government's sur-reply in response to his motion to extend his surrender date. (ECF No. 451). *See,* D. Conn. L. Crim. R. 1(c) (incorporating D. Conn. L.Civ. R. 7(d) regarding reply memoranda); D. Conn. Local Civ. R. 7(d) ("No sur-replies may be filed without permission of the Court, which may, in its discretion, grant permission upon a showing of good cause." The proposed response is attached hereto as Exhibit A.

The defendant desires the opportunity to respond to the defendant's characterization of his "scorched-earth litigation tactics".

For the foregoing reasons, the defendant respectfully requests that the Court grant the defendant's motion for leave to file the proposed response attached as Exhibit A.

THE DEFENDANT

 /s/*Jonathan J. Einhor*n

Jonathan J. Einhorn, Esq.
129 Whitney Avenue
New Haven, CT 06510
(203) 777-3777
einhornlawoffice@gmail.com

## CERTIFICATION

 I hereby certify that on this 21st day of February 2019, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

<u>/s/ *Jonathan J. Einhorn*</u>
Jonathan J. Einhorn, Esq.
129 Whitney Avenue
New Haven, CT 06510
203-777-3777
einhornlawoffice@gmail.com