**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 3:13CR226(RNC) |
|  | ) |  |
| v. | ) |  |
|  | ) | February 21, 2019 |
| DANIEL E. CARPENTER | ) |  |

**DEFENDANT'S RESPONSE TO THE GOVERNMENT'S SUR-REPLY AND IN SUPPORT OF HIS MOTION TO EXTEND SURRENDER DATE**

The Defendant objects to the government's characterization at doc. entry 458 of his request for a two month delay in his self surrender as a "scorched earth" litigation tactic, but for which his sentencing that would have happened in March of 2018. Mr Carpenter has a due process right to aggressively assert the government's burden of proof at trial, and to raise significant issues at sentencing. It cannot be denied that the psychiatric testimony of Dr. Howard Zonana was of great assistance to the Court, even though it delayed sentencing.

The real issue on what would realistically be a brief delay in self surrender, is the feelings of his wife, Molly as expressed in her affidavit. She is the one going through a significant medical procedure, and she is the one who would like her husband at her side until May 6. While the government is anxious to have Mr. Carpenter begin his period of incarceration, there is no prejudice, or danger to the public from this brief delay.

THE DEFENDANT

 /s/*Jonathan J. Einhor*n

Jonathan J. Einhorn, Esq.
129 Whitney Avenue
New Haven, CT 06510
(203) 777-3777
einhornlawoffice@gmail.com

## CERTIFICATION

      I hereby certify that on this 21st day of February 2019, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

<u>/s/ *Jonathan J. Einhorn*</u>
Jonathan J. Einhorn, Esq.
129 Whitney Avenue
New Haven, CT 06510
203-777-3777
einhornlawoffice@gmail.com