UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 3:13CR226 (RNC) |
| | : | |
| v. | : | |
| | : | |
| DANIEL CARPENTER | : | February 22, 2019 |

## UNOPPOSED MOTION FOR LEAVE TO FILE EXCESS PAGES

The Government respectfully submits this motion seeking leave to exceed the 10-page limitation for its reply memorandum in support of its motion for restitution. The Government's proposed reply brief is 14 pages, excluding the certificate of service. The Government has conferred with counsel for the defendant, who does not oppose this request. In support of this motion, the Government submits the following:

1. On December 3, 2018, the Court sentenced Mr. Carpenter to 30 months of imprisonment to be followed by 36 months of supervised release. The Court did not impose a fine, but ordered Mr. Carpenter to pay a special assessment of $5,700 and restitution in an amount to be determined by the Court within 90 days. *See* ECF No. 411 (Judgment).

2. Prior to sentencing, on June 15, 2018, the Government submitted a motion for restitution. ECF No. 361. During the sentencing hearing, the Court directed the Government to submit a supplemental memorandum regarding restitution. The Government filed its supplemental memorandum on January 10, 2019. ECF No. 423.

3. On February 8, 2019, the defendant filed a 23-page opposition memorandum, and attached, among other things, a purported expert report that is an additional 23 pages in length. ECF No. 443. Together, the documents raise a number of factual and legal arguments.

4. On February 14, 2019, the Court issued an order directing the Government "to respond to [] the defendant's memorandum in opposition to restitution on or before February 22, 2019." ECF No. 444. The Court's order also directed the Government to "address 1) the defendant's claim that the requested restitution amount does not account for compensation that victims have received from reinsurers; and 2) whether the Court may rule on [] the government's motion for restitution after the 90-day deadline has passed." *Id.*

5. The Government seeks four additional pages in order to respond fully to all of the legal and factual arguments raised in Carpenter's opposition memorandum and his purported expert's report, and to respond to the Court's additional question on whether the Court may rule on the Government's motion for restitution after the 90-day deadline has passed.

6. The Government has conferred with counsel for the defendant, who does not oppose the Government's request.

WHEREFORE, the Government respectfully requests permission to file a reply memorandum in excess of 10 pages. As noted, the Government's memorandum will not exceed 14 pages, excluding the certificate of service.

        Respectfully submitted,

        JOHN H. DURHAM
        UNITED STATES ATTORNEY

        /s/ Neeraj N. Patel
        NEERAJ N. PATEL
        ASSISTANT U.S. ATTORNEY
        Federal Bar No. phv04499
        157 Church Street, 25th Floor
        New Haven, CT 06510
        Tel: 203-821-3700
        Email: Neeraj.Patel@usdoj.gov

CERTIFICATION OF SERVICE

      This is to certify that on February 22, 2019, a copy of the foregoing Motion for Leave was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      BY:   /s/ Neeraj N. Patel
            NEERAJ N. PATEL
            ASSISTANT UNITED STATES ATTORNEY