Reinsurance proceeds on Lincoln policies where Lincoln paid death benefits:

| Insured/Policy and Death Benefit Paid | Reinsurer | Reinsurance Proceeds |
|---|---|---|
| **Goelzer** Death Benefit Paid: $5,116,009 | ACE LIFE INSURANCE COMPANY | $200,125 |
| | HANNOVER LIFE REASSURANCE COMPANY OF AMERICA | $406,421 |
| | SCOR GLOBAL LIFE AMERICAS REINSURANCE COMPANY (was XL) | $304,720 |
| | MUNICH AMERICAN REASSURANCE COMPANY | $397,315 |
| | OPTIMUM RE INSURANCE COMPANY | $205,426 |
| | SCOR GLOBAL LIFE AMERICAS REINSURANCE COMPANY | $270,670 |
| | SWISS RE LIFE & HEALTH AMERICA INC | $99,420 |
| | Subtotal for Policy | $1,884,096 |
| **Spencer 5475** Death Benefit Paid: $10,225,759 | GENERAL RE LIFE CORPORATION | $986,354 |
| | MUNICH AMERICAN REASSURANCE COMPANY | $986,354 |
| | RGA REINSURANCE COMPANY | $1,182,762 |
| | SCOTTISH RE (US) INC | $1,282,635 |
| | SWISS RE LIFE & HEALTH AMERICA INC | $2,958,199 |
| | SCOR GLOBAL LIFE AMERICAS REINSURANCE COMPANY | $1,479,747 |
| | Subtotal for Policy | $8,876,051 |
| **Spencer 0908** Death Benefit Paid: $20,451,518 | GENERAL RE LIFE CORPORATION | $1,974,258 |
| | MUNICH AMERICAN REASSURANCE COMPANY | $1,974,258 |
| | RGA REINSURANCE COMPANY | $2,367,381 |
| | SCOTTISH RE (US) INC | $2,567,285 |
| | SWISS RE LIFE & HEALTH AMERICA INC | $5,921,046 |
| | SCOR GLOBAL LIFE AMERICAS REINSURANCE COMPANY | $2,961,820 |
| | Subtotal for Policy | $17,766,050 |

| Insured/Policy and Death Benefit Paid | Reinsurer | Reinsurance Proceeds |
|---|---|---|
| **Bailey** <br> Death Benefit Paid: <br> $9,511,923 | ACE LIFE INSURANCE COMPANY | $659,067 |
| | HANNOVER LIFE REASSURANCE COMPANY OF AMERICA | $1,338,449 |
| | SCOR GLOBAL LIFE AMERICAS REINSURANCE COMPANY (was XL) | $982,889 |
| | MUNICH AMERICAN REASSURANCE COMPANY | $1,328,292 |
| | OPTIMUM RE INSURANCE COMPANY | $673,032 |
| | SCOR GLOBAL LIFE AMERICAS REINSURANCE COMPANY | $919,659 |
| | SWISS RE LIFE & HEALTH AMERICA INC | $323,186 |
| | Subtotal for Policy | $6,224,575 |
| **Dudley** <br> Death Benefit Paid: <br> $1,750,000 | ACE LIFE INSURANCE COMPANY | $47,534 |
| | HANNOVER LIFE REASSURANCE COMPANY OF AMERICA | $99,024 |
| | SCOR GLOBAL LIFE AMERICAS REINSURANCE COMPANY (was XL) | $62,876 |
| | MUNICH AMERICAN REASSURANCE COMPANY | $88,146 |
| | OPTIMUM RE INSURANCE COMPANY | $49,018 |
| | SCOR GLOBAL LIFE AMERICAS REINSURANCE COMPANY | $57,881 |
| | SWISS RE LIFE & HEALTH AMERICA INC | $14,372 |
| | Subtotal for Policy | $418,851 |
| **Gordon** <br> Death Benefit Paid: <br> $2,511,088 | ACE LIFE INSURANCE COMPANY | $38,036 |
| | HANNOVER LIFE REASSURANCE COMPANY OF AMERICA | $78,952 |
| | SCOR GLOBAL LIFE AMERICAS REINSURANCE COMPANY (was XL) | $59,213 |
| | MUNICH AMERICAN REASSURANCE COMPANY | $74,428 |
| | OPTIMUM RE INSURANCE COMPANY | $39,270 |
| | SCOR GLOBAL LIFE AMERICAS REINSURANCE COMPANY | $50,037 |
| | SWISS RE LIFE & HEALTH AMERICA INC | $19,018 |
| | Subtotal for Policy | $358,954 |

Exhibit A  
Lincoln Reinsurance

United States v. Daniel Carpenter,  
3:13CR226(RNC)

| Insured/Policy and Death Benefit Paid | Reinsurer | Reinsurance Proceeds |
|---|---|---|
| **Weatherford** | ACE LIFE INSURANCE COMPANY | $186,328 |
| Death Benefit Paid: | HANNOVER LIFE REASSURANCE COMPANY OF AMERICA | $375,129 |
| $4,000,000 | SCOR GLOBAL LIFE AMERICAS REINSURANCE COMPANY (was XL) | $281,346 |
| | MUNICH AMERICAN REASSURANCE COMPANY | $371,514 |
| | OPTIMUM RE INSURANCE COMPANY | $187,388 |
| | SCOR GLOBAL LIFE AMERICAS REINSURANCE COMPANY | $254,258 |
| | SWISS RE LIFE & HEALTH AMERICA INC | $93,164 |
| | Subtotal for Policy | $1,749,128 |

**GRAND TOTAL**     **$37,277,705**