Exhibit B  
Transamerica Reinsurance

United States v. Daniel Carpenter,  
3:13CR226(RNC)

Reinsurance proceeds on Transamerica policy.  Transamerica had only one policy in the COT.

| Insured/Policy and Death Benefit Paid | Reinsurer | Reinsurance Proceeds |
|---|---|---|
| **Thomson** | CANADA LIFE | $227,816 |
| Death Benefit Paid: | MUNICH AMERICAN REASSURANCE COMPANY | $227,816 |
| $5,077,736 | SWISS RE LIFE & HEALTH AMERICA INC | $227,816 |
| | ACE LIFE INSURANCE COMPANY | $341,724 |
| | RGA REINSURANCE COMPANY | $341,724 |
| | HANNOVER LIFE REASSURANCE COMPANY OF AMERICA | $455,632 |
| | SCOR GLOBAL LIFE AMERICAS REINSURANCE COMPANY (was XL) | $455,632 |
| | **TOTAL** | **$2,278,160** |