| Business | Total |
|---|---|
| Transamerica Life Insurance Company | $1,855,709.14 |
| Penn Mutual Life Insurance Company | $1,976,327.27 |
| AXA | $1,295,730.98 |
| American National Insurance Company | $72,306.77 |
| Lincoln Financial Group | $12,927,797.38 |

| Reinsurers | Total |
|---|---|
| Ace Life Insurance Company | $1,472,814.99 |
| Canada Life Assurance Company | $227,816.00 |
| General Re Life Corporation | $2,960,612.41 |
| Hannover Life Reassurance Company of America | $2,753,606.32 |
| Munich American Reinsurance Company | $5,448,123.38 |
| Optimum Re Insurance Company | $1,154,133.80 |
| RGA Reinsurance Company | $3,891,866.90 |
| Scor Global Life Americas Resinsurance Company | $8,140,749.43 |
| Scottish Re (U.S.), Inc | $3,849,920.51 |
| Swiss Re | $9,656,221.58 |

**Total Restitution:   $57,683,736.86**