UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 3:13-CR-226 (RNC) |
| | : | |
| v. | : | |
| | : | |
| DANIEL CARPENTER | : | March 1, 2019 |

## MOTION TO ENTER RESTITUTION ORDER

Pursuant to the Court's Order (ECF No. 465), the Government respectfully submits the accompanying proposed order for restitution. As directed in the Order, the Government has excluded from the payment due any sums included in the "Fees" column on the Government's actual loss chart. The Government is also emailing an editable version of the proposed order to chambers so that the Court may edit the proposed order if necessary.

Respectfully submitted,

JOHN H. DURHAM
UNITED STATES ATTORNEY

*/s/ Neeraj N. Patel*
NEERAJ N. PATEL
ASSISTANT U.S. ATTORNEY
Federal Bar No. phv04499
157 Church Street, 25th Floor
New Haven, CT 06510
Tel: 203-821-3700
Email: Neeraj.Patel@usdoj.gov


*/s/ David E. Novick*
DAVID E. NOVICK
ASSISTANT U.S. ATTORNEY
Federal Bar No. phv02874
157 Church Street, 25th Floor
New Haven, CT 06510
Tel: 203-821-3700
Email: David.Novick@usdoj.gov

**CERTIFICATE OF SERVICE**

  I hereby certify that on March 1, 2019, a copy of the foregoing Government's Motion to Enter Restitution Order was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

            */s/ Neeraj N. Patel*
            Neeraj N. Patel
            Assistant United States Attorney