Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

## United States District Court

District of CONNECTICUT

Caption:

UNITED STATES v.

DANIEL CARPENTER

Docket No.: 3:13CR226

Hon. Robert Chatigny
(District Court Judge)

Notice is hereby given that DANIEL CARPENTER appeals to the United States Court of Appeals for the Second Circuit from the judgment [ ], other [✓] RESTITUTION ORDER (specify) entered in this action on MARCH 4, 2019 (date).

This appeal concerns: Conviction only [ ]  Sentence only [ ]  Conviction & Sentence [ ]  Other [✓]

Defendant found guilty by plea [ ]  | trial [✓] | N/A [ ]

Offense occurred after November 1, 1987? Yes [✓] No [ ] N/A [ ]

Date of sentence: MARCH 1, 2019        N/A [ ]

Bail/Jail Disposition: Committed [✓]  Not committed [ ]  N/A [ ]

Appellant is represented by counsel? Yes [✓] | No [ ] If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | JONATHAN J. EINHORN |
| Counsel's Address: | 129 WHITNEY AVENUE |
| | NEW HAVEN, CT 06510 |
| Counsel's Phone: | 203-777-3777 |
| Assistant U.S. Attorney: | DAVID NOVIC AND NEERAJ PATEL |
| AUSA's Address: | 157 CHURCH STREET, 23rd FLOOR |
| | NEW HAVEN, CT 06510 |
| AUSA's Phone: | 203-821-3700 |

Signature