# United States Court of Appeals
## FOR THE
## SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 19th day of March, two thousand nineteen.

Present:   Rosemary S. Pooler,
          Denny Chin,
               *Circuit Judges*,
          Richard K. Eaton,
               *Judge*.[1]

_____

United States of America,

        *Appellee*,

        v.                                    No. 19-70-cr

Daniel Carpenter,

        *Defendant - Appellant*,

_____

Appellant Daniel Carpenter moves for bail pending appeal. It is hereby ORDERED that Appellant's motion is DENIED, because he has failed to show that his "appeal raises a substantial question of law or fact" that is "likely to result in reversal or an order for a new trial," as is required under 18 U.S.C. § 3143(b).

                                              FOR THE COURT:
                                              Catherine O'Hagan Wolfe, Clerk

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

---

[1] Judge Richard K. Eaton, United States Court of International Trade, sitting by designation.