UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No.  3:13CR226 (RNC) |
| | : | |
| v. | : | |
| | : | |
| DANIEL CARPENTER | : | April 1, 2019 |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE GOVERNMENT'S MEMORANDUM REGARDING RESTITUTION TO REINSURERS**

The Government respectfully submits this motion seeking a one-week extension, until April 8, 2019, to submit a memorandum regarding restitution to reinsurers, and a corresponding one-week extension, until April 29, 2019, for Mr. Carpenter to file a response. The Government has conferred with counsel for the defendant, who does not oppose this request. In support of this motion, the Government submits the following:

1. On December 3, 2018, the Court sentenced Mr. Carpenter to 30 months of imprisonment to be followed by 36 months of supervised release. *See* Judgment (ECF No. 411). The Court ordered supplemental briefing on restitution.  ECF No. 400.

2. On March 4, 2019, after the parties submitted supplemental memoranda on restitution, the Court ordered restitution to the victim insurance providers in the amount of $12,865.026.18.  ECF No. 470 at 1.  The Court's restitution order did not include restitution that the Government requested on behalf of the reinsurers who reimbursed two of the victim insurance providers (Lincoln and Transamerica) for death benefit claims paid on the fraudulent STOLI policies. *Id*. at 1 n.1.  The Court indicated that further proceedings were necessary on the issue of restitution to the reinsurers.

3. During a telephonic status conference on March 5, 2019, the Court ordered the Government to submit a supplemental memorandum regarding restitution to the reinsurers. ECF

Nos. 472, 473. The Court indicated it wanted more information on the timing and context of the reinsurance agreements between the insurance providers and the reinsurers. The Court ordered the Government to file its memorandum on or before April 1, 2019, and Mr. Carpenter to file his response on or before April 22, 2019. ECF No. 473. During the telephone conference, the Government indicated that additional time may be necessary depending on how quickly the insurance carriers could provide the relevant information.

4. The Government has been in contact with Lincoln and Transamerica to obtain the additional information it needs to submit a supplemental memorandum regarding restitution to the reinsurers. In addition, the Government asked both Lincoln and Transamerica to submit declarations regarding the timing and context of their reinsurance agreements with the reinsurers who covered the policies on which death benefits were paid. The Government intends to attach these declarations as exhibits to its supplemental memorandum.

5. The Government just received the declarations from Lincoln and Transamerica this afternoon. The Government needs additional time to incorporate the information into its supplemental memorandum. The Government anticipates being able to submit its memorandum within one week.

6. Accordingly, the Government respectfully requests a one-week extension, until April 8, 2019, to file its memorandum regarding restitution to the reinsurers. The Government further requests a corresponding one-week extension until April 29, 2019 for Mr. Carpenter to file a response.

7. The Government has conferred with Mr. Carpenter's counsel, Jonathan Einhorn, Esq., who does not oppose the Government's request.

WHEREFORE, the Government respectfully requests that the due date for filing its supplemental restitution memorandum be extended to April 8, 2019, and that the due date for Mr. Carpenter to file a response be extended to April 29, 2019.

          Respectfully submitted,

          JOHN H. DURHAM
          UNITED STATES ATTORNEY

          */s/ Neeraj N. Patel*
          NEERAJ N. PATEL
          ASSISTANT U.S. ATTORNEY
          Federal Bar No. phv04499
          157 Church Street, 25th Floor
          New Haven, CT 06510
          Tel: 203-821-3700
          Email: Neeraj.Patel@usdoj.gov

          */s/ David E. Novick*
          DAVID E. NOVICK
          ASSISTANT U.S. ATTORNEY
          Federal Bar No. phv02874
          157 Church Street, 25th Floor
          New Haven, CT 06510
          Tel: 203-821-3700
          Email: David.Novick@usdoj.gov

## CERTIFICATION OF SERVICE

  This is to certify that on April 1, 2019, a copy of the foregoing Motion for Extension of Time was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

          BY: /s/ Neeraj N. Patel
             NEERAJ N. PATEL
             ASSISTANT UNITED STATES ATTORNEY