# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : Criminal No. 3:13-CR-226 (RNC) |
| v. | : |
| DANIEL CARPENTER | : |

## DECLARATION OF GLEN STEBBINS

I, Glen Stebbins, make this declaration under penalty of perjury as permitted under Section 1746 of Title 28 of the United States Code.

1. I am currently employed by Lincoln Financial Group ("Lincoln"). I have been employed by Lincoln since January 1, 1998. My current title is Director, Reinsurance. In that capacity, I am familiar with Lincoln's business practices in connection with obtaining reinsurance coverage for life insurance policies issued by Lincoln.

2. I submit this declaration in support of efforts by the United States Attorney's Office for the District of Connecticut ("USAO") to obtain restitution for victims in the case *United States v. Carpenter*, No. 3:13-cr-226-RNC.

3. I make the following representations based upon, among other things, my experience at Lincoln, my discussions with other employees of Lincoln, and my review of Lincoln's business records, including, but limited to, records related to the following seven life insurance policies (collectively, the "COT Policies"), issued by Lincoln, on which Lincoln paid a death benefit claim:

| Policy Number | Insured | Issue Date | Claim Paid |
|---|---|---|---|
| xxxxx8562 | Mary Bailey | 2/1/2008 | $9,511,923 |
| xxxxx7596 | William Dudley | 8/6/2008 | $1,750,000 |
| xxxxx8276 | Ronald Goelzer | 1/9/2009 | $5,116,009 |
| xxxxx7837 | George Gordon | 2/3/2008 | $2,511,088 |
| xxxxx5475 | Sash Spencer | 12/22/2006 | $10,225,759 |

| Policy Number | Insured | Issue Date | Claim Paid |
|---|---|---|---|
| xxxxx0809 | Sash Spencer | 12/22/2006 | $20,451,518 |
| xxxxx0613 | Joseph Weatherford | 10/10/2008 | $4,000,000 |

4. As a general matter, Lincoln has numerous reinsurance treaties with various reinsurance companies. The treaties provide Lincoln with reinsurance coverage for certain life insurance policies issued by Lincoln. Pursuant to these reinsurance treaties, Lincoln pays premiums to the reinsurance companies, and in exchange, the reinsurance companies pay Lincoln a portion of any reinsured death benefit claim that Lincoln incurs on life insurance policies covered under the treaties.

5. Once an automatic reinsurance treaty is in force, the treaty automatically covers applicable Lincoln life insurance policies issued thereafter that meet certain parameters specified in the treaty. A Lincoln life insurance policy may be covered by multiple reinsurance treaties, where each treaty covers a specified share of all death benefit claims for all life insurance policies that fall within the scope of the treaty. A treaty may close to new policies at some point, but reinsurance coverage remains in effect for applicable active policies issued while the treaty was open, and Lincoln pays reinsurance premiums on those active policies until they terminate.

6. When Lincoln issues a life insurance policy on which reinsurance is in place, Lincoln begins paying reinsurance premiums to the reinsurance companies. While each treaty covers numerous policies, Lincoln pays reinsurance premiums to the reinsurers for each policy covered by the treaty. Reinsurance premiums are paid on a periodic basis through the duration of the insurance policy. If Lincoln pays a death benefit on a policy, Lincoln obtains reimbursement from the reinsurance companies pursuant to the treaties that cover the policy.

7. Each of the COT Policies referenced above had reinsurance coverage that went into effect the day the policy was issued. The reinsurance coverage on each policy remained in

effect until the death benefit was paid. The total amount of reinsurance premiums Lincoln paid on the COT Policies was $2,115,673.57. The total amount that Lincoln recovered on the COT Policies from reinsurers was $39,393,378.89.

I declare under penalty of perjury that the foregoing is true and accurate.

Executed on this 1ST day of April 2019, at Hartford, Connecticut.

*Glen Stebbins*
Glen Stebbins