# EXHIBIT B

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| UNITED STATES OF AMERICA | : | Criminal No. 3:13-CR-226 (RNC) |
|---|---|---|
| v. | : | |
| DANIEL CARPENTER | : | |

### DECLARATION OF Mark Woods

I, Mark Woods, make this declaration under penalty of perjury as permitted under Section 1746 of Title 28 of the United States Code.

1. I am currently employed by Transamerica Life Insurance Company ("Transamerica"). I have been employed by Transamerica since 2007. My current title is Senior Actuary, External Reinsurance. In that capacity, I am familiar with Transamerica's business practices in connection with obtaining reinsurance coverage for life insurance policies issued by Transamerica.

2. I submit this declaration in support of efforts by the United States Attorney's Office for the District of Connecticut ("USAO") to obtain restitution for victims in the case *United States v. Carpenter*, No. 3:13-cr-226-RNC.

3. I make the following representations based upon, among other things, my experience at Transamerica, my discussions with other employees of Transamerica, and my review of Transamerica's business records, including, but limited to, records related to the following life insurance policy (the "COT Policy"), issued by Transamerica, on which Transamerica paid a death benefit claim:

| Policy Number | Insured Last Name | Issue Date | Claim Paid |
|---|---|---|---|
| Xxxx8470 | Thomson | 7/13/2008 | $5,077,736 |

4. As a general matter, Transamerica has numerous reinsurance treaties with various reinsurance companies. The treaties provide Transamerica with reinsurance coverage for life insurance policies issued by Transamerica. Pursuant to these reinsurance treaties, Transamerica pays premiums to the reinsurance companies, and in exchange, the reinsurance companies pay Transamerica a portion of any death benefit claim that Transamerica incurs on life insurance policies covered under the treaties.

5. Once a reinsurance treaty is in force, the treaty automatically covers all Transamerica life insurance policies issued thereafter that meet certain parameters specified in the treaty. For example, a treaty may call for coverage of certain risk classes, age groups, and policy sizes. A Transamerica life insurance policy may be covered by multiple reinsurance treaties, where each treaty covers a specified share of all death benefit claims for all life insurance policies that fall within the scope of the treaty. A treaty may close to new policies at some point, but reinsurance coverage remains in effect for all active policies issued while the treaty was open, and Transamerica pays reinsurance premiums on those active policies until they terminate.

6. When Transamerica issues a life insurance policy, if the policy is reinsured, Transamerica begins paying reinsurance premiums to the reinsurance companies. While each treaty covers numerous policies, Transamerica pays reinsurance premiums to the reinsurers for each policy covered by the treaty. Reinsurance premiums are paid on a periodic basis through the duration of the insurance policy. If Transamerica pays a death benefit on a policy, Transamerica obtains reimbursement from the reinsurance companies pursuant to the treaties that cover the policy.

7.     The COT Policy referenced above had reinsurance coverage that went into effect the day the policy was issued. The reinsurance coverage remained in effect until the death benefit was paid. The amount of reinsurance on this policy was $2,278,160.

I declare under penalty of perjury that the foregoing is true and accurate. Executed on this 1st day of April, 2019, at Cedar Rapids, Iowa.

_____
Mark E. Woods