```
BROQ8              *         SENTENCE MONITORING          *       03-05-2020
PAGE 001 OF 001  * NEW INDEPENDENT SENTENCE COMPUTATION - FSA *   08:31:11


SENTENCE PROCEDURE:   4080  3559 PLRA SENTENCE
TERM IN EFFECT....: Y: [    ]  M: 30   D: [    ]          DCB.....: 03-22-2019
TIE CONVERTED.....: Y: 2      M: 6    D:                  DOB.....: [       ]
                                      D: 915
PROJ GCT TO AWARD.: 108    ANNUAL AND 27 PRORATED = 135   TOTAL
DISALLOW / FORFEIT: [    ] ANNUAL AND [  ] PRORATED
FINAL GCT AWARDED.: 108    ANNUAL AND 27 PRORATED = 135   TOTAL
PRORATE GCT FROM..: 03-21-2021  THRU: 09-20-2021


JAIL CREDIT FROM..: 03-13-2017  THRU: 03-13-2017
            FROM..: [       ]   THRU: [       ]
            FROM..: [       ]   THRU: [       ]          JC DAYS..: 1
INOP TIME   FROM..: [       ]   THRU: [       ]          INOP DAYS: [  ]


GED UNSAT   FROM..: [       ]   THRU: [       ]
            FROM..: [       ]   THRU: [       ]
6 MONTH/ 10% DATE.:      /                               PROJ SRD.: 05-08-2021
TWO THIRDS DATE...: 11-20-2020                           EFT......: 09-20-2021
DAYS OVERSERVED...:                                      HARDCOPY.: N
S5803       CHECK INMATE'S EDI RECORD FOR GED UNSAT - WILL AFFECT SRD FOR PLRA
G0005       TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

Carpenter
40792-038