UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

_____

| | |
|---|---|
| UNITED STATES OF AMERICA | DOCKET NO. 3:13 cr 226 (RNC) |
| VS. | |
| DANIEL CARPENTER | MARCH 30, 2020 |

**SUPPLEMENTAL MEMORANDUM IN SUPPORT OF
DEFENDANT'S EMERGENCY PETITION FOR RELEASE**

In further support of the defendant's petition for compassionate release as on file the defendant attaches (1) a letter from members of the Yale University School of Medicine pertaining to the dangers to members of the prison population during the COVID-19 crisis. Although this letter specifically addresses Connecticut jails, the same risk of epidemic and danger to Mr. Connerton is present in a federal facility, and (2) an excellent article on the necessity of the administrative exhaustion requirement from Ann C. McClintock, an assistant Federal Defender in Sacramento, CA.

          THE DEFENDANT

          */s/ Jonathan J. Einhorn*

          JONATHAN J. EINHORN
          129 WHITNEY AVENUE
          NEW HAVEN, CT 06510
          FEDERAL BAR NO. ct00163
          EINHORNLAWOFFICE@GMAIL.COM

<u>CERTIFICATION</u>

      I hereby certify that on this 30th day of March, 2020, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

      /s/ *Jonathan J. Einhorn*
      JONATHAN J. EINHORN