UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **FILED UNDER SEAL** |
| | : | |
| v. | : | Criminal No. 3:13CR226 (RNC) |
| | : | |
| DANIEL CARPENTER | : | April 9, 2020 |

## MOTION TO SEAL EXHIBITS

The government respectfully requests that the Court seal Exhibits 7 through 12 ("Exhibits") that accompany the government's memorandum in opposition to the defendant's motion to reconsider the Court's denial of his prior motion for compassionate release. The Exhibits are the defendant's medical records from the Bureau of Prisons. The Government submits that sealing is necessary for the clear and compelling reasons of preventing public disclosure of the personal medical information of the defendant.

Respectfully submitted,

JOHN H. DURHAM
UNITED STATES ATTORNEY

*/s/ Neeraj N. Patel*
NEERAJ N. PATEL
ASSISTANT U.S. ATTORNEY
Federal Bar No. phv04499
157 Church Street, 25th Floor
New Haven, CT 06510
Tel: 203-821-3700
Email: Neeraj.Patel@usdoj.gov

CERTIFICATION OF SERVICE

      This is to certify that on April 9, 2020, a copy of the foregoing Motion to Seal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

BY:   */s/ Neeraj N. Patel*
       NEERAJ N. PATEL
       ASSISTANT UNITED STATES ATTORNEY