# EXHIBIT A



- Search

OPINIONS    FILING & RULES    ORAL ARGUMENTS    CASE DOCUMENTS    NEWS MEDIA

ABOUT THE COURT



Home  >  Search Results

|  | Search documents in this case: | Search |
|---|---|---|

### No. 20-455

| Title: | **Daniel Carpenter, Petitioner**<br>**v.**<br>**United States** |
|---|---|
| Docketed: | October 8, 2020 |
| Lower Ct: | United States Court of Appeals for the Second Circuit |
|   Case Numbers: | (19-70) |

| | |
|---|---|
| Decision Date: | January 13, 2020 |
| Rehearing Denied: | May 7, 2020 |

| DATE | PROCEEDINGS AND ORDERS |
|---|---|
| Oct 05 2020 | Petition for a writ of certiorari filed. (Response due November 9, 2020)<br><br>**Petition**     **Proof of Service** |
| Oct 19 2020 | Waiver of right of respondent United States to respond filed.<br><br>**Main Document** |
| Oct 21 2020 | DISTRIBUTED for Conference of 11/6/2020. |
| Nov 09 2020 | Petition DENIED. |

| NAME | ADDRESS | PHONE |
|---|---|---|
| **Attorneys for Petitioner** | | |
| Jonathan J. Einhorn<br>    Counsel of Record | Jonathan J. Einhorn, Esq.<br>129 Whitney Avenue<br>New Haven, CT 06510<br><br>einhornlawoffice@gmail.com | 2036237373 |
| Party name: Daniel Carpenter | | |
| **Attorneys for Respondent** | | |
| Jeffrey B. Wall<br>    Counsel of Record | Acting Solicitor General<br>United States Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001<br><br>SupremeCtBriefs@USDOJ.gov | 202-514-2217 |
| Party name: United States | | |

| OPINIONS | FILING & RULES | ORAL ARGUMENTS |
|---|---|---|
| Opinions of the Court | Electronic Filing | Argument Transcripts |
| Opinions Relating to Orders | Rules and Guidance | Argument Audio |

| | | |
|---|---|---|
| In-Chambers Opinions | Supreme Court Bar | Calendars and Lists |
| Bound Volumes | | Courtroom Seating |
| Online Sources Cited in Opinions | | |
| Media Sources | | |
| Case Citation Finder | | |

| **CASE DOCUMENTS** | **NEWS MEDIA** | **ABOUT THE COURT** |
|---|---|---|
| Docket Search | Services for News Media | Justices |
| Orders of the Court | Press Releases | Supreme Court at Work |
| Orders by Circuit | Media Advisories | History and Traditions |
| Granted/Noted Cases List | Press Credentials | The Supreme Court Building |
| Journal | Speeches | Visiting the Court |
| | A Reporter's Guide to Applications (PDF) | Building Regulations |
| | Chief Justice's Year-End Reports on the Federal Judiciary | Frequently Asked Questions |

CONTACT US    |    SITE MAP    |    HELP    |    FELLOWS PROGRAM    |    JOBS    |    LINKS    |    WEBSITE POLICIES AND NOTICES    |    PRIVACY POLICY    |    USA.GOV

**SUPREME COURT OF THE UNITED STATES**     1 First Street, NE     Washington, DC 20543