# EXHIBIT B

**General Docket**
**Court of Appeals, 2nd Circuit**

| | |
|---|---|
| **Court of Appeals Docket #:** 19-674<br>United States of America v. Carpenter<br>**Appeal From:** CONNECTICUT (NEW HAVEN)<br>**Fee Status:** Paid | **Docketed:** 03/19/2019 |

**Case Type Information:**
  **1)** Criminal
  **2)** Post-Conviction
  **3)** none

**Originating Court Information:**
  **District:** 0205-3 : 3:13-cr-226-1
  **Trial Judge:** Robert N. Chatigny, U.S. District Judge
  **Date Filed:** 12/12/2013
  **Date Order/Judgment:**                                       **Date NOA Filed:**
  03/04/2019                                                           03/18/2019

**Prior Cases:**
  None

**Current Cases:**
  None

**Panel Assignment:**    Not available

---

United States of America
          Appellee USA

Sandra Slack Glover, Assistant United States Attorney
[COR NTC US Attorney]
United States Attorney's Office for the District of Connecticut
Connecticut Financial Center
157 Church Street
New Haven, CT 06510

David E. Novick, Assistant United States Attorney
Direct: 203-821-3700
[COR NTC US Attorney]
United States Attorney's Office for the District of Connecticut
25th Floor
Connecticut Financial Center
157 Church Street
New Haven, CT 06510

Neeraj N. Patel, Esq., Assistant United States Attorney
Direct: 203-821-3700
[COR NTC US Attorney]
United States Attorney's Office for the District of Connecticut
25th Floor
Connecticut Financial Center
157 Church Street
New Haven, CT 06510

------------------------------

Wayne Bursey
          Defendant

--------------------------

Daniel Carpenter
          Defendant - Appellant

Jonathan J. Einhorn, Attorney
Direct: 203-777-3777
[COR NTC Retained]
Law Office of Jonathan J. Einhorn
129 Whitney Avenue
New Haven, CT 06510

| |
|---|
| United States of America, |
|     Appellee, |
| v. |
| Wayne Bursey, |
|     Defendant, |
| |
| Daniel Carpenter, |
|     Defendant - Appellant. |

| Date | Doc # | Description |
|---|---|---|
| 03/19/2019 | 1<br>43 pg, 203.75 KB | NOTICE OF CRIMINAL APPEAL, with district court docket, on behalf of Appellant Daniel Carpenter, FILED. [2522412] [19-674] [Entered: 03/20/2019 04:08 PM] |
| 03/19/2019 | 2<br>7 pg, 3.55 MB | DISTRICT COURT RESTITUTION ORDER, dated 03/04/2019, RECEIVED.[2522421] [19-674] [Entered: 03/20/2019 04:14 PM] |
| 03/19/2019 | 3<br>79 pg, 429.97 KB | ELECTRONIC INDEX, in lieu of record, FILED.[2522422] [19-674] [Entered: 03/20/2019 04:15 PM] |
| 03/20/2019 | 4 | NOTE: See lead case, 19-70, containing complete set of docket entries.[2522442] [19-674] [Entered: 03/20/2019 04:26 PM] |
| 03/20/2019 | 5<br>1 pg, 9.34 KB | CAPTION, cases should not be consolidated, AMENDED.[2522497] [19-674] [Entered: 03/20/2019 04:44 PM] |
| 03/21/2019 | 7 | PAYMENT OF DOCKETING FEE, on behalf of Appellant Daniel Carpenter, district court receipt # CTXN00018941, FILED.[2523406] [19-674] [Entered: 03/21/2019 04:21 PM] |
| 03/28/2019 | 8<br>1 pg, 66.86 KB | NOTICE OF APPEARANCE AS ADDITIONAL COUNSEL, on behalf of Appellee USA United States of America, FILED. Service date 03/28/2019 by CM/ECF. [2527374] [19-674] [Entered: 03/28/2019 08:44 AM] |
| 03/28/2019 | 9 | ATTORNEY, Neeraj N. Patel for United States of America, in case 19-674 , [8], ADDED.[2527394] [19-674] [Entered: 03/28/2019 09:01 AM] |
| 04/02/2019 | 10<br>1 pg, 36.68 KB | ORDER, dated 04/02/2019, dismissing appeal by 04/16/2019, unless Appellant Daniel Carpenter, submits Form B, FILED.[2530328] [19-674] [Entered: 04/02/2019 08:56 AM] |
| 04/04/2019 | 11<br>1 pg, 30.53 KB | FORM B, on behalf of Appellant Daniel Carpenter, FILED. Service date 04/04/2019 by CM/ECF.[2532624] [19-674] [Entered: 04/04/2019 10:58 AM] |
| 04/04/2019 | 12 | ACKNOWLEDGMENT AND NOTICE OF APPEARANCE, on behalf of Appellant Daniel Carpenter, FILED. Service date 04/04/2019 by CM/ECF.[2532626] [19-674] [Entered: 04/04/2019 11:00 AM] |
| 04/04/2019 | 13<br>1 pg, 67.8 KB | NOTICE OF APPEARANCE AS ADDITIONAL COUNSEL, on behalf of Appellee USA United States of America, FILED. Service date 04/04/2019 by CM/ECF. [2532667] [19-674] [Entered: 04/04/2019 11:24 AM] |
| 04/04/2019 | 14<br>2 pg, 17.38 KB | DEFECTIVE DOCUMENT, ACKNOWLEDGMENT AND NOTICE OF APPEARANCE, [12], on behalf of Appellant Daniel Carpenter, FILED.[2532794] [19-674] [Entered: 04/04/2019 12:52 PM] |
| 04/04/2019 | 15 | ATTORNEY, David E. Novick for United States of America, in case 19-674 , [13], ADDED.[2532799] [19-674] [Entered: 04/04/2019 12:55 PM] |
| 04/04/2019 | 16<br>1 pg, 33.05 KB | ACKNOWLEDGMENT AND NOTICE OF APPEARANCE, on behalf of Appellant Daniel Carpenter, FILED. Service date 04/04/2019 by CM/ECF.[2532814] [19-674] [Entered: 04/04/2019 01:18 PM] |
| 04/04/2019 | 17 | CURED DEFECTIVE ACKNOWLEDGMENT AND NOTICE OF APPEARANCE, [16], on behalf of Appellant Daniel Carpenter, FILED.[2532892] [19-674] [Entered: 04/04/2019 02:40 PM] |
| 04/10/2019 | 20<br>1 pg, 9.11 KB | NEW CASE MANAGER, Gerard Whidbee, ASSIGNED.[2536646] [19-674] [Entered: 04/10/2019 11:07 AM] |
| 05/01/2019 | 21<br>1 pg, 20.36 KB | LR 31.2 SCHEDULING NOTIFICATION, on behalf of Appellant Daniel Carpenter, informing Court of proposed due date 06/28/2019, RECEIVED. Service date 05/01/2019 by CM/ECF.[2552940] [19-674] [Entered: 05/01/2019 01:39 PM] |
| 05/02/2019 | 24<br>1 pg, 36.77 KB | SO-ORDERED SCHEDULING NOTIFICATION, setting Appellant Daniel Carpenter Brief due date as 06/28/2019. Joint Appendix due date as 06/28/2019, FILED.[2553576] [19-674] [Entered: 05/02/2019 09:41 AM] |
| 05/24/2019 | 25<br>11 pg, 270.71 KB | MOTION, to hold appeal in abeyance, on behalf of Appellee USA United States of America, FILED. Service date 05/24/2019 by CM/ECF. [2572612] [19-674] [Entered: 05/24/2019 05:25 PM] |
| 06/06/2019 | 29<br>1 pg, 62.42 KB | MOTION ORDER, granting motion to hold appeal in abeyance [25] filed by Appellee United States of America, by RKW, FILED. [2581801][29] [19-674] [Entered: 06/06/2019 03:11 PM] |
| 10/07/2019 | 32<br>1 pg, 9.12 KB | NEW CASE MANAGER, Jessica Mckenzie, ASSIGNED.[2674484] [19-674] [Entered: 10/07/2019 04:16 PM] |

Clear All

◉ Documents and Docket Summary
○ Documents Only

☑ Include Page Numbers

Selected Pages: 0     Selected Size: 0 KB

View Selected

| Service Center | | | |
|---|---|---|---|
| nsaction Receipt | | | |
| 06/2021 12:54:27 | | | |
| PACER Login: | j | Client Code: | |
| Description: | rt (full) | Search Criteria: | 19-674 |
| Billable Pages: | | Cost: | 0.20 |