# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

_____

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 3:13CR226(RNC) |
| | ) | |
| v. | ) | |
| | ) | |
| DANIEL E. CARPENTER | ) | |
| _____) | | JANUARY 13, 2021 |

## MOTION TO WITHDRAW APPEARANCE

Attorney Richard R. Brown, counsel of record for Defendant, Daniel E. Carpenter, respectfully moves to terminate his Appearance in this matter as said Defendant has retained new counsel, Attorney Jonathan Einhorn, and said new counsel has duly filed his Appearance.

Respectfully Submitted,


_/S/CT00009_____
Richard R. Brown, Esq.
Brown Paindiris & Scott, LLP
100 Pearl Street, 2nd Floor
Hartford, CT 06103
Tel  860.522.3343
Fax 860.522.2490
Fed Bar No. ct00009
rbrown@bpslawyers.com

1

## **CERTIFICATION**

I hereby certify that on January 13, 2021, a copy of the foregoing Motion to Withdraw Appearance was served by email to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF system.

\_\_/S/CT00009_____
Richard Brown, Esq.
Brown Paindiris & Scott, LLP
100 Pearl Street, 2nd Floor
Hartford, CT 06103
Tel  860.522.3343
Fax 860.522.2490
Fed Bar No. ct00009
rbrown@bpslawyers.com

2