UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA                    CRIMINAL NO. 3:13CR226(RNC)

v.

DANIEL E. CARPENTER                         JANUARY 27, 2021

### MOTION TO WITHDRAW APPEARANCE

Attorney Jonathan J. Einhorn, counsel of record for Defendant, Daniel E. Carpenter, respectfully moves to terminate his Appearance in this matter as said Defendant desires to represent himself *pro se*.

Respectfully submitted,

*/s/ Jonathan J. Einhorn*

JONATHAN J. EINHORN
129 WHITNEY AVENUE
NEW HAVEN, CT 06510
FEDERAL BAR NO. ct00163
EINHORNLAWOFFICE@GMAIL.COM

### <u>CERTIFICATION</u>

I hereby certify that on this 27th day of January, 2021, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

/s/ *Jonathan J. Einhorn*
JONATHAN J. EINHORN