UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. 3:13CR226(RNC) | |
| ) | | |
| v. ) | February 2, 2021 | |
| ) | | |
| DANIEL E. CARPENTER ) | | |

United States District Court
District of Connecticut
FILED AT HARTFORD
   2/4    ,20 21
By  /s/ Michael Bozek
Deputy Clerk

# PETITION FOR RELEASE OF GRAND JURY MINUTES FOR BOTH THE ORIGINAL INDICTMENT OF DECEMBER 12, 2013 AND THE SUPERSEDING INDICTMENT OF MAY 14, 2014 PURSUANT TO FED. R. CRIM. P. RULE 6(e)(3)(E)(ii)

**NO ORAL ARGUMENT REQUESTED**

This is only one of the examples of egregious prosecutorial misconduct that, if Petitioner has a copy of the Grand Jury Transcripts released to him, will prove that the Government knowingly submitted false evidence and perjury to the Grand Jury. For the reasons above, Petitioner respectfully requests that the Court grant this Petition and release the Grand Jury Transcripts to Petitioner, and any other relief this Court deems proper in the interests of justice.

Respectfully submitted,

/s/ Daniel E. Carpenter
Daniel E. Carpenter
Petitioner, *pro se*
18 Pond Side Lane
West Simsbury, CT 06092

**NO ORAL ARGUMENT REQUESTED**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. 3:13CR226(RNC) |
| v. ) | |
| ) | February 2, 2021 |
| DANIEL E. CARPENTER ) | |

**PETITION FOR RELEASE OF GRAND JURY MINUTES FOR BOTH THE ORIGINAL INDICTMENT OF DECEMBER 12, 2013 AND THE SUPERSEDING INDICTMENT OF MAY 14, 2014 PURSUANT TO FED. R. CRIM. P. RULE 6(e)(3)(E)(ii)**

TO THE HONORABLE JUDGE ROBERT N. CHATIGNY, MAY IT PLEASE THE COURT:

NOW COMES the Petitioner, Daniel E. Carpenter, to respectfully request that this Court order the immediate release of the Grand Jury Transcripts for both the Original and Superseding Indictments. The reason for this request is clear, in that the Government must have lied to the Grand Juries that the proceeds used to purchase the Rhode Island Beach House came from the Sash Spencer policies. Not only is this categorically untrue from the documents the Government unlawfully seized, there is ample evidence the Government knew where the money came from to buy the Beach House, and yet still lied to the Grand Juries about the origination of the funds by claiming that Petitioner used the Sash Spencer proceeds to purchase the home in Rhode Island.

**NO ORAL ARGUMENT REQUESTED**

## CERTIFICATION

I hereby certify that on this second day of February, 2021 a copy of the foregoing was served by FedEx to the Clerk of the Court. Notice of this filing was also sent by USPS First Class to AUSA Neeraj Patel.

By: */s/ Daniel E. Carpenter*
Daniel E. Carpenter
Petitioner, *pro se*