UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 3:13CR226(RNC) |
| v. | ) | |
| DANIEL E. CARPENTER | ) | February 2, 2021 |

**DECLARATION OF DANIEL E. CARPENTER**

I, Daniel E. Carpenter, make this Declaration pursuant to 28 U.S.C. §1746 and state as follows:

1. My name is Daniel Carpenter, and I am the Defendant in the above-captioned case.

2. I am submitting this Declaration in support of my Petition to Release the Grand Jury Transcripts for both the Original and Superseding Indictments.

3. Attached hereto as Exhibit One is a copy of the Superseding Indictment of May 14, 2014 with Paragraph 133, mentioning the Sash Spencer Insurance Proceeds being used to purchase the Rhode Island Beach House.

4. Attached hereto as Exhibit Two is a copy of the USDOJ Press Release of January 3, 2014, describing the Original Indictment and with no mention of the Sash Spencer Proceeds or the purchase of the Rhode Island Beach House.

5. Attached hereto as Exhibit Three is a copy of the USDOJ Press Release of May 27, 2014 stating that the Sash Spencer Proceeds were used to purchase the Rhode Island Beach House.

1

6. Attached hereto as Exhibit Four is the USDOJ Press Release of June 9, 2016 announcing the Verdict of June 6, 2016, and again mentioning the purchase of the Rhode Island Beach House.

7. Attached hereto as Exhibit Five is a copy of the USDOJ Press Release of December 3, 2018 after my sentencing, mentioning the Rhode Island Beach House.

8. Attached hereto as Exhibit Six is a copy of the Gov. Motion for Downward Departure, Dkt. #44 at page 9, filed July 1, 2019 in *United States v. Waesche*, No. 13-cr-00224.

9. Attached hereto as Exhibit Seven is a copy of Judge Scheindlin's Order in *Universitas Education, LLC, individually and on behalf of the Charter Oak Trust v. TD Bank, N.A.*, 2015 WL 9304551 (S.D.N.Y. Dec. 21, 2015).

10. Attached hereto as Exhibit Eight is a copy of the Sharon Siebert Affidavit of March 24, 2011 where there is no mention of me or the Rhode Island Beach House.

11. Attached hereto as Exhibit Nine is a copy of the Sharon Siebert September 6, 2019 Affidavit mentioning her knowledge of the amendment to Section 6.01 of the Charter Oak Trust in January of 2007, and also that Universitas was never a real charity.

12. Attached hereto as Exhibit Ten is a copy of the Cherneski *Jencks* Statement of April 20, 2010 which was never given to the Defense, despite Mr. Cherneski testifying at my trial and being mentioned in several places in this Court's Verdict.

13. Attached hereto as Exhibit Eleven is a copy of the March 3, 2017 denial of the motion for reconsideration by Judge Vanessa Bryant.

14. Attached hereto as Exhibit Twelve is a copy of the Sash Spencer Beneficiary Designation Form.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: February 2, 2021

Respectfully submitted,

/s/ Daniel E. Carpenter
Daniel E. Carpenter
Petitioner, *pro se*
18 Pond Side Lane
West Simsbury, CT 06092