UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. 3:13CR226(RNC) |
| ) | |
| v. ) | |
| ) | February 22, 2021 |
| DANIEL E. CARPENTER ) | |

**MOTION TO DISMISS THE SUPERSEDING INDICTMENT FOR LACK OF JURISDICTION AND PURSUANT TO THE OLD RULE 12(b)(3)(B)**

FEB 24 2021 PM3:56
FILED-USDC-CT-HARTFORD

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. 3:13CR226(RNC) |
| ) | |
| v.   ) | |
| ) | February 22, 2021 |
| DANIEL E. CARPENTER ) | |

# MOTION TO DISMISS THE SUPERSEDING INDICTMENT FOR LACK OF JURISDICTION AND PURSUANT TO THE OLD RULE 12(b)(3)(B)

TO THE HONORABLE JUDGE ROBERT N. CHATIGNY, MAY IT PLEASE THE COURT:

NOW COMES the Petitioner, Daniel E. Carpenter, to request that this Court dismiss Petitioner's Superseding Indictment of May 14, 2014 for lack of jurisdiction and pursuant to the old rules under Rule 12(b)(3)(B) pursuant to the Federal Rules of Criminal Procedure, since both of Petitioner's Indictments were prior to the rule changes in December 2014. Therefore, Petitioner's Motion is required to be examined by this Court under the rules as they were at that time, and since Petitioner has an appeal pending before the Court of Appeals for the Second Circuit, he is permitted to submit this Motion at the present time.

Petitioner also respectfully requests that this Court examine the May 14, 2014 Indictment in light of the Supreme Court's decisions in *Marinello v. United States*, 138 S.Ct. 1101 (2018) and *Kelly v. United States*, 140 S.Ct. 1565 (2020), and the Second Circuit's decisions in *United States v. Aleynikov*, 676 F.3d 71 (2d Cir. 2012), *United States v. Pirro*, 212 F.3d 86 (2d Cir. 2000), *United States v. Countrywide*, 822 F.3d 650 (2d Cir. 2016), *United States v. Finazzo*, 850 F.3d 94 (2d Cir. 2017), and *United States v. Litvak*, 889 F.3d 56 (2d Cir. 2018) ("*Litvak II*"), as well as landmark decisions from other circuits. Petitioner realizes that none of these issues were brought up by his attorneys on appeal, so he respectfully submits the enclosed Motion and Memorandum of Law

1

subject to the Plain Error standard established by the Supreme Court in *Rosales-Mireles v. United States,* 138 S.Ct. 1897 (2018) *citing Molina-Martinez v. United States*, 136 S.Ct. 1338 (2016).

Based on the above, Petitioner respectfully requests that his Superseding Indictment of May 14, 2014 be dismissed with prejudice as the Indictment failed to invoke the jurisdiction of this Court because it did not sufficiently allege all the facts necessary to establish all five elements of mail and wire fraud to establish a federal crime.

Respectfully submitted,

/s/ Daniel E. Carpenter  
Daniel E. Carpenter  
Petitioner, *pro se*  
18 Pond Side Lane  
West Simsbury, CT 06092

**NO ORAL ARGUMENT REQUESTED**