ORIGIN ID:EHTA (860) 408-7000
JOSEPH CASTAGNO
LEGAL DEFENSE FUND, LLC
10 TOWER LANE
SUITE 100
AVON, CT 06001
UNITED STATES US

SHIP DATE: 22FEB21
ACTWGT: 1.00 LB
CAD: 5508595/INET4340

BILL SENDER

TO **ROBIN DEKAM TABORA, CLERK OF COURT**
**ABRAHAM RIBICOFF FEDERAL BUILDING**
**UNITED STATES COURTHOUSE**
**450 MAIN STREET, SUITE A012**
**HARTFORD CT 06103**
(860) 240-3200   REF:
INV:
PO:   DEPT:

FedEx Express

TRK# 7729 6858 5860
0201

00 KXAA

TUE - 23 FEB 4:30P
STANDARD OVERNIGHT

WED - 24 FEB AA
STANDARD OVERNIGHT

06103
CT-US
BDL

FID: 4025884 23Feb2021 EHTA 56DG3/CB7A/1B23