MAR 1 2021 PM 12:40
FILED-USDC-CT-HARTFORD

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DANIEL E. CARPENTER ) | |
| ) | CRIMINAL NO. 3:13-CR-226(RNC) |
| v. ) | |
| ) | February 24, 2021 |
| FEDERAL BUREAU OF PRISONS ) | |

**MOTION TO REDUCE PERIOD OF SUPERVISED RELEASE BASED ON THE FIRST STEP ACT, 18 U.S.C. §3582(c)(1)(B) AND 28 U.S.C. §2243**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MAR 1 2021 PM12:40
FILED-USDC-CT-HARTFORD

| | |
|---|---|
| DANIEL E. CARPENTER ) | |
| ) | CRIMINAL NO. 3:13-CR-226(RNC) |
| v. ) | |
| ) | February 24, 2021 |
| FEDERAL BUREAU OF PRISONS ) | |

**MOTION TO REDUCE PERIOD OF SUPERVISED RELEASE BASED ON THE FIRST STEP ACT, 18 U.S.C. §3582(c)(1)(B) AND 28 U.S.C. §2243**

NOW COMES THE PETITIONER, Daniel E. Carpenter, *pro se*, to ask this Honorable Court to reduce the period of his Supervised Release based on credits provided under the First Step Act, 18 U.S.C. §3582(c)(1)(B), and this Court's inherent power under 28 U.S.C. §2243 to reduce a sentence of Supervised Release based on challenges to the Bureau of Prisons and its calculation of his sentence.

Respectfully submitted,

/s/ Daniel E. Carpenter
Daniel E. Carpenter
Petitioner, *pro se*
18 Pond Side Lane
West Simsbury, CT 06092

**NO ORAL ARGUMENT REQUESTED**