

**FedEx Express**

ORIGIN ID:EHTA      (860) 408-7000
JOSEPH CASTAGNO
LEGAL DEFENSE FUND, LLC
10 TOWER LANE
SUITE 100
AVON, CT 06001
UNITED STATES US

SHIP DATE: 26FEB21
ACTWGT: 1.00 LB
CAD: 5508595/INET4340

BILL SENDER

TO   ROBIN DEKAM TABORA, CLERK OF COURT
ABRAHAM RIBICOFF FEDERAL BUILDING
UNITED STATES COURTHOUSE
450 MAIN STREET, SUITE A012
HARTFORD CT 06103
(860) 240-3200          REF:
INV:
PO:                              DEPT:

Extremely Urgent



FedEx
Express

E

MON – 08 MAR AA
STANDARD OVERNIGHT

06103
CT-US   BDL



SE KXAA

FedEx
TRK# 7730 1999 3174
0201

1        A   3174
16:30       03.08

332   B03