ORIGIN ID:EHTA   (860) 408-7000
JOSEPH CASTAGNO
LEGAL DEFENSE FUND, LLC
35 TOWER LANE
SUITE 101
AVON, CT 06001
UNITED STATES US

SHIP DATE: 05APR21
ACTWGT: 1.00 LB
CAD: 5508595/INET4340

BILL SENDER

TO **ROBIN DEKAM TABORA, CLERK OF COURT**
**ABRAHAM RIBICOFF FEDERAL BUILDING**
**UNITED STATES COURTHOUSE**
**450 MAIN STREET, SUITE A012**
**HARTFORD CT 06103**
(860) 240-3200    REF:
PO:              DEPT:
INV:

56DJ/Z6EF2/F54A



FedEx
Express

TUE - 06 APR 4:30P
STANDARD OVERNIGHT

TRK#
0201  7733 5383 4452

**00 KXAA**

**06103**
CT-US  **BDL**



RT **331**
FZ **332**

2
16:30

A
4452
04.06



