# EXHIBIT ONE

**Order To Show Cause Issued By The Honorable William F. Kuntz, II, United States District Judge**





UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★   MAR 1 1 2020   ★



BROOKLYN OFFICE

-------------------------------------------------------------X

DANIEL E. CARPENTER

Petitioner,                    **ORDER TO SHOW CAUSE**

v.

KATHLEEN HAWK SAWYER

Respondent.

-------------------------------------------------------------X

**WILLIAM F. KUNTZ, II, United States District Judge:**

Upon the petition for issuance of a writ of habeas corpus pursuant to 28 U.S.C. 2241, dated February 11, 2020, it is **ORDERED**:

(1)     The United States Attorney, as attorney for Respondent, show cause before this Court why a writ of habeas corpus should not be issued by the filing of a return to the petition within sixty (60) days of receipt of this Order;

(2)     Respondent shall serve a copy of the return on Petitioner herein and shall file the original thereof, with proof of such service, with Clerk of this Court;

(3)     Service of a copy of this Order and petition shall be made electronically by the Clerk upon the United States Attorney, and by mailing a copy of this Order to the petitioner;

(4)     Petitioner, within thirty (30) days of receipt of a copy of the return, shall file a reply, if any, with the Clerk of the Court and serve a copy on Respondent;

(5)     All communications with the Court must be served on the opposing party.

SO ORDERED.

s/WFK

WILLIAM F. KUNTZ, II
United States District Judge
Eastern District of New York

Dated: March 10, 2020
Brooklyn, New York