# EXHIBIT THREE

**Letter From Attorney Richard Brown Concerning Grand Jury Transcripts**

# BROWN PAINDIRIS & SCOTT, LLP

Attorneys at Law

RICHARD R. BROWN
NICHOLAS PAINDIRIS
RONALD T. SCOTT
JOHN D. MAXWELL
KATE W. HAAKONSEN
SIMON J. LEBO
BRUCE B. NEWMAN°▫
SEAN M. PEOPLES
BRIDGET C. GALLAGHER
KEVIN B.F. EMERSON+
NANCY W. TONUCCI
CODY N. GUARNIERI
STEPHEN P. SOBIN
KATHRYN L. BISSONNETTE
EDWARD J. BRYAN
IAN C. BUTLER
SANTOLO L. ODIERNA

100 PEARL STREET
HARTFORD, CONNECTICUT 06103
(860) 522-3343
FAX (860) 522-2490
www.bpslawyers.com
Rbrown@bpslawyers.com

March 31, 2021

2252 MAIN STREET
GLASTONBURY, CT 06033
(860) 659-0700
FAX (860) 652-4382

42 EAST HIGH STREET
EAST HAMPTON, CT 06424
(860) 267-2044

747 STAFFORD AVENUE
BRISTOL, CT 06010
(860) 589-4417

750 MAIN STREET, SUITE 304
ROCKY HILL, CT 06067
(860) 571-8988

°ALSO ADMITTED IN NY
▫ALSO ADMITTED IN CA
♦ALSO ADMITTED TO THE DISTRICT OF COLUMBIA
+ALSO ADMITTED IN MASHANTUCKET PEQUOT TRIBAL COURT

OF COUNSEL
FRANK A. MAY
TIMOTHY R.E. KEENEY♦
DEBORAH R. EISENBERG♦
WALTER A. TWACHTMAN, JR.

**PERSONAL & CONFIDENTIAL**

Mr. Daniel Carpenter
Grist Mill Capital, LLC
100 Grist Mill Road
Simsbury, CT 06070

Re:   **Grand Jury Transcripts**

Dear Dan:

I have asked Lars to review the discovery in your matter to see if we deleted the Grand Jury transcripts; we did not. He has located the transcripts from Testimony of Lynn Allen, Testimony of Joseph Edward Waesche, IV, and notes from the investigation.

I have communicated with Attorney Novick regarding your access to these documents. He has told me that you may come to our office to review them.

Please do not hesitate to contact me with any questions.

Sincerely,

Richard R. Brown

RRB/lhl