UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NO. 3:13-CR-226 (RNC) |
| | : | |
| v. | : | |
| | : | |
| DANIEL CARPENTER | : | December 5, 2023 |

NOTICE OF APPEARANCE

Please enter the appearance of Marc H. Silverman, Assistant United States Attorney, as additional counsel for the United States of America in the above-captioned matter.

Respectfully submitted,

VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY

/s/
MARC H. SILVERMAN
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. ct30587
157 Church Street, Floor 25
New Haven, Connecticut 06510
marc.silverman@usdoj.gov
(203) 821-3700

CERTIFICATION

      I hereby certify that on December 5, 2023, the foregoing Notice of Appearance was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic filing. Parties may access this filing through the Court's CM/ECF System.

      /s/
MARC H. SILVERMAN
ASSISTANT UNITED STATES ATTORNEY