UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.

DANIEL CARPENTER

Case No. 3:13-CR-226 (RNC)

## MOTION TO SEAL

For the reasons stated in the Government's sealed motion, the Government respectfully requests that the sealed motion be sealed until further order of the Court. The requested sealing is warranted because the presumption of access to these documents is outweighed by these countervailing factors in favor of sealing. Moreover, even if a higher standard for sealing applied, the requested sealing of these documents is essential to preserve the compelling interests set forth in the sealed motion and narrowly tailored to serve those interests.

Respectfully submitted,

VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY

/s/
MARC H. SILVERMAN
ASSISTANT U.S. ATTORNEY
Federal Bar No. ct30587
157 Church Street, 25th Floor
New Haven, Connecticut 06510
203-821-3700 | marc.silverman@usdoj.gov

## CERTIFICATION

I hereby certify that on December 5, 2023 the foregoing Motion was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.

/s/
MARC H. SILVERMAN
ASSISTANT UNITED STATES ATTORNEY