**UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT**
**CRIMINAL HEARING MINUTES**

Date _____      Case #_____ Dft #_____

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> Vs. <br><br> _____ <br><br><br> Start Time_____ End Time _____ <br><br> Recess (if more than ½ hr) _____ to _____ <br><br><br> Total Time _____hours _____minutes | Honorable Judge _____ <br><br> Deputy Clerk _____ <br><br> AUSA _____ <br><br> Counsel for Defendant _____ <br>             ☐ Retained     ☐ CJA     ☐FPD <br><br> USPO _____ <br><br> Reporter/ECRO/FTR_____ <br><br> Interpreter_____ Language _____ <br><br> Hearing held ☐in person ☐ by video ☐by telephone |

**HEARING AND TIME**

| ☐ Initial Appearance ____ | ☐ Initial Appear. Rule 5 ____ | ☐ Detention ____ | ☐ Arraignment ____ |
|---|---|---|---|
| ☐ Motion ____ | ☐ Bond ____ | ☐ Waiver/Plea ____ | ☐ Probable Cause ____ |
| ☐ Change of Plea ____ | ☐ Curcio Hearing ____ | ☐ Evidentiary ____ | ☐ Extradition ____ |
| ☐ Status Conference ____ | ☐ Competency ____ | ☐ Ex-Parte ____ | ☐ Frye ____ |

☐ Arrest or ☐Self surrender   Date_____          ☐ Rule 5 charging district _____
☐Case Unsealed                                           ☐ Order appointing FPD
☐ Deft failed to appear                                  ☐ Order appointing Attorney_____
☐ CJA23 financial affidavit filed under seal             ☐ Set ATTY flag and notify grievance clerk
☐ Oral Brady Order entered and paper to issue            ☐ Defendant Waives Potential Conflict of Interest

**FILED IN COURT**

| ☐ Complaint with affidavit | ☐ Sealed Complaint with affidavit | ☐ Waiver of Indictment (case opening) |
|---|---|---|
| ☐ Felony Information | ☐ Misdemeanor Information | ☐ Waiver of Indictment (mid-case) |
| ☐ Superseding Information | ☐ Substitute Information | ☐ Sealed Information |

**PLEA**

Plea entered of  ☐ NOT guilty  ☐ guilty   ☐ nolo contendere; As to counts _____
Plea agreement letter ☐ filed  ☐ under seal   ☐ to be filed
☐ Petition to enter guilty plea filed

**SENTENCING**

☐Sentencing set for _____ at _____
☐Probation 246B Order for PSI & Report filed
☐Special Assessment of $_____ on count(s) _____. Total of $_____ ☐ due now ☐ due at sentencing

**ORDERS**
- ☐ Waiver of Rule 5 hearing filed
- ☐ Defendant motions due_____, Govt. responses due _____
- ☐ Scheduling Order filed ☐ to be filed; ☐Sentencing scheduling order filed
- ☐ Hearing on pending motions scheduled for _____ at _____
- ☐ Jury Selection set for _____ at_____ before Judge_____
- ☐ Defendant's motion for waiver of 10-day notice filed; ☐ Granted ☐Denied ☐Advisement _____ hearing set for _____ ; continued until_____

**DETENTION**
- ☐ Govt's motion for pretrial detention filed ☐ Granted ☐Denied ☐Advisement
- ☐ Order of detention filed
- ☐ Bond set at $_____ ☐ reduced to $_____ ; ☐Non-surety ☐Surety ☐Personal recognizance
- ☐ Bond ☐revoked ☐reinstated ☐continued ☐modified
- ☐ No bond set at this time
- ☐ Order of temporary detention pending hearing filed
- ☐ Defendant detained
- ☐ Defendant ordered removed/committed to originating/other District of _____

**CONDITIONS OF BOND**
- ☐ Connecticut restricted travel extended to_____ upon obtaining permission from the USPO. A motion for any other travel with copies to the government and USPO must be filed and approved by the Court.
- ☐ Defendant must reside at _____.
- ☐ Defendant must report to USPO ____times a ☐week ☐month; ☐by telephone ☐in person ☐ at USPO discretion
- ☐ Defendant must surrender passport to the USPO ☐ must not apply for passport
- ☐ Defendant must refrain from possessing firearms or dangerous weapons
- ☐ Defendant must refrain from use or unlawful possession, or distribution of narcotic drug
- ☐ Defendant must maintain employment or actively seek employment
- ☐ As set forth in the Order Setting Conditions of Release
- ☐ Other _____
_____

**MOTIONS**
- ☐ Motion for _____filed by☐ USA ☐defendant, ☐granted ☐denied ☐advisement
- ☐ Motion for _____filed by☐ USA ☐defendant, ☐granted ☐denied ☐advisement
- ☐ Motion for _____filed by☐ USA ☐defendant, ☐granted ☐denied ☐advisement
- ☐ Motion for _____filed by☐ USA ☐defendant, ☐granted ☐denied ☐advisement

**NOTES**
_____
_____
_____
_____