AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Connecticut

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   33:13CR226 (RNC) |
| DANIEL CARPENTER | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

DANIEL CARPENTER

Date:   03/11/2024

/s/ Jonathan J. Einhorn
*Attorney's signature*

JONATHAN J. EINHORN ct00163
*Printed name and bar number*

129 Whitney Avenue

New Haven, CT 06510

*Address*

einhornlawoffice@gmail.com
*E-mail address*

2037773777
*Telephone number*

2037821721
*FAX number*