UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 3:13CR226 (RNC) |
| | : | |
| v. | : | |
| | : | |
| DANIEL CARPENTER | : | May 22, 2024 |

**GOVERNMENT'S AMENDED MEMORANDUM IN OPPOSITION TO DEFENDANT'S PENDING SUPERVISED RELEASE MOTIONS WHICH ARE NOW MOOT**[1]

The Government submits this memorandum in opposition to defendant Daniel Carpenter's pending motions to reduce or terminate his supervised release (Doc. Nos. 541, 547, 548, 564) and respectfully requests that the Court the deny motions as moot.

The Court sentenced Carpenter in this case to 30 months of imprisonment followed by three years of supervised release. Doc. No. 466. Carpenter was released from Bureau of Prisons custody on May 7, 2021, and began his term of supervised release on May 8, 2021. *See* Doc. No. 547 at 7 (Carpenter's petition for termination of supervised release). His three-year term of supervised release in this case has now ended, and on May 7, 2024, Supervisory U.S. Probation Officer Jonathan Sitek informed the Government that Carpenter is no longer on supervised release.

During Carpenter's term of supervised release in this case, he filed the following motions seeking to reduce or terminate his term of supervised release:

| **Docket Entry** | **Date** | **Motion** |
|:---:|:---:|---|
| 541 | 3/1/2021 | Motion to Reduce Period of Supervised Release Based On The First Step Act |
| 547 | 5/25/2022 | Petition for Immediate Termination of Supervised Release Pursuant to the First Step Act |

---

[1] The Government submits this amended memorandum to correct a typographical error in its original memorandum filed at Doc. No. 570. In the original memorandum, the Government inadvertently listed the date that the Probation Officer notified the Government Mr. Carpenter was no longer on supervised release as May 7, 2021. The date should have been May 7, 2024, as correctly stated below.

| 548 | 11/4/2022 | Motion for Immediate Release Pursuant to the First Step Act and 28 U.S.C § 2243 |
| --- | --- | --- |
| 564 | 1/8/2024 | Motion for Release from Custody |

These four motions are still pending before the Court. Because Carpenter's term of supervised release has ended, his requests to terminate supervision are now moot. Accordingly, the Court should deny these pending motions as moot.

The Government contacted Carpenter's counsel, Attorney Jonathan Einhorn, on May 10, 2024, and again on May 16, 2024, to ascertain his position on whether the Court should deny these pending motions as moot. Carpenter's counsel has not provided his position.

## CONCLUSION

For the forgoing reasons, the Government respectfully requests that the Court deny Carpenter's pending motions to reduce or terminate his supervised release (Doc. Nos. 541, 547, 548, 564) as moot.

Respectfully submitted,

VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY

*/s/ Neeraj N. Patel*
NEERAJ N. PATEL
ASSISTANT U.S. ATTORNEY
Federal Bar No. phv04499
157 Church Street, 25th Floor
New Haven, CT 06510
Tel: 203-821-3700
Email: Neeraj.Patel@usdoj.gov

*/s/ David E. Novick*
DAVID E. NOVICK
ASSISTANT U.S. ATTORNEY
Federal Bar No. phv02874
157 Church Street, 25th Floor

New Haven, CT 06510<br>
Tel: 203-821-3700<br>
Email: David.Novick@usdoj.gov

## CERTIFICATE OF SERVICE

    I hereby certify that on May 22, 2024, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Neeraj N. Patel*

Neeraj N. Patel
Assistant United States Attorney